# Exhibit A



**US Army Corps of Engineers**®

Fort Worth District

RTA SUBMITTAL

# Design-Bid-Build Request For Proposal

## CENTRAL CITY NORTH BY-PASS CHANNEL INTERIOR
Fort Worth, Texas

W9126G25R0133
MARCH 2025
Unrestricted
PACKAGE 1 – VOL 1

Central City North By-Pass Channel                                    FWCCNBC

**PROJECT TABLE OF CONTENTS**

**DIVISION 00 - PROCUREMENT AND CONTRACTING REQUIREMENTS**

| | |
|---|---|
| 00 00 01 | SOLICITATION, OFFER AND AWARD, SF-1442 |
| 00 10 00 | CONTRACT LINE ITEM SCHEDULE |
| 00 21 00 | INSTRUCTIONS |
| 00 21 30 | SITE VISITS |
| 00 22 16 | EVALUATION CRITERIA |
| 00 45 00 | REPRESENTATIONS AND CERTIFICATIONS |
| 00 72 00 | CONTRACT CLAUSES |
| 00 73 00 | SPECIAL CONTRACT REQUIREMENTS |

**DIVISION 01 - GENERAL REQUIREMENTS**

| | |
|---|---|
| 01 00 00.00 44 | CONSTRUCTION SCHEDULE |
| 01 11 00 | SUMMARY OF WORK |
| 01 14 00 | WORK RESTRICTIONS |
| 01 20 00 | PRICE AND PAYMENT PROCEDURES |
| 01 30 00 | ADMINISTRATIVE REQUIREMENTS |
| 01 32 01.00 10 | PROJECT SCHEDULE |
| 01 33 00 | SUBMITTAL PROCEDURES |
| 01 35 26 | GOVERNMENTAL SAFETY REQUIREMENTS |
| 01 42 00 | SOURCES FOR REFERENCE PUBLICATIONS |
| 01 45 00 | QUALITY CONTROL |
| 01 45 00.15 10 | RESIDENT MANAGEMENT SYSTEM CONTRACTOR MODE (RMS CM) |
| 01 45 35 | SPECIAL INSPECTIONS |
| 01 50 00 | TEMPORARY CONSTRUCTION FACILITIES AND CONTROLS |
| 01 52 00.00 44 | GOVERNMENT FIELD OFFICE |
| 01 53 00.01 12 | TEMPORARY FLOOD PROTECTION |
| 01 53 00.02 12 | TEMPORARY COFFERDAMS |
| 01 57 19 | TEMPORARY ENVIRONMENTAL CONTROLS |
| 01 57 24.01 44 | STORM WATER POLLUTION PREVENTION PLAN (TEXAS) |
| 01 57 25.00 44 | SWPP PLAN INSPECTION AND MAINTENANCE REPORT FORM |
| 01 58 00 | PROJECT IDENTIFICATION |
| 01 71 23.00 44 | SURVEY, LAYOUT, AND OTHER DATA |
| 01 74 19 | CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL |
| 01 78 00 | CLOSEOUT SUBMITTALS |
| 01 78 23 | OPERATION AND MAINTENANCE DATA |

**DIVISION 02 - EXISTING CONDITIONS**

| | |
|---|---|
| 02 41 00 | DEMOLITION |

**DIVISION 03 - CONCRETE**

| | |
|---|---|
| 03 30 00 | CAST-IN-PLACE CONCRETE |
| 03 37 13 | SHOTCRETE |

**DIVISION 05 - METALS**

| | |
|---|---|
| 05 50 15 | CIVIL WORKS FABRICATIONS |
| 05 51 33 | METAL LADDERS |
| 05 52 00 | METAL RAILINGS |

**DIVISION 12 - FURNISHINGS**

| | |
|---|---|
| 12 93 00 | SITE FURNISHINGS |

**DIVISION 26 - ELECTRICAL**

26 05 00.00 40  COMMON WORK RESULTS FOR ELECTRICAL
26 05 19.00 10  INSULATED WIRE AND CABLE
26 05 26.00 40  GROUNDING AND BONDING FOR ELECTRICAL SYSTEMS
26 08 00        APPARATUS INSPECTION AND TESTING
26 24 16.00 40  PANELBOARDS
26 56 00        EXTERIOR LIGHTING
26 56 13.00 40  LIGHTING POLES AND STANDARDS

**DIVISION 31 - EARTHWORK**

31 00 00        EARTHWORK
31 01 10.00 44  CARE OF WATER DURING CONSTRUCTION
31 05 19.13     GEOTEXTILES FOR EARTHWORK
31 11 00        CLEARING AND GRUBBING
31 23 06.00     BLASTING - SURFACE
31 37 00.00 44  RIPRAP AND BEDDING
31 50 00        EXCAVATION SUPPORT SYSTEM
31 56 13        SOIL-CEMENT-BENTONITE CUTOFF WALLS
31 68 13        SOIL ANCHORS

**DIVISION 32 - EXTERIOR IMPROVEMENTS**

32 05 33        ONE YEAR LANDSCAPE ESTABLISHMENT
32 11 20        BASE COURSE FOR RIGID PAVING
32 12 43        POROUS FLEXIBLE PAVING
32 13 16        DECORATIVE CONCRETE PAVING FINISHING
32 14 16        BRICK UNIT PAVING
32 15 00        AGGREGATE SURFACING
32 15 41        DECOMPOSED GRANITE AGGREGATE PAVEMENTS
32 16 19        CONCRETE CURBS, GUTTERS AND SIDEWALKS
32 31 13        CHAIN LINK FENCES AND GATES
32 31 26        WIRE FENCES AND GATES
32 44 20        LANDSCAPE DRAINAGE
32 84 24        IRRIGATION SPRINKLER SYSTEMS
32 84 25        TEMPORARY IRRIGATION SPRINKLER SYSTEMS
32 91 13        LANDSCAPE SOILS
32 92 19        SEEDING

**DIVISION 33 - UTILITIES**

33 11 00        WATER UTILITY DISTRIBUTION PIPING
33 40 00        STORMWATER UTILITIES
33 51 43        INSTRUMENTATION AND PERFORMANCE MONITORING OF STRUCTURES
33 71 02        UNDERGROUND ELECTRICAL DISTRIBUTION

**DIVISION 35 - WATERWAY AND MARINE CONSTRUCTION**

35 20 14        STOPLOGS
35 31 19.20     ARTICULATING CONCRETE BLOCK REVETMENTS
35 41 00        LEVEE CONSTRUCTION

**APPENDIX**

APPENDIX A      SUMMARY OF SOLID WASTE DISPOSAL AND DIVERSION
APPENDIX B      CONCRETE PRE-PLACEMENT PLANNING CARD & CONCRETE COMPLETION CARD
APPENDIX C      SPECIFICATION SEAL SHEET

-- End of Project Table of Contents --

| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W9126G25R0133 | 2. TYPE OF SOLICITATION<br>☐ SEALED BID (IFB)<br>☒ NEGOTIATED *(RFP)* | 3. DATE ISSUED 31-Mar-2025 | PAGE OF PAGES 1 OF 73 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY          CODE | W9126G | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE | |
|---|---|---|---|
| US ARMY CORPS OF ENGINEERS FORT WORTH<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300 | | **See Item 7** | |
| TEL:          FAX: (817) 886-6403 | | TEL:          FAX: | |

| 9. FOR INFORMATION CALL: | A. NAME LEONARD E BUHROW | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* |
|---|---|---|

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS          *(Title, identifying no., date):*

Project: Central City North By-Pass Channel Interior, Fort Worth, Texas.

Description of Work: The work consists of the construction of an approximately 3,900 feet long and 300 feet wide bypass channel consisting of a floodwall on the east side (right bank) and an earthen levee on the west side (left bank). The project includes a combination of flood risk management, betterment features, pedestrian walkways and bridges, lighting, plaza parks, kayak launches, accessibility with signage, stop logs, storage areas, and stormwater infrastructure.

In accordance with DFARS 236.204 the magnitude of construction is between $100,000,000 and $250,000,000.

This solicitation is for a Design-Bid-Build, Firm-Fixed Price, Full and Open/Unrestricted contract in Fort Worth, Texas.

You must be registered in the System for Award Management (SAM) in order to receive an award from this solicitation. The SAM website is located at www.sam.gov and is free to use.

The North American Industrial Classification System (NAICS) code is 237990 Other Heavy and Civil Engineering Construction with a small business size standard of $45,000,000.

See Continuation page for more information.

11. The Contractor shall begin performance within __10__ calendar days and complete it within __910__ calendar days after receiving

☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. *(See __52.211-10__ .)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* ☒ YES ☐ NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and __1__ copies to perform the work required are due at the place specified in Item 8 by __02:00 PM__ *(hour)* local time 29 May 2025__ *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than __120__ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

| NSN 7540-01-155-3212 | 1442-101 | **STANDARD FORM 1442** (REV. 4-85)<br>Prescribed by GSA<br>FAR (48 CFR) 53.236-1(e) |
|---|---|---|

## SOLICITATION, OFFER, AND AWARD  (Continued)
### *(Construction, Alteration, or Repair)*

**OFFER**  *(Must be fully completed by offeror)*

| 14. NAME AND ADDRESS OF OFFEROR    *(Include ZIP Code)* | 15. TELEPHONE NO.    *(Include area code)* |
|---|---|
| | 16. REMITTANCE ADDRESS    *(Include only if different than Item 14)* |
| | **See Item 14** |
| CODE                    FACILITY CODE | |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _____ calendar days after the date offers are due.    *(Insert any number equal to or greater than the minimum requirements stated in Item 13D.  Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS    SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

### 19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER    *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|

**AWARD**  *(To be completed by Government)*

21. ITEMS ACCEPTED:

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN           **ITEM** <br> *(4 copies unless otherwise specified)* | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO <br> ☐ 10 U.S.C. 2304(c)      ☐ 41 U.S.C. 253(c) |
|---|---|
| 26. ADMINISTERED BY           CODE | 27. PAYMENT WILL BE MADE BY:        CODE |

### *CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

| ☐ 28. NEGOTIATED AGREEMENT    *(Contractor is required to sign this document and return _____ copies to issuing office.)*   Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract.  The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract. | ☐ 29. AWARD    *(Contractor is not required to sign this document.)* <br> Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
|---|---|
| 30A.  NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN    *(Type or print)* | 31A.  NAME OF CONTRACTING OFFICER        *(Type or print)* |
| | TEL:                          EMAIL: |
| 30B. SIGNATURE            30C. DATE | 31B. UNITED STATES OF AMERICA        31C. AWARD DATE <br> BY |

**STANDARD FORM 1442 BACK**    *(REV. 4-85)*

Section: 00 10 00

FWCC North Bypass Channel
Fort Worth, Texas

CONTRACT LINE ITEM SCHEDULE

| Item No. | Description | Quantity | Unit | Unit Price | Line Item Amount |
|---|---|---|---|---|---|
| **BASE OFFER**: All work required by the plans and specifications exclusive of work required by the Option Items. | | | | | |
| 0001 | Channel Soil and Weathered Rock Excavation | 397,900 | CY | $_____ | $_____ |
| 0002 | Channel Rock Excavation | 140,100 | CY | $_____ | $_____ |
| 0003 | Channel Protection-Rip Rap | 16,000 | CY | $_____ | $_____ |
| 0004 | Stockpiles | 1 | JA | $   *** | $_____ |
| 0005 | Rock Processing | 1 | JA | $   *** | $_____ |
| 0006 | All work required for the Bypass Channel Construction and all work except as noted in other bid items for a complete operational component. | 1 | JA | $   *** | $_____ |
| 0007 | All work required for the North Promenade Park for a complete operational component. | 1 | JA | *** | $_____ |
| 0008 | All work required for the Pedestrian Bridge for a complete operational component. | 1 | JA | *** | $_____ |
| 0009 | All work required for the Cemetery Outfall for a complete operational | 1 | JA | *** | $_____ |
| | **TOTAL BASE OFFER** | | | | $_____ |
| **OPTIONS** | | | | | |
| 0010 | **OPTION 1:** All work required for the Soil Profiles for Future Plantings | 1 | JA | *** | $_____ |
| 0011 | **OPTION 2:** All work required for the Upper Promenade Paving Upgrades | 1 | JA | *** | $_____ |
| 0012 | **OPTION 3:** All work required for the Lighting Fixtures Upgrades | 1 | JA | *** | $_____ |

FWCC North Bypass Channel
Fort Worth, Texas

CONTRACT LINE ITEM SCHEDULE

| Item No. | Description | Quantity | Unit | Unit Price | Line Item Amount |
|---|---|---|---|---|---|
| 0013 | **OPTION 4:** All work required for the Lower Promenade Paving Upgrades | 1 | JA | *** | $ _____ |
| 0014 | **OPTION 5:** All work required for the lower Promenade Seat Walls | 1 | JA | *** | $ _____ |
| 0015 | **OPTION 6:** All work required for the Site Furniture | 1 | JA | *** | $ _____ |
| 0016 | **OPTION 7:** All work required for the Cable Fence. | 1 | JA | *** | $ _____ |
| 0017 | **OPTION 8:** All work required for the Equestrian Rubber Trail | 1 | JA | *** | $ _____ |
| 0018 | **OPTION 9:** All work required for the Storage and Railing | 1 | JA | *** | $ _____ |
| 0019 | **OPTION 10:** All work required for the Main Street Levee Park | 1 | JA | *** | $ _____ |
| 0020 | **OPTION 11:** All work required for Ramp E | 1 | JA | *** | $ _____ |
| 0021 | **OPTION 12:** All work required for Soft Edge Terraces Stairs | 1 | JA | *** | $ _____ |
| 0022 | **OPTION 13:** All work required for the North Promenade Park Improvements | 1 | JA | *** | $ _____ |
| 0023 | **OPTION 14:** All work required for the Kayak Launch #1 | 1 | JA | *** | $ _____ |
| 0024 | **OPTION 15:** All work required for the Kayak Launch #2 | 1 | JA | *** | $ _____ |
| 0025 | **OPTION 16:** All work required for the Kayak Launch #3 | 1 | JA | *** | $ _____ |
| 0026 | **OPTION 17:** All work required for the Main Street Terraces | 1 | JA | *** | $ _____ |
| 0027 | **OPTION 18:** All work required for the Electrical Spare Conduits | 1 | JA | *** | $ _____ |

FWCC North Bypass Channel
Fort Worth, Texas

CONTRACT LINE ITEM SCHEDULE

| Item No. | Description | Quantity | Unit | Unit Price | Line Item Amount |
|---|---|---|---|---|---|
| | **OPTION 19 WILL INCLUDE ALL WORK FOR CLINs 0028 - 0033. SEPARATE CLINs WILL NOT BE EXECUTED SEPARATELY.** | | | | |
| 0028 | **OPTION 19:** All work required for the Partial Plug A (PPA)- Construction except the below | 1 | JA | *** | $ _____ |
| 0029 | **OPTION 19:** Partial Plug A - Channel Soil and Weathered Rock | 206,900 | CY | $ _____ | $ _____ |
| 0030 | **OPTION 19:** Partial Plug A - Channel Rock Excavation | 50,600 | CY | $ _____ | $ _____ |
| 0031 | **OPTION 19:** Partial Plug A - Channel Protection- Riprap | 12,000 | CY | $ _____ | $ _____ |
| 0032 | **OPTION 19:** Partial Plug A - Stockpiles | 1 | JA | *** | $ _____ |
| 0033 | **OPTION 19:** Partial Plug A - Rock Processing | 1 | JA | *** | $ _____ |
| | **OPTION 20 WILL NOT BE EXECUTED UNLESS OPTION 19 IS AWARDED.** | | | | |
| 0034 | **OPTION 20:** Partial Plug A Options | 1 | JA | *** | $ _____ |
| 0035 | **OPTION 21:** All work required for the Anti-Graffiti Coating Tint | 1 | JA | *** | $ _____ |

**TOTAL OFFER  (BASE + OPTIONS)**          $ _____

| | | |
|---|---|---|
| **Contract Duration in Calendar Days After the Notice to Proceed is received.** | 910 | DAYS |
| **If Option 19 is awarded add to contract duration.** | 240 | DAYS |

*Note: For more information see Section 01 20 00  PRICE AND PAYMENT PROCEDURES.

