# Exhibit C

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE<br>J | PAGE OF PAGES<br>1 / 2 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO.<br>0007 | 3. EFFECTIVE DATE<br>8-July-2025 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|

| 6. ISSUED BY                     CODE   W9126G | 7. ADMINISTERED BY (If other than item 6)   CODE |
|---|---|
| US ARMY ENGINEER DISTRICT, FORT WORTH<br>ATTN: CESWF-CT<br>819 TAYLOR ST, ROOM 2A19<br>P.O. BOX 17300<br>FORT WORTH TX 76102-0300 | See Item 6 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | |
|---|---|---|
| | X | 9A. AMENDMENT OF SOLICITATION NO.<br>W9126G25R0133 |
| | X | 9B. DATED (SEE ITEM 11)<br>31-March-2025 |
| | | 10A. MOD. OF CONTRACT/ORDER NO. |
| | | 10B. DATED (SEE ITEM 13) |
| CODE                    FACILITY CODE | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer   [X] is extended,   [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning __1__ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|
| B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor [ ] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The Solicitation for Central City North By-Pass Channel Interior; Fort Worth, Texas is amended as follows.

See SF30 Continuation Sheet(s)

NOTE: Proposal Receipt date has been changed to 8 August 2025; at 2:00 p.m., CT to allow USACE to ensure compliance with all Project Labor Agreement rules and regulations IAW EO 14063 and FAR 22.503.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | TEL:                    EMAIL: |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

W9126G25R0133<br>
0007<br>
Page 2 of 2

SECTION SF 30 BLOCK 14 CONTINUATION PAGE  
**SUMMARY OF CHANGES**  
**CHANGES TO SOLICITATION  W9126G25R0133**

1.  <u>Proposal Receipt Date</u>:  The proposal receipt date has been changed from "4 August 2025, 2:00 p.m. CT" to "8 August 2025, 2:00 p.m. CT".

**CHANGES TO THE SPECIFICATIONS**

2. <u>Replacement Sections</u>: The following section are being replaced as part of phase 2 seed task order, bearing the notation W9126G25R0133-0007:

    00 72 00               GENERAL CONDITIONS

End of Summary of Changes

SECTION 00 72 00 - GENERAL CONDITIONS

The following have been added by reference:

| | | |
|---|---|---|
| 52.222-33 | Notice of Requirement for Project Labor Agreement | JAN 2024 |
| 52.222-34 | Project Labor Agreement | JAN 2024 |

(End of Summary of Changes)