Section: 00 10 00

W9126G25R0133
Page 5 of 5

FWCC North Bypass Channel
Fort Worth, Texas

**CONTRACT LINE ITEM SCHEDULE**

NOTES:

<u>NOTE NO. 1.</u>  To better facilitate the receipt and proposal process, all modifications to proposals are to be submitted on copies of the latest Contract Line Item (CLIN) schedules as published in the solicitation or the latest amendment thereto.  In lieu of indicating additions/deductions to line items, all Offerors should state their revised prices for each item.

<u>NOTE NO. 2.</u>  Offerors must insert a price on all numbered items of the CLIN Schedule.  Failure to do so may result in the offer being unacceptable.

<u>NOTE NO. 3.</u>  <u>CONDITIONS GOVERNING EVALUATION OF OFFERS AND AWARD OF CONTRACTS:</u>
The Government may require the delivery of the numbered line items, identified in the schedule as option items, in the quantity and at the price stated in the schedule.  <u>Subject to the availability of funds</u>, the Contracting Officer may exercise the option by written notice to the Contractor within the time indicated in Section 00 72 00, FAR 52.217-7.

<u>NOTE NO. 4.</u>  All the extensions of the unit prices shown will be subject to verification by the Government.  In case of variation between the unit price and the extension, the unit price will be considered to be the offer.

<u>NOTE NO. 5.</u>  The Army will procure this facility in accordance with the provisions set forth in this Request for Proposals (RFP).  When awarded, it will be a "Firm Fixed Price Contract."

<u>NOTE NO. 6.</u>  Any proposal that is materially unbalanced may be rejected. An unbalanced proposal is one that is based on prices significantly less than the cost for some work and prices that are significantly overstated for other work and can also exist where only overpricing or underpricing exists.

<u>NOTE NO. 7.</u>  ABBREVIATIONS

For the purpose of this solicitation, the units of measure are represented as follows:

      a.     JA (Job)
      b.     CY (Cubic Yard)

<u>NOTE NO. 8.</u>  Profit will not be paid on bonds or insurance.

END OF CLIN SCHEDULE

FWCC North Bypass Channel
Fort Worth, Texas
Breakout Items

Offerors are requested to provide further breakout of costs for the below items. The costs submitted are to include material, equipment, labor, and contractor markups (overhead, profit, and bond) to install and construct each item as noted. The cost submitted below will not be part of the Source Selection Evaluation Process for this solicitation. Once the contract is awarded, the awarded offeror's table will be used by the Government in determining non-federal sponsor costs.

|  | Item Description | Unit of Measure | Cost |
|---|---|---|---|
| 1 | Government Furnished Bollards (Note 1) | $/EA | |
| 2 | Soil-Filled Rip Rap | Lump Sum | |
| 3 | S1 Type Paving | $/SF | |
| 4 | U1 Paving | $/SF | |
| 5 | South of Main Street Ramp/Stair (Note 2) | Lump Sum | |
| 6 | Mooring Edge Concrete (Note 3) | Lump Sum | |
| 7 | Floodwalls Precast Caps | Lump Sum | |
| 8 | Floodwall Reveals (Note 4) | Lump Sum | |
| 9 | Floodwall Form Liner (Note 5) | $/SF | |
| 10 | Floodwall Pilasters Concrete (Note 6) | Lump Sum | |
| 11 | Main Street Underpass Trench Drain (Note 7) | Lump Sum | |
| 12 | Main Street Underpass Backfill (Note 8) | $/CY | |

Notes:

1. The bollards are government furnished therefore breakout cost is to include all items mentioned above except the material cost.
2. Breakout includes the concrete columns, beams, and slabs for ramp and stairs connected to floodwall; galvanized railing; storage fencing and gates; storage lighting and supporting wire and conduit; handrail lighting and supporting wire, conduit and transformers; and plumbing for hose bibs.
3. Breakout includes formwork and concrete required to construct the moorings edge (stepped edge) verses a vertical wall with no stepped edge. See figure below.



4. Breakout includes the cost for all the floodwall concrete reveals shown in the Structural drawings.

FWCC North Bypass Channel
Fort Worth, Texas
Breakout Items

5.  The unit cost of the form liner board finish in lieu of an as-cast SF-3 surface finish per square foot.

6.  Breakout includes the additional concrete reinforcement and forming required to construct the 4"
    pilasters/bump outs shown on section A5 on drawing S-321 of the floodwalls in lieu of a continuous flush
    wall surface along the floodwall <u>baseline</u>. Include the 4" pilaster on the backside of the floodwall shown
    starting 4'-0" below the top of the wall.  See snip below.



7.  Breakout includes the TD-1 along the edge of pavement under the main street break against the bridge
    abutment and the SWD-6" line to MH-C4.  See snip below.



8.  Unit cost for backfilling the select common fill under the main street bridge underpass on the hard edge.

9.  Where items of unit price are measured, only the unit price of the element is needed and not the total
    amount.

Section 00 21 00 - Instructions

SECTION 00 21 00

**SECTION II: A**
**SECTION 00 21 00**
**INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS**

**PART I – GENERAL INFORMATION**

**A.  INQUIRIES**

**OFFEROR'S, QUESTIONS, AND COMMENTS**

1.  All questions and/or comments are to be submitted via ProjNet at http://www.projnet.org/projnet. To submit and review bid inquiry items, bidders will need to be a current registered user or self-register into system. To self-register go to webpage, click BID tab select Bidder Inquiry, select agency USACE, enter Key for this solicitation listed below, and your e-mail address, click login. Fill in all required information and click create user. Verify that information on next screen is correct and click continue. From this page you may view all bidder inquiries or add inquiry. Bidders will receive an acknowledgement of their question via email, followed by an answer to their question after it has been processed by our technical team.

2.  Offerors may submit multiple inquiries into the system but shall only submit one question per inquiry. Inquiries containing multiple questions may be rejected. All questions and responses will be visible to registered users who sign into the system for this solicitation. Offerors shall not include self-identifying information in any submitted inquiry.

3.  The Solicitation Number is:  **W9126G25R0133**
    The Bidder Inquiry Key is:  **CMWUIF-KXVP8Q**

4.  **The Bidder Inquiry System will stop receiving new inquiries fifteen calendar days prior to the proposal due date** to ensure adequate time is allotted to form an appropriate response and amend the solicitation if necessary. Offerors are requested to review the specification in its entirety, review the Bidder Inquiry System for answers to questions prior to submission of a new inquiry. If the system is not closed in a timely manner, an inquiry posted within seven calendar days of the receipt of proposals will still be regarded as untimely and will not be afforded a substantive response. The Bidder Inquiry System call center operates weekdays from 8AM to 5PM U.S. Central Time Zone (Chicago). The telephone number for the Call Center is 800-428-HELP.

**B.  DIRECTIONS FOR SUBMITTING PROPOSALS**

1.  Electronic copies of each volume shall be submitted through the Solicitation Module of the Procurement Integrated Enterprise Environment (PIEE) suite at https://piee.eb.mil/. Proposals submitted by mail or hand carried will not be evaluated. Proposals sent through proprietary or third-party File Transfer Protocol (FTP) sites or DoD SAFE will not be retrieved. It is the responsibility of the Offeror to confirm receipt of proposals. All proposals received after the exact time specified for receipt shall be treated as late submissions and will not be considered except under facts and circumstances allowed by the Federal Acquisition Regulation (FAR).

    There are 10 general steps a vendor must follow in order to use PIEE application modules. A complete list can be viewed at the following site:
    https://piee.eb.mil/xhtml/unauth/web/homepage/vendorGettingStartedHelp.xhtml#step5

    For instructions on how to post an offer, please refer to the Posting Offer demo:
    https://pieetraining.eb.mil/wbt/sol/Posting_Offer.pdf.

It is the Offeror's responsibility to obtain written confirmation of receipt of all electronic files of the full proposal by the Fort Worth District Contracting office. In the event that the Solicitation Module is down, the alternate method for proposal submission is via email to: Leonard.E.Buhrow@usace.army.mil and the PCO, Carl.s.Oelschig@usace.army.mil. The Offeror must obtain prior approval from the Contracting Officer: carl.s.oelschig@usace.army.mil to use the alternate submission method. Offerors are responsible for ensuring electronic copies are virus- free and shall run an anti-virus scan before submission.

Electronic copies of each volume shall be compatible with the following software products: Adobe Acrobat Reader 11 and Microsoft Office Suite 2016. Narrative portions of the proposal shall be in Adobe Acrobat portable document file (pdf) searchable text format. The Offeror shall not embed sound or video (e.g., MPEG) files into the proposal files. Electronic files shall be clearly identified for each volume, section, and item.

2.   DELIVERY of hard copies and/or CD-ROMs of offers, modifications thereto, or cancellations of offers will not be accepted.

3.   FACSIMILE OFFERS. Facsimile offers, modifications thereto, or cancellations of offers will NOT be accepted. Only the PIEE submitted proposal will be accepted and evaluated by the Government.

4.   NIST GUIDANCE: Please NOTE this solicitation requires offerors to enter a National Institute of Standards and Technology (NIST) score in the Supplier Performance Risk System (SPRS) with response to this solicitation.

## PART II – PROPOSAL INSTRUCTIONS

## A.   PROPOSAL SUBMISSION REQUIREMENTS AND INSTRUCTIONS

## a.   PROPOSAL FORMAT & GENERAL INSTRUCTIONS

a.   Submit only the electronic files specifically authorized and/or required elsewhere in this section.  Do not submit excess information, to include audio-visual materials, electronic media, etc.  All pages shall be numbered.

b.   Although hard copies are not accepted, each file shall be clearly indexed, and logically assembled.  An unusual font style, such as script or condensed print, shall not be used for any submission.  Any portion of the proposal that is changed (as a result of negotiations or proposal revisions) should be annotated and dated. Each volume shall be clearly labeled with its Title and Volume number. All page margins shall be at least one (1) inch wide, but may include headers and footers of the solicitation, project title, and company.  Pages shall be formatted to print on 8-1/2 x 11-inch paper, unless another paper size is specifically authorized elsewhere in this section for a particular submission.  Each paragraph should be single spaced and shall be separated by at least one blank line.. Schedule Diagram, Drawings and Organizational Chart shall be in Adobe PDF format and shall be on 11 x 17 size pages. Where page limitations are specified, 11 x 17 size pages will be considered as one (1) page. Arial or New Times Roman fonts are required. Tables and illustrations may use a reduced font size no less than 8-point and may be produced in landscape mode. Offerors shall prepare proposals in the English language. Proposals shall be in a narrative format, organized and titled so that each section of the proposal follows the order and format of the factors. Information pertaining to more than one evaluation factor should be repeated in each section for each applicable factor.  Electronic files shall be Microsoft Windows compatible.  Files shall be submitted in their native format (i.e., doc, xls, ppt, etc.), or if in pdf format, shall be in searchable text.  If the electronic files are of a size at which they must be compressed (zipped), they shall be compressed into one zipped folder.  All volumes must be received by the closing date and time set for receipt of proposals.

c.  "Confidential" projects cannot be submitted to demonstrate capability unless all the information required for evaluation as specified herein can be provided to the Government as part of the Offeror's technical proposal.  Offerors that include in their proposals information that they do not want disclosed to the public for any purpose, or used by the Government except for evaluation purposes, must be clearly marked in accordance with the instructions at FAR 52.215-1, Instructions to Offerors – Competitive Acquisition", paragraph (e), "Restriction on disclosure and use of data."

d.  Proposal revisions shall be submitted as page replacements with revised text readily identifiable, e.g., bold face print or underlining.   The source of the revision or amendment, e.g., Error, Omission or Clarification shall be included and be annotated for each revision.  Proposal replacement pages shall be numbered and clearly marked "REVISED", with the date of revision.

CLAUSES INCORPORATED BY REFERENCE

| 52.204-7 | System for Award Management | OCT 2018 |
| 52.204-16 | Commercial and Government Entity Code Reporting | AUG 2020 |
| 52.204-22 | Alternative Line Item Proposal | JAN 2017 |
| 52.215-1 Alt I | Instructions to Offerors--Competitive Acquisition (NOV 2021) -  Alternate I | OCT 1997 |
| 52.222-5 | Construction Wage Rate Requirements--Secondary Site of the Work | MAY 2014 |
| 52.225-12 | Notice of Buy American Requirement - Construction Materials Under Trade Agreements | MAY 2014 |
| 52.232-14 | Notice Of Availability Of Progress Payments Exclusively For Small Business Concerns | APR 1984 |
| 252.204-7024 | Notice on the Use of the Supplier Performance Risk System | MAR 2023 |
| 252.215-7008 | Only One Offer | DEC 2022 |
| 252.215-7016 | Notification to Offerors--Postaward Debriefings | DEC 2022 |

CLAUSES INCORPORATED BY FULL TEXT

52.216-1    TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a Firm Fixed Price contract resulting from this solicitation.

(End of provision)

52.228-1    BID GUARANTEE (SEP 1996)

(a) Failure to furnish a bid guarantee in the proper form and amount, by the time set for opening of bids, may be cause for rejection of the bid.

(b) The bidder shall furnish a bid guarantee in the form of a firm commitment, e.g., bid bond supported by good and sufficient surety or sureties acceptable to the Government, postal money order, certified check, cashier's check, irrevocable letter of credit, or, under Treasury Department regulations, certain bonds or notes of the United States. The Contracting Officer will return bid guarantees, other than bid bonds, (1) to unsuccessful bidders as soon as

practicable after the opening of bids, and (2) to the successful bidder upon execution of contractual documents and bonds (including any necessary coinsurance or reinsurance agreements), as required by the bid as accepted.-

(c) The amount of the bid guarantee shall be 20 percent of the bid price or $3,000,000, whichever is less.-

(d) If the successful bidder, upon acceptance of its bid by the Government within the period specified for acceptance, fails to execute all contractual documents or furnish executed bond(s) within 10 days after receipt of the forms by the bidder, the Contracting Officer may terminate the contract for default.-

(e) In the event the contract is terminated for default, the bidder is liable for any cost of acquiring the work that exceeds the amount of its bid, and the bid guarantee is available to offset the difference.

(End of provision)

52.233-2    SERVICE OF PROTEST (SEP 2006)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the Government Accountability Office (GAO), shall be served on the Contracting Officer by obtaining written and dated acknowledgment of receipt from

U.S. Army Corps of Engineers - Fort Worth District
Interagency and International Services (IIS) Contracting Division
Attention: Contracting Officer, Carl Oelschig
819 Taylor St.
Fort Worth, TX 76102
SWF-Protest@usace.army.mil
Carl.S.Oelschig@usace.army.mil .

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of provision)

52.236-27    SITE VISIT (CONSTRUCTION) (FEB 1995) – ALTERNATE I (FEB 1995)

(a) The clauses at 52.236-2, Differing Site Conditions, and 52.236-3, Site Investigations and Conditions Affecting the Work, will be included in any contract awarded as a result of this solicitation.  Accordingly, offerors or quoters are urged and expected to inspect the site where the work will be performed.

(b) An organized site visit has been scheduled for--
        Date: 31 MAR 2025
        Time: 1000 am
(c) Participants will meet at:

Location: Tarrant Regional Water District Gate; 1022 N. Calhoun St. Fort Worth TX 76102

POC: Samantha Smith
EMAIL: Samantha.a.Smith@usace.army.mil
Phone: 817-886-1118

Offerors and subcontractors wishing to participate must submit a complete listing of all personnel to attend the

preproposal site visit, via email, to samantha.a.smith@usace.army.mil, a minimum of two (2) business days prior to the preproposal site visit.Include the following information for all attendees and subcontractors. The first name on the list will indicate: TEAM CHIEF, and this individual will be responsible for all other personnel: Offeror's and offeror's subcontractor personnel full names and Firm

Additional information regarding the site visit is in Section 00 21 30.

(End of provision)

52.252-1    SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):

https://www.acquisition.gov/browse/index/far
https://www.acq.osd.mil/dpap/dars/dfarspgi/current/index.html
https://www.usace.army.mil/Business-With-Us/Contracting/Resources/

(End of provision)

52.252-5    AUTHORIZED DEVIATIONS IN PROVISIONS (NOV 2020)

(a) The use in this solicitation of any Federal Acquisition Regulation (48 CFR Chapter 1) provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the provision.

(b)  The use in this solicitation of any Defense Federal Acquisition Regulation Supplement (48 CFR Chapter 2) provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of provision)

252.204-7019  NOTICE OF NIST SP 800-171 DOD ASSESSMENT REQUIREMENTS (NOV 2023)

(a) Definitions.

Basic Assessment, Medium Assessment, and High Assessment have the meaning given in the clause 252.204-7020, NIST SP 800-171 DoD Assessments.

Covered contractor information system has the meaning given in the clause 252.204-7012, Safeguarding Covered Defense Information and Cyber Incident Reporting, of this solicitation.

(b) Requirement. In order to be considered for award, if the Offeror is required to implement NIST SP 800-171, the Offeror shall have a current assessment (i.e., not more than 3 years old unless a lesser time is specified in the solicitation) (see 252.204-7020) for each covered contractor information system that is relevant to the offer,

contract, task order, or delivery order. The Basic, Medium, and High NIST SP 800-171 DoD Assessments are described in the NIST SP 800-171 DoD Assessment Methodology located at https://www.acq.osd.mil/asda/dpc/cp/cyber/docs/safeguarding/NIST-SP-800-171-Assessment-Methodology-Version-1.2.1-6.24.2020.pdf.

(c) Procedures.

(1) The Offeror shall verify that summary level scores of a current NIST SP 800-171 DoD Assessment (i.e., not more than 3 years old unless a lesser time is specified in the solicitation) are posted in the Supplier Performance Risk System (SPRS) (https://www.sprs.csd.disa.mil/) for all covered contractor information systems relevant to the offer.

(2) If the Offeror does not have summary level scores of a current NIST SP 800-171 DoD Assessment (i.e., not more than 3 years old unless a lesser time is specified in the solicitation) posted in SPRS, the Offeror may conduct and submit a Basic Assessment to webptsmh@navy.mil for posting to SPRS in the format identified in paragraph (d) of this provision.

(d) Summary level scores. Summary level scores for all assessments will be posted 30 days post-assessment in SPRS to provide DoD Components visibility into the summary level scores of strategic assessments.

(1) Basic Assessments. An Offeror may follow the procedures in paragraph (c)(2) of this provision for posting Basic Assessments to SPRS.

(i) The email shall include the following information:

(A) Cybersecurity standard assessed (e.g., NIST SP 800-171 Rev 1).

(B) Organization conducting the assessment (e.g., Contractor self-assessment).

(C) For each system security plan (security requirement 3.12.4) supporting the performance of a DoD contract--

(1) All industry Commercial and Government Entity (CAGE) code(s) associated with the information system(s) addressed by the system security plan; and

(2) A brief description of the system security plan architecture, if more than one plan exists.

(D) Date the assessment was completed.

(E) Summary level score (e.g., 95 out of 110, NOT the individual value for each requirement).

(F) Date that all requirements are expected to be implemented (i.e., a score of 110 is expected to be achieved) based on information gathered from associated plan(s) of action developed in accordance with NIST SP 800-171.

(ii) If multiple system security plans are addressed in the email described at paragraph (d)(1)(i) of this section, the Offeror shall use the following format for the report:

| System security plan | CAGE codes supported by this plan | Brief description of the plan architecture | Date of assessment | Total score | Date score of 110 will achieved |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

---------------------------------------------------------------------------------------------------------------------------
_____  _____  _____  _____  _____  _____
---------------------------------------------------------------------------------------------------------------------------

(2) Medium and High Assessments. DoD will post the following Medium and/or High Assessment summary level scores to SPRS for each system assessed:

(i) The standard assessed (e.g., NIST SP 800-171 Rev 1).

(ii) Organization conducting the assessment, e.g., DCMA, or a specific organization (identified by Department of Defense Activity Address Code (DoDAAC)).

(iii) All industry CAGE code(s) associated with the information system(s) addressed by the system security plan.

(iv) A brief description of the system security plan architecture, if more than one system security plan exists.

(v) Date and level of the assessment, i.e., medium or high.

(vi) Summary level score (e.g., 105 out of 110, not the individual value assigned for each requirement).

(vii) Date that all requirements are expected to be implemented (i.e., a score of 110 is expected to be achieved) based on information gathered from associated plan(s) of action developed in accordance with NIST SP 800-171.

(3) Accessibility.

(i) Assessment summary level scores posted in SPRS are available to DoD personnel, and are protected, in accordance with the standards set forth in DoD Instruction 5000.79, Defense-wide Sharing and Use of Supplier and Product Performance Information (PI).

(ii) Authorized representatives of the Offeror for which the assessment was conducted may access SPRS to view their own summary level scores, in accordance with the SPRS Software User's Guide for Awardees/Contractors available at https://www.sprs.csd.disa.mil/pdf/SPRS_Awardee.pdf.

(iii) A High NIST SP 800-171 DoD Assessment may result in documentation in addition to that listed in this section. DoD will retain and protect any such documentation as "Controlled Unclassified Information (CUI)" and intended for internal DoD use only. The information will be protected against unauthorized use and release, including through the exercise of applicable exemptions under the Freedom of Information Act (e.g., Exemption 4 covers trade secrets and commercial or financial information obtained from a contractor that is privileged or confidential).

(End of provision)

Central City North By-Pass Channel                                        FWCCNBC


SECTION 00 21 30

SITE VISITS


PART 1    GENERAL

1.1    SITE VISITS

   (a)  Pursuant to Contract Clause "FAR 52.236-3, Site Investigation and
   Conditions Affecting the Work," and the Site Visit Clause in Section
   00 21 00 INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS prospective
   offerors will be permitted to inspect the site where services are to be
   performed and to satisfy themselves as to all general and local conditions
   that may affect the cost of performance of the Contract to the extent such
   information is reasonably obtainable.  Offerors are urged and expected to
   inspect the site where the work will be performed.  Site visits will be
   arranged during normal duty hours.

   (b) Site visit information:  The site visit will be:

        Date: 17 April 2025
        Time: 1300 pm
        Location:  Tarrant Regional Water District Gate; 1022 N. Calhoun St. ,
   Fort Worth, TX 76102
        POC:  Samantha Smith
        EMAIL: Samantha.a.Smith@usace.army.mil
        Phone: 817-886-1118

   Offerors and subcontractors wishing to participate must submit a complete
   listing of all personnel to attend the prepoposal site visit, to
   samantha.a.smith@usace.army.mil, a minimum of two (2) business days prior
   to the prepoposal site visit. Include the following information for all
   attendees and subcontractors. The first name on the list will indicate:
   TEAM CHIEF, and this individual will be responsible for all other personnel:

        Offeror's and offeror's subcontractor personnel full names

        Firm

   (c) The site visit will include three (3) stops along the bypass channel in
   which we will caravan to each predesignated spot. The Government recommends
   consolidating into less vehicles at the meeting point. There is a potential
   for vehicles to park or drive on grass areas, therefore please plan
   accordingly.

   (d) In no event will a failure to inspect the site constitute grounds for
   withdrawal of a proposal after receipt of proposal or for a claim after award
   of the contract.

Central City North By-Pass Channel                                    FWCCNBC

PART 2    PRODUCTS (NOT USED)

PART 3    EXECUTION (NOT USED)

        -- End of Section --

Section 00 22 16 - Supplementary Instructions to Proposers

EVALUATION OF OFFERORS

**SECTION II: B**
**SECTION 00 22 16**
**EVALUATION OF OFFERORS**

**PART I. EVALUATION AND RATING SYSTEM**

1. **BASIS OF AWARD.** The Contracting Officer will award a firm fixed-price contract to that responsible Offeror whose proposal conforms to the RFP, is fair and reasonable, and offers the best overall value to the Government, considering the non-price factors described herein, and price as determined by the Source Selection Authority. **All evaluation factors, other than price, when combined, are considered significantly more important than the price (Evaluation Factors: Past Performance, Technical Factors, and Small Business Participation Proposal).** The intent of this RFP is to obtain the best value trade-off proposal. After the government individually evaluates each proposal, the Source Selection Authority will compare proposals to determined which proposal represents the best value. The Government reserves the right to accept other than the lowest priced offer or to reject all offers. Offerors receiving an Unacceptable rating on any individual factor will not be considered for award.

2. **EVALUATION PROCEDURES**

   a. **EVALUATION AND RATING SYSTEM**

      **i. General**: The Government will review the proposals and rate the quality of each evaluation factor. The Source Selection Evaluation Board (SSEB), with oversight by the Source Selection Advisory Council (SSAC) will rate each proposal against the specified evaluation criteria in the Solicitation requirements. They will not compare proposals. After all proposals are rated, the SSAC will compare the ratings and relative advantages and disadvantages of proposals against each other in order to determine which Offerors are the best value and provide a recommendation to be used by the Source Selection Authority (SSA), in making the best value trade-off source selection decision.

      **ii. Review Write-up**: The Government will support each rating with a narrative, separately listing all strengths, weaknesses, deficiencies, and uncertainties.

      **iii. Rating System**: After listing proposal strengths, weaknesses, and deficiencies, the SSEB will assign an adjectival rating of "Outstanding", "Good", "Acceptable", "Marginal", or "Unacceptable" to each technical factor. Past Performance ratings will be based on two separate factors: relevance and recency. The recency and relevance of the information are combined to establish a confidence assessment rating. The rating will reflect the Government's confidence in each Offeror's ability to perform the requirements stated in the RFP.

3. **TECHNICAL APPROACH DEFINITIONS**

**Significant Strength**. An aspect of an offeror's proposal with appreciable merit or will exceed specified performance or capability requirements to the considerable advantage of the Government during contract performance.

**Strength**. An aspect of an offeror's proposal with merit or will exceed specified performance or capability requirements to the advantage of the Government during contract performance.

**Weakness**. A flaw in the proposal that increases the risk of unsuccessful contract performance. See FAR 15.001.

**Significant Weakness**. A flaw in the proposal that appreciably increases the risk of unsuccessful contract performance. See FAR 15.001.

**Deficiency**.  A material failure of a proposal to meet a Government requirement or a combination of significant weaknesses in a proposal that increases the risk of unsuccessful contract performance to an unacceptable level.  See FAR 15.001.

**Uncertainty**.  Any aspect of a non-cost/price factor proposal for which the intent of the offeror is unclear (e.g., more than one way to interpret the offer or inconsistencies in the proposal indicating that there may have been an error, omission or mistake).

In accordance with the DOD Source Selection Guide and the Army Source Selection Supplement (AS3), Section 3.1, the Army methodology for evaluating Technical Approach and Related Risk is the Combined Technical/Risk Rating (see Table below). This methodology considers  risk, in conjunction with the strengths, weaknesses, significant weaknesses, uncertainties, and deficiencies in determining technical ratings.

| COMBINED TECHNICAL/RISK RATINGS | |
|---|---|
| **Rating** | **Description** |
| Outstanding | Proposal demonstrates an exceptional approach and understanding of the requirements and contains multiple strengths and/or at least one significant strength, and risk of unsuccessful performance is low. |
| Good | Proposal indicates a thorough approach and understanding of the requirements and contains at least one strength or significant strength, and risk of unsuccessful performance is low to moderate. |
| Acceptable | Proposal meets requirements and indicates an adequate approach and understanding of the requirements, and risk of unsuccessful performance is no worse than moderate. |
| Marginal | Proposal has not demonstrated an adequate approach and understanding of the requirements, and/or risk of unsuccessful performance is high. |
| Unacceptable | Proposal does not meet requirements of the solicitation and, thus, contains one or more deficiencies and is unawardable, and/or risk of performance is unacceptably high. |

NOTE: A separate rating will not be assigned, the below table is to provide additional clarifications to the above ratings table.

**Technical Risk Ratings**

| Adjectival Rating | Description |
|---|---|
| Low | Proposal may contain weakness/weaknesses which have low potential to cause disruption of schedule, increased cost, or degradation of performance. Normal contractor emphasis and normal Government monitoring will likely be able to overcome any difficulties. |
| Moderate | Proposal contains a significant weakness or combination of weaknesses which may have a moderate potential to cause disruption of schedule, increased cost, or degradation of performance. Special contractor emphasis and close Government monitoring will likely be able to overcome any difficulties. |
| High | Proposal contains a significant weakness or combination of weaknesses which is likely to have a high potential to cause significant disruption of schedule, increased cost, or degradation of performance. Special contractor emphasis and close Government monitoring will unlikely be able to overcome any difficulties. |
| Unacceptable | Proposal contains a deficiency or a combination of significant weaknesses that causes an unacceptable level of risk of unsuccessful performance. |

4.   **PAST PERFORMANCE RATINGS.**   Offerors will be evaluated based on a Recency determination and a Relevancy determination.  These determinations shall be combined to establish a Performance Confidence Assessment Rating for each offeror.

a.   **The recency determination** is to evaluate the recency of the offeror's past performance.  Recency is generally expressed as a time period during which past performance references are considered relevant and is critical to establishing the relevancy of past performance information.

b.   **The relevancy determination** will assess the Offeror's past performance to determine how relevant a recent effort accomplished by the Offeror is to the effort to be acquired under this solicitation.  Relevancy Determination Definitions:

**Past Performance Relevancy Ratings**

| Rating | Definition |
|---|---|
| Very Relevant | Present/past performance effort involved essentially the same scope and magnitude of effort and complexities this solicitation requires. |
| Relevant | Present/past performance effort involved similar scope and magnitude of effort and complexities this solicitation requires |
| Somewhat Relevant | Present/past performance effort involved some of the scope and magnitude of effort and complexities this solicitation requires |
| Not Relevant | Present/Past performance effort involved little or none of the scope and magnitude of effort and complexities this solicitation requires. |

c.   **The Confidence rating** is an evaluation of the likelihood (or Government's confidence) that the offeror will successfully perform the solicitation's requirements; the evaluation is based upon past performance information. Offerors that have no relevant performance record will be given a neutral confidence rating.  Confidence Rating Definitions:

**Performance Confidence Assessments**

| Rating | Definition |
|---|---|

| Substantial Confidence | Based on the offeror's recent/relevant performance record, the Government has a high expectation that the offeror will successfully perform the required effort |
| Satisfactory Confidence | Based on the offeror's recent/relevant performance record, the Government has a reasonable expectation that the offeror will successfully perform the required effort |
| Neutral Confidence | No recent/relevant performance record is available or the offeror's performance record is so sparse that no meaningful confidence assessment rating can be reasonably assigned. The offeror may not be evaluated favorably or unfavorably on the factor of past performance |
| Limited Confidence | Based on the offeror's recent/relevant performance record, the Government has a low expectation that the offeror will successfully perform the required effort |
| No Confidence | Based on the offeror's recent/relevant performance record, the Government has no expectation that the offeror will be able to successfully perform the required effort |

## 5.  SMALL BUSINESS PARTICIPATION PROPOSAL RATING METHOD

The offeror's Small Business Participation Proposal will be evaluated based on Ratings below for Factor 3, Small Business Participation Proposal.

| Adjectival Rating | Description |
|---|---|
| Outstanding | Proposal indicates an exceptional approach and understanding of the small business objectives. |
| Good | Proposal indicates a thorough approach and understanding of the small business objectives. |
| Acceptable | Proposal indicates an adequate approach and understanding of small business objectives. |
| Marginal | Proposal has not demonstrated an adequate approach and understanding of the small business objectives. |
| Unacceptable | Proposal does not meet small business objectives. |

## 6.  GENERAL TECHNICAL CRITERIA

Material omission(s) may cause the technical proposal to be rejected as unacceptable.

Proposals which are generic, vague, or lacking in detail may be considered unacceptable. The offeror's failure to include information that the Government has indicated shall be included in the proposal may result in the offer being found deficient.

Offerors receiving an Unacceptable rating on any individual factor will not be considered for award. Therefore, receipt of an "UNACCEPTABLE" determination for any factor will make the offer ineligible for award, unless the Government elects to enter discussions with that Offeror and all deficiencies are remedied in a revised proposal.

**PART II**

**SPECIFIC INSTRUCTIONS FOR THE TECHNICAL PROPOSAL**

Submit the Technical proposal as one separate, searchable, unsecured PDF file TITLED: W9126G25R0133 FIRM NAME VOLUME I TECHNICAL

**VOLUME 1 - TECHNICAL**

| Factor | Location | Description | Relative Importance |
|--------|----------|-------------|---------------------|
| N/A | Vol. I, TAB A | PROPOSAL COVER SHEET | N/A |
| N/A | Vol. I, TAB B | LETTERS OF COMMITMENT | N/A |
| **FACTOR 1** | Vol. I, TAB C | PAST PERFORMANCE | Most Important Factor |
| **FACTOR 2** | Vol.I, TAB D | TECHNICAL FACTOR | Less important than Factor 1 but more important than Factor 3 |
| **NOTE: All evaluation factors, other than price, when combined, are considered significantly more important than the price.** | | | |

**TAB A** – The proposal cover sheet (Attachment 1) is required by FAR 52.215-1 (c)(2) and must be submitted by all offerors. The format for the proposal cover sheet is as follows:

1. Solicitation Number;
2. The name, mailing address, telephone and e-mail address;
3. A statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation and agreement to furnish any or all items upon which prices are offered at the price set opposite each item;
4. Names, titles, telephone and email address of persons authorized to negotiate on the offeror's behalf with the Government in connection with this solicitation; and
5. Name, title, and signature of person authorized to sign the proposal. Proposals signed by an agent shall be accompanied by evidence of that agent's authority unless that evidence has been previously furnished to the issuing office. Title used for signature should be the title that gives authority to sign in accordance with business format.

Offerors should ensure the UEI number and CAGE Code are included. The UEI number will be used to access CPARS data. Offerors shall also provide any other assigned number that identifies them in the CPARS database. If a separate UEI has been created for a Joint Venture (JV), that UEI must also be submitted. Also provide any other UEI that identifies individual member firms in the JV.

**TAB B – LETTERS OF COMMITMENT** - Provide letters of commitment signed by both parties for all firms included on the organizational plan in Factor 2. Information provided on firms without signed letters of commitment will not be considered in the evaluation of Factor 2. A sample letter can be found in Attachment 4.

**TAB C – FACTOR 1 – PAST PERFORMANCE** refers to the relevant and recent project experience. This tab shall contain past performance information regarding same/similar projects that demonstrate the experience of the offeror and/or proposed team. The past performance evaluation factor assesses the degree of confidence the Government has in an offeror's ability to supply products and services that meet users' needs, based on a demonstrated record of

performance. In this factor, the Government will consider recent and relevant project performance, safety performance, team organization, and team experience to determine the confidence rating.

**A.  Submission Requirements for Factor 1:**

1. Offerors shall submit no more than five Government and/or commercial projects for Construction which are recent and relevant to the efforts required by this solicitation as defined below. Use the attached Construction Past Performance Worksheet (Attachment 2) to submit construction experience. Limit each worksheet to no more than three pages. The total page limitation for this Factor 1 is 20 pages relating to construction experience. The 20-page limit does not include CPARS information or the past performance questionnaires (Attachment 3). Offerors are responsible for clearly identifying how each project submitted for evaluation is similar in size, scope, and complexity to this project.

   **Relevant:** Demonstrate the experience of the offeror and/or proposed team on projects same/similar in SIZE, SCOPE, and COMPLEXITY to that described in the solicitation. Offerors shall identify and describe the relevancies for each of the projects submitted compared to the scope of this project.  The Government will evaluate the information provided in making the relevancy determination. The Government may place greater value on projects performed as a prime contractor than as a subcontractor, depending upon overall role and relevancy considerations.

   Project(s) may be considered more relevant if the project(s) involve bridge construction, at least 10-foot-deep mass excavation, blasting of rock, levee construction, floodwall construction or is of a magnitude of at least $75,000,000.

   **Recent:** All projects submitted for construction experience must have been completed within ten years from the date of the solicitation, except one project may be submitted that is currently under construction and at least 50% completed. For any project between six and ten years old, the contractor will need to submit past performance information for these contracts including any applicable CPARS. The Government can only get data up to six years ago from the system.

2. If any firm has multiple functions or divisions, limit the project examples to those performed by the division or unit submitting the offer. If projects were design-bid-build, identify them as such. If an offeror is proposing as a Joint Venture (JV) and past performance cannot be provided as a JV, each partner shall submit past performance information. Combined number of projects submitted shall be no more than the number allowed above.

3. Past Performance Assessment Questionnaire (PPQ) (Attachment 3) included in the solicitation is provided for the offeror or its team members to submit to the client for each project the offeror includes in its proposal for Factor 1: Past Performance that does not have an interim or final Contractor Performance Assessment Reporting System (CPARS) evaluation or is a non-Federal Government project. The PPQ does not count towards the 20-page limit for past performance. Ensure correct phone numbers and email addresses are provided for the client point of contact. Completed Past Performance Questionnaires should be submitted with your proposal. If the offeror is unable to obtain a completed PPQ from a client for a project(s) before proposal closing date, the offeror should complete and submit with the proposal the first page of the PPQ which will provide contract and client information for the respective project(s). Offerors should follow-up with clients/references to ensure timely submittal of questionnaires. If the client requests, questionnaires may be submitted directly to the Government's point of contact, Leonard Buhrow via email at Leonard.E.Buhrow@usace.army.mil prior to proposal closing date. Offerors shall not incorporate by reference into their proposal PPQs previously submitted for other RFPs. However, this does not preclude the Government from utilizing previously submitted PPQ information in the past performance evaluation.

   a. Do not request PPQs on projects that have an interim or final CPARS evaluation. If an interim or final CPARS evaluation exists and a PPQ is provided for the same project, CPARS evaluation will be reviewed as the official past performance record for the project, and the PPQ will not be considered by the Source Selection Board or the Source Selection Authority.

b. For USACE or other DoD projects which are underway but do not yet have an interim or final CPARS evaluation, one PPQ per contract may be submitted; to be considered, the PPQ shall be signed by the Administrative Contracting Officer (ACO) for the contract.

4. Offerors are not required to submit any additional past performance information. The Government will utilize CPARS, and any other information deemed relevant to assess confidence in the offeror's ability to perform. Offerors are not to include CPARS evaluations in their proposal unless the project has been completed more than six years prior to the solicitation date. The Government will pull CPARS information for the Source Selection Board's use.

a. Offerors may submit performance recognition documents received within the last ten years, such as awards, award fee determinations, customer letters of recommendation, and any other forms of performance recognition.

b. Offerors may submit information on past performance issues and corrective actions taken to prevent these issues from reoccurring. Discuss whether these corrective actions have been implemented on projects awarded after the performance issues, the effectiveness of the corrective actions, and Point of Contact (POC) information for the subsequent projects.

5. In addition to the above, the Government may review any other sources of information for evaluating past performance. Other sources may include, but are not limited to, past performance information retrieved through the Contractor Performance Assessment Reporting System (CPARS), using all CAGE/UEI numbers of team members (partnership, joint venture, teaming arrangement, or parent company/subsidiary/affiliate) identified in the offeror's proposal, inquiries of owner representative(s), Federal Awardee Performance and Integrity Information System (FAPIIS), Electronic Subcontract Reporting System (eSRS), and any other known sources not provided by the offeror.

While the Government may elect to consider data from other sources, the burden of providing detailed, current, accurate and complete past performance information rests with the offeror.

**B. Evaluation Criteria for Factor 1:**

**1. Recency Determination**

The first aspect of the past performance evaluation is the recency of the past performance. Recent is defined as projects completed or substantially completed within ten years from the date of this solicitation. Based on this criteria, an Offeror's past performance submissions will be determined either "recent" or "not recent." Project submissions that are deemed not recent, will not be evaluated further for this factor.

**2. Relevancy Determination**

a. The Government will evaluate the offeror's past performance to determine how relevant the past performance is to the project under consideration. The Government will place greater value on projects performed as a prime contractor than as a subcontractor, depending upon overall role and relevancy considerations. Federal Government project past performance will not be rated inherently more important than non-Federal Government project past performance.

b. Projects completed outside the defined time period for recency will not be considered relevant to this solicitation.

c. Past performance on more relevant projects will typically be a stronger predictor of future success and have more influence on the past performance confidence assessment than past performance of less relevant projects.

d.  Projects with lower degrees of relevance will not be as strong of predictors of likely future contract performance success and will typically have less influence on the final past performance confidence rating.

e.  Projects that have little or no relevance typically do not influence the performance confidence rating; however, any projects with adverse past performance could reflect larger company-wide concerns and may impact upon the past performance confidence rating.

f.  Based on the relevancy of the projects submitted for construction, a relevancy determination will be assessed as an interim step prior to establishing a confidence rating.

3.  **Confidence Determination**

a.  The SSEB will review the past performance information available, to include CPARS and other past performance information deemed relevant, to determine the performance confidence assessment. If any firm has multiple functions or divisions, the Government will only evaluate past performance of the division or unit submitting the offer. If the Government cannot establish the offeror's relevant past performance, it reserves the right to utilize the Past Performance Questionnaire to conduct telephone interviews on any source it deems relevant to the evaluation. Owners/references may be asked to comment on items such as quality of construction, timeliness, management of the work, subcontractor management, including timely payment to subs or suppliers, safety, relations between owner and designer or contractor, level of support for such things as as-built documentation, O&M manuals, training, correcting construction errors, warranty work, etc. The Government will not release the information gathered to the offeror at any time, for the Government to solicit candid, unbiased interview comments. The Government's evaluation is not limited to past performance information on the cited example projects.

b.  In determining the performance confidence rating for Past Performance, the degree of relevancy/recency of all the considered efforts; the overall performance record of the offeror on each contract assessed; number and severity of problems, the demonstrated effectiveness of corrective actions taken (not just planned or promised); and trend data will be considered. Projects with higher degrees of relevance will typically have a greater influence on the final performance confidence rating. Projects with lower degrees of relevance will typically have less influence on the final performance confidence rating however, any projects with adverse past performance could reflect larger company- wide concerns and may impact upon the past performance confidence rating. Projects which are comparatively more recent may be better predictors of likely future success than older projects. The resulting relevant/recent assessment conclusions will then be combined, along with the assessed performance on prior projects, to arrive at a single performance confidence rating for the Past Performance Factor.

c.  The confidence rating will be established based on the past performance of the firms or that of its predecessor, if applicable. An entity may not establish past performance based on the past performance of its key personnel apart from that of the entity. If the Government does not obtain past performance information and cannot establish a past performance record for the offeror through other sources, a rating of "Neutral Confidence" will be assigned.

d.  If adverse past performance information is received to which the offeror has not previously had an opportunity to respond, the offeror may be given an opportunity to provide input. CPARs that are part of the official record will be utilized as if the offeror has already had an opportunity to respond.

e.  Although the SSEB may not rate an offeror that lacks recent, relevant past performance favorably or unfavorably with regard to past performance, the SSA may determine that a "Substantial Confidence" or "Satisfactory Confidence" past performance rating is worth more than a "Neutral Confidence" past performance rating in a best value tradeoff as long as the determination is consistent with stated solicitation criteria.

**TAB D – FACTOR 2 – TECHNICAL FACTOR**

The Technical Factor consists of narratives describing the below elements. The proposal must clearly define the quality levels that the contractor is offering to the Government in enough detail for the Government and the offeror to mutually understand whether the proposal meets or exceeds the minimum Solicitation requirements. Limit to no more than twenty (20) pages.

**A.  Submission Requirements for Factor 2:**

1.  **Organizational Plan**
    Provide a plan that identifies who will perform (prime or subcontractor) each of the following major features of work. If a proposed subcontractor is known, include the subcontractor's name. Note that providing qualifications of named subcontractors is not required.
    a.  Earthwork
    b.  Concrete
    c.  Reinforcement
    d.  Dewatering
    e.  Blasting
    f.  Precast Concrete for Pedestrian Bridge

2.  **Communication Plan**

    Provide a preliminary communication plan focusing on interactions between the Prime and major subcontractors during construction.  Define the audience.  Define the requirements.  Layout the communication schedule during the life of the construction project.  Define the responsible team members for communication to include roles and responsibilities.  Define the medium of communication.

3.  **Risk Register:** All submissions for risks are to be entered into the attached risk register (Attachment 6).

    Submit a risk register with your firms top ten risks that you foresee owning on this project. Submit in a table format, and at a minimum, include the following as column headers addressing each section for the ten risks submitted:

    a.  Risk ID/Number: Will be labeled 1-10 with the most significant risks identified in order of importance.

    b.  Risk Title

    c.  Risk Description

    d.  Risk Category: Use one of the following categories.
        1.  Environmental
        2.  Compliance
        3.  Financial
        4.  Schedule
        5.  Technical
        6.  Construction
        7.  Operational (Maintenance)

    e.  Probability: Use one of the following categories
        1.  Very Low
        2.  Low
        3.  Moderate
        4.  High

     5.   Very High

  f.  Impact for the following using below chart
     1.   Schedule
     2.   Cost
     3.   Scope

| **Matrix Key** | | | **Impact** | | | | |
|---|---|---|---|---|---|---|---|
| | | | Unlikely | Negligible | Moderate | Critical | Catastrophic |
| | | | | I | II | III | IV |
| **Probability** | Very High | 81-100% | | | | | |
| | High | 61-80% | | | | | |
| | Moderate | 41-60% | | | | | |
| | Low | 21-40% | | | | | |
| | Very Low | 01-20% | | | | | |

  g.  Score: Color coded using the above chart (green, yellow, red, black)

  h.  Effect

  i.  Risk Response/Mitigation that will be taken

**4  Safety Program:**
    Submit a narrative with how your firm intends to run a successful safety program.

**B.  Evaluation Criteria for Factor 2:**

The Government will evaluate the offeror's proposed approach to assess the strength of understanding of the project scope, coordination, and restrictions which must be considered as part of the project. The Government will evaluate the extent to which the communication plan addresses interactions between the Prime Contractor and major subcontractors identified in the provided organizational plan; the viability, feasibility, and effectiveness of the mitigation plan to lower the offeror's identified risks, with a focus on the risks ranked more important by the offeror; and the strength of the proposed safety program's effect on the safety culture of the project.


**VOLUME II – SMALL BUSINESS PARTICIPATION PROPOSAL**
    Submit the Small Business Participation Proposal as one separate, searchable, unsecured PDF file TITLED:
    W9126G25R0133 FIRM NAME VOLUME II SMALL BUSINESS PARTICIPATION PROPOSAL

| Factor | Location | Description | Relative Importance |
|---|---|---|---|
| **FACTOR 3** | Vol. II, TAB A | SMALL BUSINESS PARTICIPATION PROPOSAL | Less important than Factors 1 and 2 |


**TAB A – FACTOR 3 – SMALL BUSINESS PARTICIPATION PROPOSAL (SBPP)**

All offerors, regardless of size status, are required to complete a SBPP. In accordance with DFARS 215.304(c)(i), the Government will evaluate Small Business Participation in source selections for unrestricted acquisitions that require use of FAR 52.219- 9, Small Business Subcontracting and is required for this procurement. Offerors **shall** articulate

within their SBPP how they intend to meet the small business objectives.

A.  **SUBMISSION REQUIREMENTS FOR FACTOR 3:**

All offerors shall complete and submit a SBPP using the format template (Attachment 5) at the end of this section. This factor does not have a page limitation.

Nothing precludes an offeror from further demonstrating their extent of commitment to use small businesses beyond what has been required by this solicitation.

CRITERIA
The Government requirement will evaluate the level of proposed participation of small businesses in the performance to determine which offeror proposes the best value in terms of the contract relative to the objectives, percentages and criteria established herein. Failure to submit a SBPP will be evaluated as a deficiency.
All offerors **shall** articulate the extent to which Small Businesses (SBs), Small, Disadvantaged Businesses (SDBs), Women-Owned Small Businesses (WOSBs), HUBZone Small Businesses (HZs), Veteran-Owned Small Businesses (VOSBs) and Service-Disabled, Veteran-Owned Small Businesses (SDVOSBs) that are specifically identified in the proposal.
Extent of participation of Small Business firms in terms of percentages based on the **total value of the offeror's proposal** of the acquisition **and** the extent to which the proposal *meets* or exceeds small business participation percentages detailed below.
Large businesses may achieve their small business participation commitments through subcontracting to small businesses. Small businesses may achieve their small business participation commitments through their own performance/participation as a prime or through a joint venture, teaming arrangement, and subcontracting to other small businesses.
 The minimum small business participation percentages are:
 SB:  27% based on total value of proposal
 SDB:  11% based on total value of proposal
 WOSB:  4% based on total value of proposal
 HZ:  1% based on total value of proposal
 VOSB:  3% based on total value of proposal
 SDVOSB:  2% based on total value of proposal

Offeror **shall** describe the extent of commitments used for identified firms (if any) in place for this specific acquisition and provide the commitment.  The offeror is not limited to the example provided in Attachment 5. Enforceable commitments are evaluated more favorably than non-enforceable commitments.
 Enforceable commitments must:
 (1) Firm must be a small business (Include SAM.gov UEI or CAGE code for verification)
 (2) Include the socioeconomic category of the small business
 (3) Identify the services/supplies to be provided by the small business
 (4) Specificity to the subject requirement by indicating the solicitation number on the document
 (5) Include legible signature blocks and signatures from BOTH parties authorized to sign on behalf of their respective firm to demonstrate acknowledgement of the business relationship
 (6) Small business firm must be identified on the SBPP as appropriate
The offeror **shall** describe the use of small business firms providing the following information:
 (1)  Name of each small business, *include* each socio-economic category
 (2)  Complexity and variety of work to be performed by small business
 (3)  Percentage of work performed by each small business
 Offerors failing to identify, or severely limit, the supplies/services to be performed may be evaluated as a weakness or deficiency.
Past performance of the offerors in complying with the requirements of the clause FAR 52.219-8, Utilization of Small Business Concerns or 52.219-9, Small Business Subcontracting Plan.
 The Offeror **shall** provide a narrative describing compliance to small business goals. The Government will evaluate based on one and/or a combination of the following:
 (1) Reporting of small business performance in CPARS

(2) History of prompt payments to small business subcontractors
(3) Reporting of small business performance in eSRS
(4) Documentation from customers demonstrating use/support of small businesses
(5) Documentation of other information to substantiate the use of small business demonstrating the total small business contract completion by the small business prime and/or subcontracting to other small business.
(6) Documentation from federal agency customers demonstrating the use/support of small business and/or information substantiating the use of small business subcontractors may be evaluated more favorably.
(7) SBA compliance reviews
(8) DCMA Small Business Subcontracting Program reviews

Offerors are encouraged to submit proof of awards, accolades, or similar type documentation received for their current and/or past support of small businesses.  The offeror is not limited to the examples provided.

The Government reserves the right to review additional information outside of the evaluation criteria below.

Material submitted in support of the SBPP **shall** be logically assembled and organized to facilitate evaluation. The use of hyperlinks in lieu of incorporating information into the proposal remains prohibited. Do **not** cross-reference materials as the Government will not look to obtain information in support of an offeror's SBPP from other volumes or within the Subcontracting Plan (if applicable). Offerors **shall not** submit a hybrid plan that includes a combination of elements from a SBPP (in accordance with DFARS PGI 215.304) and elements of a Subcontracting Plan (in accordance with FAR 52.219-9) as the two are distinctly different. Doing so will result in a weakness.

EVALUATION

The submitted SBPP will utilize the ratings as described in Section 00 22 16 Evaluation of Offerors in paragraph 5 above*, SMALL BUSINESS PARTICIPATION PROPOSAL RATING METHOD FOR FACTOR 3 based on the following:

Extent of participation of Small Business firms in terms of **percentages AND amount of the total value of the proposal** and the extent to which the proposal meets or exceeds the small business participation percentages as detailed herein for this acquisition. Offerors providing less than the percentages outlined above may be evaluated as a weakness or deficiency.

The Government will verify the total value of the offeror's proposal to ensure dollar amounts are consistent with the percentages being proposed in the SBPP. If an offeror's value of their total acquisition is inconsistent with the values in the SBPP, it may result in a weakness or deficiency.

Extent to which Small Business firms, as defined in FAR Part 19, are specifically identified in the proposal. The Government will evaluate the firms specifically identified by the Offeror in the submitted SBPP.

Extent of commitment to use the identified firms. The Government will evaluate the types of commitments in place (if any) for this specific acquisition (small business prime, written contract, verbal, enforceable, non-enforceable, joint ventures, mentor-protégé, teaming agreements, partnership letters of commitment(s), etc.). Enforceable commitments as defined above may be evaluated more favorably than non-enforceable commitments.

Identification of the complexity and variety of work small business firms are to perform. The Government will evaluate the meaningful elements of the type and complexity of work to be performed by small business. Offerors failing to identify, or severely limit, the supplies/services to be performed may be evaluated as a weakness or deficiency.

Past performance of the offerors in complying with the requirements of the clauses at FAR 52.219-8 *Utilization of Small Business Concerns or* 52.219-9 *Small Business Subcontracting Plan*. The Government will evaluate based on one and/or a combination of the following: (1) Reporting of small business performance in CPARS, (2) History of prompt payments to small business subcontractors, (3) Reporting of small business performance in eSRS, (4) Documentation from customers demonstrating use/support of small businesses, (5) Documentation of other information to substantiate the use of small business demonstrating the total small business contract completion by the small business prime and/or subcontracting to other small business, (6) Documentation from federal agency customers demonstrating the use/support of small business and/or information substantiating the use of small

business subcontractors may be evaluated more favorably, (7) SBA compliance reviews. (8) DCMA Small Business Subcontracting Program reviews.

Offerors with no prior contracts containing FAR clause 52.219-8, and whether negative information has been reported concerning the Offeror's past compliance with FAR 52.219-8 alongside any explanation to address the negative information.

Documentation from federal agency customers demonstrating the use/support of small business and/or information substantiating the use of small business subcontractors may be evaluated more favorably. The government reserves the right to review additional information outside of offer's proposal.

The offeror's SBPP will be evaluated as described in Section 00 22 16 Evaluation of Offerors in paragraph 5 above, SMALL BUSINESS PARTICIPATION PROPOSAL RATING METHOD FOR FACTOR 3.

## VOLUME III: PRICE PROPOSAL

Submit the price proposal as one separate, searchable, unsecured PDF file TITLED: W9126G25R0133 FIRM NAME VOLUME III PRICE

| TAB | CONTENTS OF THE PRICE PROPOSAL (Price Proposal is not a rated factor). |
|-----|------------------------------------------------------------------------|
| A | Signed Standard Form 1442 & Acknowledgement of Amendments |
| B | **Price (FACTOR 4)** |
| C | Section 00 45 00 – Representations and Certifications |
| D | Joint Venture Agreement and LLC Operating Agreement (If Applicable) |
| E | Bid Guarantee (Bid Bond) |
| F | Financial Information and Bonding Capability |
| G | Subcontracting Plan (other than small business only) (must be determined acceptable) |

**General Instructions:**

Size Restrictions and Page Limits. Use only 8 ½" x 11" pages in PDF format. There are no page limits set for the price proposal. However, limit your response to information required by this solicitation. Excess information will not be considered in the Government's evaluation.

Format and Contents of the Price Proposal and List of Tabs. The Price Proposal shall be appropriately labeled as such and shall be organized as indicated in the above chart. Note: If the Offeror is not required to submit any information under a listed Tab in accordance with the instructions below, that tab can be omitted. However, do not renumber the subsequent tabs.

**TAB A -** Standard Form 1442 and acknowledgement of all amendments (Block 19), completed and signed by authorized individual(s) of the offeror. Offers submitted in the name of a Joint Venture must be signed in accordance with the terms and conditions specified in the joint venture agreement as evidenced in the proposal.

**TAB B** – Price – **FACTOR 4**.

General Instructions. In accordance with Federal Acquisition Regulation (FAR) 15.402 and 15.403-1, certified cost or pricing data are not required as adequate competition is expected for this procurement. If after receipt of proposals the Contracting Officer determines that there is insufficient information available to determine price reasonableness and none of the exceptions at FAR 15.403-1 apply, the Offeror may be required to submit certified cost or pricing data. Additionally, in the event that adequate competition is not obtained, the Contracting Officer may incorporate FAR 52.215-20 entitled, "Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data," into the

solicitation and request a Certificate of Current Cost or Pricing Data. There are no page limitations for this volume. Proposal information included in this volume which is not directly related to Price will be disregarded.

Compliance. Failure to comply with the RFP requirements for Price information may result in an adverse assessment of an offeror's proposal and reduce or eliminate its chance of being selected for award. Offerors shall ensure that the information presented in this volume is consistent and correlates with the information contained in the other proposal volumes.

Adjectival ratings shall not be used for offerors' Price proposals. The Government will fully evaluate and negotiate, if applicable, all priced Contract Line-Item Numbers (CLINs) for award. For award purposes, the total proposed price for all CLINs will be added together into a total sum (contract value). The evaluation of all option CLINs will not obligate the Government to exercise any option.

SUBMISSION REQUIREMENTS
Submit the properly completed Contract Line-Item Number (CLIN) Schedule containing proposed line items on the Standard Form 1442 in Section 00 10 00. This schedule must be provided in both PDF and Excel format. The Excel file may not be altered or modified, and all formulas and calculations must be retained.

Proposed price schedule is to be completed in its entirety by all offerors to include the Subtotals and Totals section as found in Section 00 10 00 - Solicitation, Contract Line Item Number (CLIN) Schedule.

The Offeror's Price proposal will be evaluated as follows:

a. Firm Fixed Price Evaluation: For a price to be fair and reasonable, it must represent a price to the Government that a prudent person would pay in the conduct of competitive business. The Offeror's proposed fixed-price CLINs may be evaluated, using one or more of the techniques described in FAR 15.404-1 in order to determine if they are fair and reasonable.

b. Overall Price Proposal Evaluation: The overall Price proposal will be evaluated for the following:

1. Compliance: The Price proposal submitted by the Offeror will be evaluated for compliance based upon the submission requirements contained in this Section.

2. Unbalanced Pricing: The Offeror's overall Price proposal will be evaluated for unbalanced pricing as defined in FAR 15.404-1(g). An offer may be rejected if the contracting officer determines that the lack of balance poses an unacceptable risk to the Government (see FAR 15.404-1(g)(1) through FAR 15.404-1(g)(3)).

3. Errors: The Offeror's Price proposal will be reviewed for errors. The Offeror may be given an opportunity to clarify certain aspects of their proposal at the sole discretion of the Contracting Officer.

4. Total Evaluated Price: The total evaluated price consists of summing the Offeror's proposed fixed-price CLIN prices, including options.

**TAB C -** Section 00 45 00 – Representations and Certifications. The offeror shall verify the representations and certifications have been completed in https://www.sam.gov in accordance with FAR 52.204-8 and DFARS 252.204-7007 ALT I. Submit the representations and certifications not covered in https://www.sam.gov that are included in Section 00 45 00 of this solicitation, under this tab.

**TAB D -** Joint Venture and LLC, if applicable. (13 CFR Section 125.8).

**TAB E -** Offerors shall provide a fully executed Bid Bond as required by FAR Clause 52.228-1, Bid Guarantee ***electronically in Tab E.*** This requirement is to be completed regardless of Bid Bond requirement submission located in other parts of these instructions.

**For the purposes of this Request for Proposal, please note that IAW FAR 28.001:** "Bond means a written instrument executed by a bidder or contractor (the "principal"), and a second party (the "surety" or "sureties") (except as provided in FAR 28.204), to assure fulfillment of the principal's obligations to a third party (the "obligee" or "Government"), identified in the bond. If the principal's obligations are not met, the bond assures payment, to the extent stipulated, of any loss sustained by the obligee."

Bonds shall therefore be executed in the name of the legal entity, whether a joint venture, partnership or the Prime Contractor of an informal teaming arrangement, with whom the Government would enter into a contract for a successful offeror. The entity named on the bond must be able to acquire bonding capacity on its own merits, and not as the result of indemnification from a subcontractor or third party.

**TAB F -** Financial Information & Bonding Capability (e.g. past three years financial statements, annual reports, Dun & Bradstreet Ratings and/or number). Provide a list of all current contracts with a value above $100 Million, total dollar value, award date, anticipated completion, performance and payment bond amount.

**TAB G –** Small Business Subcontracting Plan (Large Businesses only) Small Business Subcontracting Plan Alternate II, will be included in the solicitation.  If the apparent awardee is a large business, the offeror shall submit a small business subcontracting plan meeting the requirements of  FAR 52.219-9, DFARS 252.219-7003, DFARS 252.219-7004 (if the offeror has a comprehensive subcontracting plan).
The socio-economic dollars must be equal to or greater than the commitments proposed in the small business participation proposal.
Small businesses specifically identified in the small business participation proposal must be listed in the small business subcontracting plan submitted pursuant to DFARS 215.304(c)(i)(C).
Failure to submit an acceptable small business subcontracting plan will result in the offeror's ineligibility for award. Per FAR clause 52.219-9 and DFARS 252.219-7003, the small businesss subcontracting plan must be determined as "acceptable" by the Contracting Officer for consideration of an award under this solicitation.
The small business subcontracting plan will be evaluated as "acceptable" or "unacceptable".
Offerors are reminded:
It is the Government's expectation is that the small business participation proposal percentages (equated) will be met. Failure to meet the percentages without sufficient justification in terms of the good faith efforts applied may result in the offeror paying liquidated damages to the Government in accordance with FAR 52.219-16, Liquidated Damages and a CPARS rating less than satisfactory during execution and administration of the contract.
Awarded contractors requiring a Small Business Subcontracting Plan shall include the district small business professional within eSRS to receive the required individual Subcontracting Reports.   Failure to include the district small business professional may be considered a failure in making a "good faith effort" to the contractor's small business subcontracting plan.
The firm will be required to notify the Contracting Officer of any substitutions of firms that are not small business firms, for the small business firms specifically identified in the small business subcontracting plan.  Notifications shall be in writing and shall occur within a reasonable period of time after award of the subcontract to facilitate compliance with DFARS 252.219-7003(e) during execution and administration of the contract.
The small business subcontracting plans are not evaluated as part of the source selection process and is separate from FACTOR 3 requirements in this solicitation.
Encourage offerors to use the "DoD Checklist for Reviewing Subcontracting Plans" under PGI 219.705-4 Reviewing the subcontracting plan to ensure compliance.  Template is available at
http://business.defense.gov/Acquisition/Subcontracting/

Section 00 45 00 - Representations and Certifications

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.204-8 (Dev) | Annual Representations and Certifications (DEVIATION 2025-O0003/ DEVIATION 2025-O0004) | MAR 2025 |
| 52.204-24 | Representation Regarding Certain Telecommunications and Video Surveillance Services or Equipment | NOV 2021 |
| 52.209-7 | Information Regarding Responsibility Matters | OCT 2018 |
| 52.209-12 | Certification Regarding Tax Matters | OCT 2020 |
| 52.209-13 | Violation of Arms Control Treaties or Agreements -- Certification | NOV 2021 |
| 52.236-28 | Preparation of Proposals--Construction | OCT 1997 |
| 252.203-7005 | Representation Relating to Compensation of Former DoD Officials | SEP 2022 |
| 252.204-7008 | Compliance With Safeguarding Covered Defense Information Controls | OCT 2016 |
| 252.204-7016 | Covered Defense Telecommunications Equipment or Services -- Representation | DEC 2019 |
| 252.204-7017 | Prohibition on the Acquisition of Covered Defense Telecommunications Equipment or Services -- Representation | MAY 2021 |
| 252.225-7055 | Representation Regarding Business Operations with the Maduro Regime | MAY 2022 |
| 252.225-7057 | Preaward Disclosure of Employment of Individuals Who Work in the People's Republic of China | AUG 2022 |
| 252.225-7059 | Prohibition on Certain Procurements from the Xinjiang Uyghur Autonomous Region - Representation | JUN 2023 |

CLAUSES INCORPORATED BY FULL TEXT

252.204-7007 ALTERNATE A, ANNUAL REPRESENTATIONS AND CERTIFICATIONS (NOV 2023)

Substitute the following paragraphs (b), (d) and (e) for paragraphs (b) and (d) of the provision at FAR 52.204-8:

(b)(1) If the provision at FAR 52.204-7, System for Award Management, is included in this solicitation, paragraph (e) of this provision applies.

(2) If the provision at FAR 52.204-7, System for Award Management, is not included in this solicitation, and the Offeror has an active registration in the System for Award Management (SAM), the Offeror may choose to use paragraph (e) of this provision instead of completing the corresponding individual representations and certifications in the solicitation. The Offeror shall indicate which option applies by checking one of the following boxes:

CONTRACTOR TO COMPLETE

___ (i) Paragraph (e) applies.

___ (ii) Paragraph (e) does not apply and the Offeror has completed the individual representations and certifications in the solicitation.

(d)(1) The following representations or certifications in the SAM database are applicable to this solicitation as indicated:

(i) 252.204-7016, Covered Defense Telecommunications Equipment or Services--Representation. Applies to all solicitations.

(ii) 252.216-7008, Economic Price Adjustment--Wage Rates or Material Prices Controlled by a Foreign Government. Applies to solicitations for fixed-price supply and service contracts when the contract is to be performed wholly or in part in a foreign country, and a foreign government controls wage rates or material prices and may during contract performance impose a mandatory change in wages or prices of materials.

(iii) 252.225-7042, Authorization to Perform. Applies to all solicitations when performance will be wholly or in part in a foreign country.

(iv) 252.225-7049, Prohibition on Acquisition of Certain Foreign Commercial Satellite Services--Representations. Applies to solicitations for the acquisition of commercial satellite services.

(v) 252.225-7050, Disclosure of Ownership or Control by the Government of a Country that is a State Sponsor of Terrorism. Applies to all solicitations expected to result in contracts of $150,000 or more.

(vi) 252.229-7012, Tax Exemptions (Italy)--Representation. Applies to solicitations when contract performance will be in Italy.

(vii) 252.229-7013, Tax Exemptions (Spain)--Representation. Applies to solicitations when contract performance will be in Spain.

(viii) 252.247-7022, Representation of Extent of Transportation by Sea. Applies to all solicitations except those for direct purchase of ocean transportation services or those with an anticipated value at or below the simplified acquisition threshold.

(2) The following representations or certifications in SAM are applicable to this solicitation as indicated by the Contracting Officer: [Contracting Officer check as appropriate.]

X   (i) 252.209-7002, Disclosure of Ownership or Control by a Foreign Government.

(ii) 252.225-7000, Buy American--Balance of Payments Program Certificate.

(iii) 252.225-7020, Trade Agreements Certificate.

Use with Alternate I.

X   (iv) 252.225-7031, Secondary Arab Boycott of Israel.

(v) 252.225-7035, Buy American--Free Trade Agreements--Balance of Payments Program Certificate.

Use with Alternate I.

Use with Alternate II.

Use with Alternate III.

Use with Alternate IV.

Use with Alternate V.

X (vi) 252.226-7002, Representation for Demonstration Project for Contractors Employing Persons with Disabilities.

(vii) 252.232-7015, Performance-Based Payments--Representation.

(e)  The Offeror has completed the annual representations and certifications electronically via the SAM website at https://www.acquisition.gov/. After reviewing the SAM database information, the Offeror verifies by submission of the offer that the representations and certifications currently posted electronically that apply to this solicitation as indicated in FAR 52.204-8(c) and paragraph (d) of this provision have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer, and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below [Offeror to insert changes, identifying change by provision number, title, date        ]. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

| FAR/DFARS provision No. | Title | Date | Change |
|---|---|---|---|
|  |  |  |  |

Any changes provided by the Offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications located in the SAM database.

(End of provision)

Section 00 70 00 - Conditions of the Contract

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|------------|------------|-----------|-----------|
| 0001 | Destination | Government | Destination | Government |
| 0002 | Destination | Government | Destination | Government |
| 0003 | Destination | Government | Destination | Government |
| 0004 | Destination | Government | Destination | Government |
| 0005 | Destination | Government | Destination | Government |
| 0006 | Destination | Government | Destination | Government |
| 0007 | Destination | Government | Destination | Government |
| 0008 | Destination | Government | Destination | Government |
| 0009 | Destination | Government | Destination | Government |
| 0010 | Destination | Government | Destination | Government |
| 0011 | Destination | Government | Destination | Government |
| 0012 | Destination | Government | Destination | Government |
| 0013 | Destination | Government | Destination | Government |
| 0014 | Destination | Government | Destination | Government |
| 0015 | Destination | Government | Destination | Government |
| 0016 | Destination | Government | Destination | Government |
| 0017 | Destination | Government | Destination | Government |
| 0018 | Destination | Government | Destination | Government |
| 0019 | Destination | Government | Destination | Government |
| 0020 | Destination | Government | Destination | Government |
| 0021 | Destination | Government | Destination | Government |
| 0022 | Destination | Government | Destination | Government |
| 0023 | Destination | Government | Destination | Government |
| 0024 | Destination | Government | Destination | Government |
| 0025 | Destination | Government | Destination | Government |
| 0026 | Destination | Government | Destination | Government |
| 0027 | Destination | Government | Destination | Government |
| 0028 | Destination | Government | Destination | Government |
| 0029 | Destination | Government | Destination | Government |
| 0030 | Destination | Government | Destination | Government |
| 0031 | Destination | Government | Destination | Government |
| 0032 | Destination | Government | Destination | Government |
| 0033 | Destination | Government | Destination | Government |
| 0034 | Destination | Government | Destination | Government |
| 0035 | Destination | Government | Destination | Government |

Section 00 72 00 - General Conditions

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUN 2020 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | MAY 2014 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | JUN 2020 |
| 52.203-7 | Anti-Kickback Procedures | JUN 2020 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | MAY 2014 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | MAY 2014 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 2020 |
| 52.203-13 | Contractor Code of Business Ethics and Conduct | NOV 2021 |
| 52.203-19 | Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements | JAN 2017 |
| 52.204-7 | System for Award Management | NOV 2024 |
| 52.204-10 | Reporting Executive Compensation and First-Tier Subcontract Awards | JUN 2020 |
| 52.204-13 | System for Award Management Maintenance | OCT 2018 |
| 52.204-18 | Commercial and Government Entity Code Maintenance | AUG 2020 |
| 52.204-19 | Incorporation by Reference of Representations and Certifications. | DEC 2014 |
| 52.204-20 | Predecessor of Offeror | AUG 2020 |
| 52.204-21 | Basic Safeguarding of Covered Contractor Information Systems | NOV 2021 |
| 52.204-23 | Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab Covered Entities | DEC 2023 |
| 52.204-25 | Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment | NOV 2021 |
| 52.204-27 | Prohibition on a ByteDance Covered Application | JUN 2023 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | NOV 2021 |
| 52.209-9 | Updates of Publicly Available Information Regarding Responsibility Matters | OCT 2018 |
| 52.209-10 | Prohibition on Contracting With Inverted Domestic Corporations | NOV 2015 |
| 52.210-1 | Market Research | NOV 2021 |
| 52.211-13 | Time Extensions | SEP 2000 |
| 52.211-18 | Variation in Estimated Quantity | APR 1984 |
| 52.215-2 | Audit and Records--Negotiation | JUN 2020 |
| 52.217-4 | Evaluation Of Options Exercised At The Time Of Contract Award | JUN 1988 |
| 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns | OCT 2022 |
| 52.219-8 | Utilization of Small Business Concerns | FEB 2024 |
| 52.219-9 Alt II | Small Business Subcontracting Plan (SEP 2023) Alternate II | NOV 2016 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | SEP 2021 |
| 52.219-28 | Post-Award Small Business Program Rerepresentation | FEB 2024 |
| 52.222-1 | Notice To The Government Of Labor Disputes | FEB 1997 |
| 52.222-3 | Convict Labor | JUN 2003 |

| 52.222-4 | Contract Work Hours and Safety Standards - Overtime Compensation | MAY 2018 |
|---|---|---|
| 52.222-6 | Construction Wage Rate Requirements | AUG 2018 |
| 52.222-7 | Withholding of Funds | MAY 2014 |
| 52.222-8 | Payrolls and Basic Records | JUL 2021 |
| 52.222-9 (Dev) | Apprentices and Trainees (DEVIATION 2025-O0003) | MAR 2025 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | MAY 2014 |
| 52.222-12 | Contract Termination-Debarment | MAY 2014 |
| 52.222-13 | Compliance With Construction Wage Rate Requirements and Related Regulations | MAY 2014 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | MAY 2014 |
| 52.222-32 | Construction Wage Rate Requirements--Price Adjustment (Actual Method) | AUG 2018 |
| 52.222-35 | Equal Opportunity for Veterans | JUN 2020 |
| 52.222-36 | Equal Opportunity for Workers with Disabilities | JUN 2020 |
| 52.222-37 | Employment Reports on Veterans | JUN 2020 |
| 52.222-40 | Notification of Employee Rights Under the National Labor Relations Act | DEC 2010 |
| 52.222-50 | Combating Trafficking in Persons | NOV 2021 |
| 52.222-54 | Employment Eligibility Verification | MAY 2022 |
| 52.222-62 | Paid Sick Leave Under Executive Order 13706 | JAN 2022 |
| 52.223-2 | Reporting of Biobased Products Under Service and Construction Contracts. | MAY 2024 |
| 52.223-3 | Hazardous Material Identification And Material Safety Data | FEB 2021 |
| 52.223-11 | Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons. | MAY 2024 |
| 52.223-20 | Aerosols | MAY 2024 |
| 52.223-21 | Foams | MAY 2024 |
| 52.223-23 (Dev) | Sustainable Products and Services  (DEVIATION 2025-O0004) | MAR 2025 |
| 52.225-11 | Buy American--Construction Materials Under Trade Agreements | NOV 2023 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | FEB 2021 |
| 52.226-7 | Drug-Free Workplace | MAY 2024 |
| 52.226-8 | Encouraging Contractor Policies To Ban Text Messaging While Driving | MAY 2024 |
| 52.227-1 | Authorization and Consent | JUN 2020 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | JUN 2020 |
| 52.228-2 | Additional Bond Security | OCT 1997 |
| 52.228-11 (Dev) | Individual Surety--Pledge of Assets (DEVIATION 2020-O0016) | FEB 2021 |
| 52.228-12 | Prospective Subcontractor Requests for Bonds | DEC 2022 |
| 52.228-14 | Irrevocable Letter of Credit | NOV 2014 |
| 52.228-15 (Dev) | Performance and Payment Bonds-Construction. (Deviation 2020-O0016) | JUN 2020 |
| 52.228-17 | Individual Surety--Pledge of Assets (Bid Guarantee) | FEB 2021 |
| 52.229-3 | Federal, State And Local Taxes | FEB 2013 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | MAY 2014 |
| 52.232-17 | Interest | MAY 2014 |
| 52.232-23 | Assignment Of Claims | MAY 2014 |
| 52.232-27 | Prompt Payment for Construction Contracts | JAN 2017 |
| 52.232-32 | Performance-Based Payments | APR 2012 |

| 52.232-33 | Payment by Electronic Funds Transfer--System for Award Management | OCT 2018 |
| 52.232-39 | Unenforceability of Unauthorized Obligations | JUN 2013 |
| 52.232-40 | Providing Accelerated Payments to Small Business Subcontractors | MAR 2023 |
| 52.233-1 | Disputes | MAY 2014 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-3 | Site Investigation and Conditions Affecting the Work | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-8 | Other Contracts | APR 1984 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-10 | Operations and Storage Areas | APR 1984 |
| 52.236-11 | Use and Possession Prior to Completion | APR 1984 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.236-13 | Accident Prevention | NOV 1991 |
| 52.236-14 | Availability and Use of Utility Services | APR 1984 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.237-2 | Protection Of Government Buildings, Equipment, And Vegetation | APR 1984 |
| 52.242-5 | Payments to Small Business Subcontractors | JAN 2017 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-4 | Changes | JUN 2007 |
| 52.244-5 | Competition In Subcontracting | DEC 1996 |
| 52.244-6 (Dev) | Subcontracts for Commercial Products and Commercial Services (DEVIATION 2025-O0003) | MAR 2025 |
| 52.245-1 Alt I | Government Property (SEP 2021) Alternate I | APR 2012 |
| 52.245-9 | Use And Charges | APR 2012 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.248-3 | Value Engineering-Construction | OCT 2020 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (Apr 2012)  - Alternate I | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.249-14 | Excusable Delays | APR 1984 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7000 | Requirements Relating to Compensation of Former DoD Officials | SEP 2011 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | JAN 2023 |
| 252.203-7002 | Requirement to Inform Employees of Whistleblower Rights | DEC 2022 |
| 252.203-7003 | Agency Office of the Inspector General | AUG 2019 |
| 252.203-7004 | Display of Hotline Posters | JAN 2023 |
| 252.204-7002 | Payment For Contract Line or Subline Items Not Separately Priced | APR 2020 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 | Antiterrorism Awareness Training for Contractors | JAN 2023 |

| 252.204-7009 | Limitations on the Use or Disclosure of Third-Party Contractor Reported Cyber Incident Information | JAN 2023 |
|---|---|---|
| 252.204-7012 (Dev) | Safeguarding Covered Defense Information and Cyber Incident Reporting  (DEVIATION 2024-O0013 REVISION 1) | MAY 2024 |
| 252.204-7014 | Limitations on the Use or Disclosure of Information by Litigation Support Contractors | JAN 2023 |
| 252.204-7015 | Notice of Authorized Disclosure of Information for Litigation Support | JAN 2023 |
| 252.204-7018 | Prohibition on the Acquisition of Covered Defense Telecommunications Equipment or Services | JAN 2023 |
| 252.204-7020 | NIST SP 800-171 DoD Assessment Requirements | NOV 2023 |
| 252.204-7021 | Contractor Compliance with the Cybersecurity Maturity Model Certification Level Requirement | JAN 2023 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | JUN 2023 |
| 252.215-7013 | Supplies and Services Provided by Nontraditional Defense Contractors | JAN 2023 |
| 252.219-7003 | Small Business Subcontracting Plan (DOD Contracts) | DEC 2019 |
| 252.223-7001 | Hazard Warning Labels | DEC 1991 |
| 252.223-7008 | Prohibition of Hexavalent Chromium | JAN 2023 |
| 252.225-7012 | Preference For Certain Domestic Commodities | APR 2022 |
| 252.225-7048 | Export-Controlled Items | JUN 2013 |
| 252.225-7052 | Restriction on the Acquisition of Certain Magnets, Tantalum, and Tungsten. | MAY 2024 |
| 252.225-7056 | Prohibition Regarding Business Operations with the Maduro Regime | JAN 2023 |
| 252.225-7058 | Postaward Disclosure of Employment of Individuals Who Work in the People's Republic of China | JAN 2023 |
| 252.225-7060 | Prohibition on Certain Procurements from the Xinjiang Uyghur Autonomous Region | JUN 2023 |
| 252.225-7061 | Restriction on the Acquisition of Personal Protective Equipment and Certain Other Items from Non-Allied Foreign Nations | JAN 2023 |
| 252.226-7001 | Utilization of Indian Organizations, Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns | JAN 2023 |
| 252.226-7003 | Drug-Free Work Force | AUG 2024 |
| 252.227-7033 | Rights in Shop Drawings | APR 1966 |
| 252.227-7037 | Validation of Restrictive Markings on Technical Data | JAN 2023 |
| 252.232-7003 | Electronic Submission of Payment Requests and Receiving Reports | DEC 2018 |
| 252.232-7004 (Dev) | DoD Progress Payment Rates (DEVIATION 2020-O0010) | MAR 2020 |
| 252.232-7010 | Levies on Contract Payments | DEC 2006 |
| 252.236-7000 | Modification Proposals-Price Breakdown | DEC 1991 |
| 252.236-7008 | Contract Prices-Bidding Schedules | DEC 1991 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | DEC 2022 |
| 252.244-7000 | Subcontracts for Commercial Products or Commercial Services | NOV 2023 |
| 252.245-7005 | Management and Reporting of Government Property | JAN 2024 |
| 252.247-7023 | Transportation of Supplies by Sea | JAN 2023 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-10    COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984) - ALTERNATE I (APR 1984)

The Contractor shall be required to (a) commence work under this contract within (see Section 01 00 00.00 44) calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than (see Section 01 00 00.00 44). The time stated for completion shall include final cleanup of the premises.

The completion date is based on the assumption that the successful offeror will receive the notice to proceed by (see Section 01 00 00.00 44). The completion date will be extended by the number of calendar days after the above date that the Contractor receives the notice to proceed, except to the extent that the delay in issuance of the notice to proceed results from the failure of the Contractor to execute the contract and give the required performance and payment bonds within the time specified in the offer.

(End of clause)


52.211-12    LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $7,600 for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)


52.217-7    OPTION FOR INCREASED QUANTITY--SEPARATELY PRICED LINE ITEM (MAR 1989)

The Government may require the delivery of the numbered line item, identified in the Schedule as an option item, in the quantity and at the price stated in the Schedule.  Delivery of added items shall continue at the same rate that like items are called for under the contract, unless the parties otherwise agree.

The Contracting Officer may exercise the option by written notice to the Contractor within the time period according to the schedule below:

| CLIN No Pkg 1 | Option Number | CLIN Title | Option - Calendar Days |
|---|---|---|---|
| 10 | 1 | Soil Profiles for Future Plantings | 180 After issuance of Notice to Proceed |
| 11 | 2 | Upper Promenade Paving | 365 After issuance of Notice to Proceed |
| 12 | 3 | Lighting Fixtures | 180 After issuance of Notice to Proceed |
| 13 | 4 | Lower Promenade Paving | 180 After issuance of Notice to Proceed |

| 14 | 5 | Lower Promenade Seat Walls | 180 After issuance of Notice to Proceed |
| 15 | 6 | Site Furniture | 365 After issuance of Notice to Proceed |
| 16 | 7 | Cable Fence | 365 After issuance of Notice to Proceed |
| 17 | 8 | Equestrian Rubber Trail | 180 After issuance of Notice to Proceed |
| 18 | 9 | Storage and Railing | 365 After issuance of Notice to Proceed |
| 19 | 10 & 1 Land Pkg | Main Street Levee Park | 180 After issuance of Notice to Proceed |
| 20 | 11 | Ramp E | 180 After issuance of Notice to Proceed |
| 21 | 12 | Soft Edge Terraces and Stairs | 180 After issuance of Notice to Proceed |
| 22 | 13 & 1 Land Pkg | North Promenade Park | 180 After issuance of Notice to Proceed |
| 23 | 14 | Kayak Launch #1 | 365 After issuance of Notice to Proceed |
| 24 | 15 | Kayak Launch #2 | 180 After issuance of Notice to Proceed |
| 25 | 16 | Kayak Launch #3 | 180 After issuance of Notice to Proceed |
| 26 | 17 | Main Street Terraces | 180 After issuance of Notice to Proceed |
| 27 | 18 | Electrical Spare Conduits | 180 After issuance of Notice to Proceed |
| 28 | 19 | Partial Plug A (PPA) - Construction | 365 After issuance of Notice to Proceed |
| 29 | 19 | Partial Plug A - Channel Soil and Weathered Rock | 365 After issuance of Notice to Proceed |
| 30 | 19 | Partial Plug A - Channel Rock Excavation | 365 After issuance of Notice to Proceed |
| 31 | 19 | Partial Plug A - Channel Protection- Riprap | 365 After issuance of Notice to Proceed |
| 32 | 19 | Partial Plug A - Stockpiles | 365 After issuance of Notice to Proceed |
| 33 | 19 | Partial Plug A - Rock Processing | 365 After issuance of Notice to Proceed |
| 34 | 20 | Partial Plug A - Options | 365 After issuance of Notice to Proceed |
| 35 | 21 | Anti-Graffiti Coating Tint | 365 After issuance of Notice to Proceed |

(End of clause)

52.223-9     ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESIGNATED ITEMS (MAY 2008)

(a) Definitions. As used in this clause--

Postconsumer material means a material or finished product that has served its intended use and has been discarded for disposal or recovery, having completed its life as a consumer item. Postconsumer material is a part of the broader category of "recovered material."

Recovered material means waste materials and by-products recovered or diverted from solid waste, but the term does not include those materials and by-products generated from, and commonly reused within, an original manufacturing process.

(b) The Contractor, on completion of this contract, shall--

(1) Estimate the percentage of the total recovered material content for EPA-designated item(s) delivered and/or used in contract performance, including, if applicable, the percentage of post-consumer material content; and

(2) Submit this estimate to the Contracting Officers Representative

(End of clause)

52.236-1    PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least 15% percent of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

(End of clause)

52.236-4    PHYSICAL DATA (APR 1984)

Data and information furnished or referred to below is for the Contractor's information. The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information by the Contractor.

(a) The indications of physical conditions on the drawings and in the specifications are the result of site investigations during design. The Government will furnish after award a geotechnical data report appendix which is for information only.

(End of clause)

52.252-2    CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

https://www.acquisition.gov/browse/index/far

https://www.acq.osd.mil/dpap/dars/dfarspgi/current/index.html

(End of clause)


52.252-6    AUTHORIZED DEVIATIONS IN CLAUSES (NOV 2020)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Defense Federal Acquisition Regulation Supplement (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of clause)


252.236-7001    CONTRACT DRAWINGS AND SPECIFICATIONS (AUG 2000)

(a) The Government will provide to the Contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer.

(b) The Contractor shall--

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting Officer of any discrepancies;

(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b); and

(5) Reproduce and print contract drawings and specifications as needed.

(c) In general--

(1) Large-scale drawings shall govern small-scale drawings; and

(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.

(d) Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.

(e) The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

Drawing Index G-001 thru G-004 for Volume I
Title Page for Volume II
Drawing Index G-002 for Volume III

(End of clause)

Section 00 73 00 - Supplementary Conditions

<u>WAGE DETERMINATION TX20250026</u>

APPLICATION OF WAGE DECISIONS

Solicitation No: W9126G25R0133

Project: Center City North Bypass Channel

Location: Fort Worth, Texas

County: Tarrant County, Texas

1. Construction Wage Rate Requirements, Davis-Bacon Act Wage Decision, TX20250025, Highway Construction Projects, is applicable to Highway construction activities – concrete pavement, curbs, fencing, highway signs, parking lots and street paving which are not incidental to building and heavy construction, and all construction requirements not shown in the paragraphs above for those activities performed in Tarrant County, TX.

2. Construction Wage Rate Requirements, Davis-Bacon Act Wage Decision, TX20250026, Heavy Construction Projects, is applicable to Heavy construction activities – pipe lines, sewers, sewage collection and disposal lines, water and sewage treatment plants (other than buildings), riprap, wells, flood (erosion) control, and other construction activities which are not incidental to other construction project decisions being performed in Tarrant County, TX.
NOTE:

(1) Payroll records are required, under the Davis-Bacon Act, to be submitted to the U.S. Army Corps of Engineers for all construction work performed.

(2) The Wage Decision Number applicable to the work performed is to be shown on all certified payroll records submitted. If multiple wage decisions are utilized within a pay period, so clearly annotate those work hours, and rates-of-pay per the applicable wage decision under which the work was performed.
Wage rate compliance will be checked against the highest rate noted for the craft from all contract wage decisions if the applicable wage decision number to be applied is not shown on the payroll record.


"General Decision Number: TX20250026 01/03/2025

Superseded General Decision Number: TX20240026

State: Texas

Construction Type: Heavy

Counties: Johnson, Parker and Tarrant Counties in Texas.


Heavy Construction Projects (Including Water and Sewer Lines)

Note: Contracts subject to the Davis-Bacon Act are generally
required to pay at least the applicable minimum wage rate
required under Executive Order 14026 or Executive Order 13658.
Please note that these Executive Orders apply to covered
contracts entered into by the federal government that are
subject to the Davis-Bacon Act itself, but do not apply to
contracts subject only to the Davis-Bacon Related Acts,
including those set forth at 29 CFR 5.1(a)(1).

| If the contract is entered into on or after January 30, 2022, or the contract is renewed or extended (e.g., an option is exercised) on or after January 30, 2022: | . Executive Order 14026 generally applies to the contract. . The contractor must pay all covered workers at least $17.75 per hour (or the applicable wage rate listed on this wage determination, if it is higher) for all hours spent performing on the contract in 2025. |
|---|---|
| If the contract was awarded on or between January 1, 2015 and January 29, 2022, and the contract is not renewed or extended on or after January 30, 2022: | . Executive Order 13658 generally applies to the contract. . The contractor must pay all covered workers at least $13.30 per hour (or the applicable wage rate listed on this wage determination, if it is higher) for all hours spent performing on that contract in 2025. |

The applicable Executive Order minimum wage rate will be
adjusted annually. If this contract is covered by one of the
Executive Orders and a classification considered necessary for
performance of work on the contract does not appear on this
wage determination, the contractor must still submit a
conformance request.


Additional information on contractor requirements and worker
protections under the Executive Orders is available at
http://www.dol.gov/whd/govcontracts.

Modification Number       Publication Date
         0                  01/03/2025

 PLUM0146-002 01/01/2024

                            Rates          Fringes

PLUMBER/PIPEFITTER...............$ 38.28          12.81
----------------------------------------------------------------
 SUTX1990-041 06/01/1990

                            Rates          Fringes

CARPENTER.......................$ 10.40 **        $3.64

Concrete Finisher...............$  9.81 **

ELECTRICIAN.....................$ 13.26 **

Form Setter.....................$  7.86 **

Laborers:
     Common.....................$  7.25 **
     Utility....................$  8.09 **

PAINTER.........................$ 10.89 **

Pipelayer.......................$  8.43 **

Power equipment operators:
     Backhoe....................$ 11.89 **        3.30
     Bulldozer..................$ 10.76 **
     Crane......................$ 13.16 **        3.30
     Front End Loader...........$ 10.54 **
     Mechanic...................$ 10.93 **
     Scraper....................$ 10.00 **

Reinforcing Steel Setter........$ 10.64 **

TRUCK DRIVER....................$  7.34 **
----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.

================================================================

** Workers in this classification may be entitled to a higher
minimum wage under Executive Order 14026 ($17.75) or 13658
($13.30).  Please see the Note at the top of the wage
determination for more information. Please also note that the
minimum wage requirements of Executive Order 14026 are not
currently being enforced as to any contract or subcontract to

which the states of Texas, Louisiana, or Mississippi, including
their agencies, are a party.

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave
for Federal Contractors applies to all contracts subject to the
Davis-Bacon Act for which the contract is awarded (and any
solicitation was issued) on or after January 1, 2017.  If this
contract is covered by the EO, the contractor must provide
employees with 1 hour of paid sick leave for every 30 hours
they work, up to 56 hours of paid sick leave each year.
Employees must be permitted to use paid sick leave for their
own illness, injury or other health-related needs, including
preventive care; to assist a family member (or person who is
like family to the employee) who is ill, injured, or has other
health-related needs, including preventive care; or for reasons
resulting from, or to assist a family member (or person who is
like family to the employee) who is a victim of, domestic
violence, sexual assault, or stalking.  Additional information
on contractor requirements and worker protections under the EO
is available at
https://www.dol.gov/agencies/whd/government-contracts.

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (iii)).


----------------------------------------------------------------


The body of each wage determination lists the classifications
and wage rates that have been found to be prevailing for the
type(s) of construction and geographic area covered by the wage
determination. The classifications are listed in alphabetical
order under rate identifiers indicating whether the particular
rate is a union rate (current union negotiated rate), a survey
rate, a weighted union average rate, a state adopted rate, or a
supplemental classification rate.

Union Rate Identifiers

A four-letter identifier beginning with characters other than
""SU"", ""UAVG"", ?SA?, or ?SC? denotes that a union rate was
prevailing for that classification in the survey. Example:
PLUM0198-005 07/01/2024. PLUM is an identifier of the union
whose collectively bargained rate prevailed in the survey for
this classification, which in this example would be Plumbers.
0198 indicates the local union number or district council
number where applicable, i.e., Plumbers Local 0198. The next
number, 005 in the example, is an internal number used in
processing the wage determination. The date, 07/01/2024 in the
example, is the effective date of the most current negotiated
rate.

Union prevailing wage rates are updated to reflect all changes
over time that are reported to WHD in the rates
in the collective bargaining agreement (CBA) governing the
classification.

Union Average Rate Identifiers

The UAVG identifier indicates that no single rate prevailed for
those classifications, but that 100% of the data reported for
the classifications reflected union rates. EXAMPLE:
UAVG-OH-0010 01/01/2024. UAVG indicates that the rate is a
weighted union average rate. OH indicates the State of Ohio.
The next number, 0010 in the example, is an internal number
used in producing the wage determination. The date, 01/01/2024
in the example, indicates the date the wage determination was
updated to reflect the most current union average rate.

A UAVG rate will be updated once a year, usually in January, to
reflect a weighted average of the current rates in the
collective bargaining agreements on which the rate is based.

Survey Rate Identifiers

The ""SU"" identifier indicates that either a single non-union
rate prevailed (as defined in 29 CFR 1.2) for this
classification in the survey or that the rate was derived by
computing a weighted average rate based on all the rates
reported in the survey for that classification. As a weighted
average rate includes all rates reported in the survey, it may
include both union and non-union rates. Example: SUFL2022-007
6/27/2024. SU indicates the rate is a single non-union
prevailing rate or a weighted average of survey data for that
classification. FL indicates the State of Florida. 2022 is the
year of the survey on which these classifications and rates are
based. The next number, 007 in the example, is an internal
number used in producing the wage determination. The date,
6/27/2024 in the example, indicates the survey completion date
for the classifications and rates under that identifier.

?SU? wage rates typically remain in effect until a new survey
is conducted. However, the Wage and Hour Division (WHD) has the
discretion to update such rates under 29 CFR 1.6(c)(1).

State Adopted Rate Identifiers

The ""SA"" identifier indicates that the classifications and
prevailing wage rates set by a state (or local) government were
adopted under 29 C.F.R 1.3(g)-(h).  Example: SAME2023-007
01/03/2024. SA reflects that the rates are state adopted. ME
refers to the State of Maine. 2023 is the year during which the
state completed the survey on which the listed classifications
and rates are based. The next number, 007 in the example, is an

internal number used in producing the wage determination.
The date, 01/03/2024 in the example, reflects the date on which
the classifications and rates under the ?SA? identifier took
effect under state law in the state from which the rates were
adopted.

------------------------------------------------------------

WAGE DETERMINATION APPEALS PROCESS

1) Has there been an initial decision in the matter? This can
be:

                a) a survey underlying a wage determination
                b) an existing published wage determination
c) an initial WHD letter setting forth a position on
a wage determination matter
d) an initial conformance (additional classification
and rate) determination

On survey related matters, initial contact, including requests
for summaries of surveys, should be directed to the WHD Branch
of Wage Surveys. Requests can be submitted via email to
davisbaconinfo@dol.gov or by mail to:

                Branch of Wage Surveys
                Wage and Hour Division
                U.S. Department of Labor
                200 Constitution Avenue, N.W.
                Washington, DC 20210

Regarding any other wage determination matter such as
conformance decisions, requests for initial decisions should be
directed to the WHD Branch of Construction Wage Determinations.
Requests can be submitted via email to BCWD-Office@dol.gov or
by mail to:

                Branch of Construction Wage Determinations
                Wage and Hour Division
                U.S. Department of Labor
                200 Constitution Avenue, N.W.
                Washington, DC 20210

2) If an initial decision has been issued, then any interested
party (those affected by the action) that disagrees with the
decision can request review and reconsideration from the Wage
and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7).
Requests for review and reconsideration can be submitted via
email to dba.reconsideration@dol.gov or by mail to:

                Wage and Hour Administrator
                U.S. Department of Labor
                200 Constitution Avenue, N.W.

Washington, DC 20210

The request should be accompanied by a full statement of the interested party's position and any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board).  Write to:

　　　　Administrative Review Board
　　　　U.S. Department of Labor
　　　　200 Constitution Avenue, N.W.
　　　　Washington, DC 20210.

===============================================================

　　　　END OF GENERAL DECISION"


WAGE DETERMINATION TX20250025

"General Decision Number: TX20250025 01/03/2025

Superseded General Decision Number: TX20240025

State: Texas

Construction Type: Highway

Counties: Archer, Callahan, Clay, Collin, Dallas, Delta, Denton, Ellis, Grayson, Hunt, Johnson, Jones, Kaufman, Parker, Rockwall, Tarrant and Wise Counties in Texas.


HIGHWAY CONSTRUCTION PROJECTS (excluding tunnels, building structures in rest area projects & railroad construction; bascule, suspension & spandrel arch bridges designed for commercial navigation, bridges involving marine construction; and other major bridges).

Note: Contracts subject to the Davis-Bacon Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658. Please note that these Executive Orders apply to covered contracts entered into by the federal government that are subject to the Davis-Bacon Act itself, but do not apply to contracts subject only to the Davis-Bacon Related Acts, including those set forth at 29 CFR 5.1(a)(1).

_____

```
|If the contract is entered |. Executive Order 14026   |
|into on or after January 30,| generally applies to the |
|2022, or the contract is   | contract.                |
|renewed or extended (e.g., an|. The contractor must pay |
|option is exercised) on or | all covered workers at   |
|after January 30, 2022:    | least $17.75 per hour (or|
|                           | the applicable wage rate |
|                           | listed on this wage      |
|                           | determination, if it is  |
|                           | higher) for all hours    |
|                           | spent performing on the  |
|                           | contract in 2025.        |
|_____|_____|
|If the contract was awarded on|. Executive Order 13658  |
|or between January 1, 2015 and| generally applies to the |
|January 29, 2022, and the  | contract.                |
|contract is not renewed or |. The contractor must pay all|
|extended on or after January| covered workers at least |
|30, 2022:                  | $13.30 per hour (or the  |
|                           | applicable wage rate listed|
|                           | on this wage determination,|
|                           | if it is higher) for all |
|                           | hours spent performing on|
|                           | that contract in 2025.   |
|_____|_____|
```

The applicable Executive Order minimum wage rate will be
adjusted annually. If this contract is covered by one of the
Executive Orders and a classification considered necessary for
performance of work on the contract does not appear on this
wage determination, the contractor must still submit a
conformance request.

Additional information on contractor requirements and worker
protections under the Executive Orders is available at
http://www.dol.gov/whd/govcontracts.


Modification Number      Publication Date
        0                 01/03/2025

   SUTX2011-007 08/03/2011

                              Rates           Fringes

CONCRETE FINISHER (Paving and
Structures)......................$ 14.12 **

ELECTRICIAN......................$ 19.80

FORM BUILDER/FORM SETTER
        Paving & Curb..............$ 13.16 **
        Structures.................$ 13.84 **
```

```
LABORER
        Asphalt Raker...............$ 12.69 **
        Flagger.....................$ 10.06 **
        Laborer, Common.............$ 10.72 **
        Laborer, Utility............$ 12.32 **
        Pipelayer...................$ 13.24 **
        Work Zone Barricade
        Servicer....................$ 11.68 **

POWER EQUIPMENT OPERATOR:
        Asphalt Distributor.........$ 15.32 **
        Asphalt Paving Machine......$ 13.99 **
        Broom or Sweeper............$ 11.74 **
        Concrete Pavement
        Finishing Machine...........$ 16.05 **
        Concrete Saw................$ 14.48 **
        Crane Operator, Lattice
        Boom 80 Tons or Less........$ 17.27 **
        Crane Operator, Lattice
        Boom over 80 Tons...........$ 20.52
        Crane, Hydraulic 80 Tons
        or Less.....................$ 18.12
        Crawler Tractor.............$ 14.07 **
        Excavator, 50,000 pounds
        or less.....................$ 17.19 **
        Excavator, over 50,000
        pounds......................$ 16.99 **
        Foundation Drill , Truck
        Mounted.....................$ 21.07
        Foundation Drill, Crawler
        Mounted.....................$ 17.99
        Front End Loader 3 CY or
        Less........................$ 13.69 **
        Front End Loader, over 3 CY.$ 14.72 **
        Loader/Backhoe..............$ 15.18 **
        Mechanic....................$ 17.68 **
        Milling Machine.............$ 14.32 **
        Motor Grader, Fine Grade....$ 17.19 **
        Motor Grader, Rough.........$ 16.02 **
        Pavement Marking Machine....$ 13.63 **
        Reclaimer/Pulverizer........$ 11.01 **
        Roller, Asphalt.............$ 13.08 **
        Roller, Other...............$ 11.51 **
        Scraper.....................$ 12.96 **
        Small Slipform Machine......$ 15.96 **
        Spreader Box................$ 14.73 **

Servicer........................$ 14.58 **

Steel Worker (Reinforcing).......$ 16.18 **

TRUCK DRIVER
```

```
        Lowboy-Float................$ 16.24 **
        Off Road Hauler.............$ 12.25 **
        Single Axle.................$ 12.31 **
        Single or Tandem Axle Dump
        Truck.......................$ 12.62 **
        Tandem Tractor with
        Semi Trailer................$ 12.86 **
        Transit-Mix.................$ 14.14 **

WELDER..........................$ 14.84 **
----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.

================================================================

** Workers in this classification may be entitled to a higher
minimum wage under Executive Order 14026 ($17.75) or 13658
($13.30).  Please see the Note at the top of the wage
determination for more information. Please also note that the
minimum wage requirements of Executive Order 14026 are not
currently being enforced as to any contract or subcontract to
which the states of Texas, Louisiana, or Mississippi, including
their agencies, are a party.

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave
for Federal Contractors applies to all contracts subject to the
Davis-Bacon Act for which the contract is awarded (and any
solicitation was issued) on or after January 1, 2017.  If this
contract is covered by the EO, the contractor must provide
employees with 1 hour of paid sick leave for every 30 hours
they work, up to 56 hours of paid sick leave each year.
Employees must be permitted to use paid sick leave for their
own illness, injury or other health-related needs, including
preventive care; to assist a family member (or person who is
like family to the employee) who is ill, injured, or has other
health-related needs, including preventive care; or for reasons
resulting from, or to assist a family member (or person who is
like family to the employee) who is a victim of, domestic
violence, sexual assault, or stalking.  Additional information
on contractor requirements and worker protections under the EO
is available at
https://www.dol.gov/agencies/whd/government-contracts.

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (iii)).


----------------------------------------------------------------
```

The body of each wage determination lists the classifications and wage rates that have been found to be prevailing for the type(s) of construction and geographic area covered by the wage determination. The classifications are listed in alphabetical order under rate identifiers indicating whether the particular rate is a union rate (current union negotiated rate), a survey rate, a weighted union average rate, a state adopted rate, or a supplemental classification rate.

Union Rate Identifiers

A four-letter identifier beginning with characters other than ""SU"", ""UAVG"", ?SA?, or ?SC? denotes that a union rate was prevailing for that classification in the survey. Example: PLUM0198-005 07/01/2024. PLUM is an identifier of the union whose collectively bargained rate prevailed in the survey for this classification, which in this example would be Plumbers. 0198 indicates the local union number or district council number where applicable, i.e., Plumbers Local 0198. The next number, 005 in the example, is an internal number used in processing the wage determination. The date, 07/01/2024 in the example, is the effective date of the most current negotiated rate.

Union prevailing wage rates are updated to reflect all changes over time that are reported to WHD in the rates in the collective bargaining agreement (CBA) governing the classification.

Union Average Rate Identifiers

The UAVG identifier indicates that no single rate prevailed for those classifications, but that 100% of the data reported for the classifications reflected union rates. EXAMPLE: UAVG-OH-0010 01/01/2024. UAVG indicates that the rate is a weighted union average rate. OH indicates the State of Ohio. The next number, 0010 in the example, is an internal number used in producing the wage determination. The date, 01/01/2024 in the example, indicates the date the wage determination was updated to reflect the most current union average rate.

A UAVG rate will be updated once a year, usually in January, to reflect a weighted average of the current rates in the collective bargaining agreements on which the rate is based.

Survey Rate Identifiers

The ""SU"" identifier indicates that either a single non-union rate prevailed (as defined in 29 CFR 1.2) for this classification in the survey or that the rate was derived by computing a weighted average rate based on all the rates reported in the survey for that classification. As a weighted average rate includes all rates reported in the survey, it may

include both union and non-union rates. Example: SUFL2022-007
6/27/2024. SU indicates the rate is a single non-union
prevailing rate or a weighted average of survey data for that
classification. FL indicates the State of Florida. 2022 is the
year of the survey on which these classifications and rates are
based. The next number, 007 in the example, is an internal
number used in producing the wage determination. The date,
6/27/2024 in the example, indicates the survey completion date
for the classifications and rates under that identifier.

?SU? wage rates typically remain in effect until a new survey
is conducted. However, the Wage and Hour Division (WHD) has the
discretion to update such rates under 29 CFR 1.6(c)(1).

State Adopted Rate Identifiers

The ""SA"" identifier indicates that the classifications and
prevailing wage rates set by a state (or local) government were
adopted under 29 C.F.R 1.3(g)-(h). Example: SAME2023-007
01/03/2024. SA reflects that the rates are state adopted. ME
refers to the State of Maine. 2023 is the year during which the
state completed the survey on which the listed classifications
and rates are based. The next number, 007 in the example, is an
internal number used in producing the wage determination.
The date, 01/03/2024 in the example, reflects the date on which
the classifications and rates under the ?SA? identifier took
effect under state law in the state from which the rates were
adopted.

----------------------------------------------------------

WAGE DETERMINATION APPEALS PROCESS

1) Has there been an initial decision in the matter? This can
be:

        a) a survey underlying a wage determination
        b) an existing published wage determination
c) an initial WHD letter setting forth a position on
a wage determination matter
d) an initial conformance (additional classification
and rate) determination

On survey related matters, initial contact, including requests
for summaries of surveys, should be directed to the WHD Branch
of Wage Surveys. Requests can be submitted via email to
davisbaconinfo@dol.gov or by mail to:

        Branch of Wage Surveys
        Wage and Hour Division
        U.S. Department of Labor
        200 Constitution Avenue, N.W.
        Washington, DC 20210

Regarding any other wage determination matter such as
conformance decisions, requests for initial decisions should be
directed to the WHD Branch of Construction Wage Determinations.
Requests can be submitted via email to BCWD-Office@dol.gov or
by mail to:

        Branch of Construction Wage Determinations
        Wage and Hour Division
        U.S. Department of Labor
        200 Constitution Avenue, N.W.
        Washington, DC 20210

2) If an initial decision has been issued, then any interested
party (those affected by the action) that disagrees with the
decision can request review and reconsideration from the Wage
and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7).
Requests for review and reconsideration can be submitted via
email to dba.reconsideration@dol.gov or by mail to:

        Wage and Hour Administrator
        U.S. Department of Labor
        200 Constitution Avenue, N.W.
        Washington, DC 20210

The request should be accompanied by a full statement of the
interested party's position and any information (wage payment
data, project description, area practice material, etc.) that
the requestor considers relevant to the issue.

3) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative
Review Board (formerly the Wage Appeals Board).  Write to:

        Administrative Review Board
        U.S. Department of Labor
        200 Constitution Avenue, N.W.
        Washington, DC 20210.

================================================================

        END OF GENERAL DECISION"