# Exhibit D

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 / 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| 0008 | 24-July-2025 | | |

| 6. ISSUED BY CODE W9126G | 7. ADMINISTERED BY (If other than item 6) CODE |
|---|---|
| US ARMY ENGINEER DISTRICT, FORT WORTH<br>ATTN: CESWF-CT<br>819 TAYLOR ST, ROOM 2A19<br>P.O. BOX 17300<br>FORT WORTH TX 76102-0300 | **See Item 6** |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | |
|---|---|---|
| | X | 9A. AMENDMENT OF SOLICITATION NO.<br>W9126G25R0133 |
| | X | 9B. DATED (SEE ITEM 11)<br>31-March-2025 |
| | | 10A. MOD. OF CONTRACT/ORDER NO. |
| CODE / FACILITY CODE | | 10B. DATED (SEE ITEM 13) |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [X] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[ ] D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The Solicitation for Central City North By-Pass Channel Interior; Fort Worth, Texas is amended as follows.

See SF30 Continuation Sheet(s)

NOTE: Proposal Receipt date has been changed to 22 August 2025; at 2:00 p.m.,CT to allow USACE to ensure compliance with all Project Labor Agreement rules and regulations IAW EO 14063 and FAR 22.503.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>TEL: EMAIL: | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

SECTION SF 30 BLOCK 14 CONTINUATION PAGE
**SUMMARY OF CHANGES**
**CHANGES TO SOLICITATION  W9126G25R0133**

1.  Proposal Receipt Date:  The proposal receipt date has been changed from "8 August 2025, 2:00 p.m. CT" to "22 August 2025, 2:00 p.m. CT".

**CHANGES TO THE SPECIFICATIONS**

2. Replacement Sections: The following sections have been updated and are being replaced, bearing the notation W9126G25R0133-0008:

      00 10 00 - CONTRACT LINE ITEM SCHEDULE
      00 22 16 - EVALUATION CRITERIA
      00 73 00 - SUPPLEMENTARY CONDITIONS
      01 30 00 - ADMINISTRATIVE REQUIREMENTS

**CHANGES TO THE DRAWINGS**

3.  Replacement Drawings: Replace the drawings listed below with the attached new drawings(s) of the same number, bearing the notation W9126G25R0133-0008:

GI001  PROJECT OVERVIEW AND STOCKPILE PLAN

- Stockpile areas and quantities adjusted and minimum offset requirements clarified.

End of Summary of Changes

FWCC North Bypass Channel
Fort Worth, Texas

CONTRACT LINE ITEM SCHEDULE
Amendment 0008

| Item No. | Description | Quantity | Unit | Unit Price | Line Item Amount |
|---|---|---|---|---|---|
| **BASE OFFER**: All work required by the plans and specifications exclusive of work required by the Option Items. | | | | | |
| 0001 | Channel Soil and Weathered Rock Excavation | 397,900 | CY | $ ________ | $ ________ |
| 0002 | Channel Rock Excavation | 140,100 | CY | $ ________ | $ ________ |
| 0003 | Channel Protection-Rip Rap | 16,000 | CY | $ ________ | $ ________ |
| 0004 | Stockpiles | 1 | JA | $ *** | $ ________ |
| 0005 | Rock Processing | 1 | JA | $ *** | $ ________ |
| 0006 | All work required for the Bypass Channel Construction and all work except as noted in other bid items for a complete operational component. | 1 | JA | $ *** | $ ________ |
| 0007 | All work required for the North Promenade Park for a complete operational component. | 1 | JA | *** | $ ________ |
| 0008 | All work required for the Pedestrian Bridge for a complete operational component. | 1 | JA | *** | $ ________ |
| 0009 | All work required for the Cemetery Outfall for a complete operational | 1 | JA | *** | $ ________ |
| | **TOTAL BASE OFFER** | | | | $ ________ |
| **OPTIONS** | | | | | |
| 0010 | **OPTION 1:** All work required for the Soil Profiles for Future Plantings | 1 | JA | *** | $ ________ |
| 0011 | **OPTION 2:** All work required for the Upper Promenade Paving Upgrades | 1 | JA | *** | $ ________ |
| 0012 | **OPTION 3:** All work required for the Lighting Fixtures Upgrades | 1 | JA | *** | $ ________ |

FWCC North Bypass Channel
Fort Worth, Texas

CONTRACT LINE ITEM SCHEDULE
Amendment 0008

| Item No. | Description | Quantity | Unit | Unit Price | Line Item Amount |
|---|---|---|---|---|---|
| 0013 | **OPTION 4:** All work required for the Lower Promenade Paving Upgrades | 1 | JA | *** | $ ________ |
| 0014 | **OPTION 5:** All work required for the lower Promenade Seat Walls | 1 | JA | *** | $ ________ |
| 0015 | **OPTION 6:** All work required for the Site Furniture | 1 | JA | *** | $ ________ |
| 0016 | **OPTION 7:** All work required for the Cable Fence. | 1 | JA | *** | $ ________ |
| 0017 | **OPTION 8:** All work required for the Equestrian Rubber Trail | 1 | JA | *** | $ ________ |
| 0018 | **OPTION 9:** All work required for the Storage and Railing | 1 | JA | *** | $ ________ |
| 0019 | **OPTION 10:** All work required for the Main Street Levee Park | 1 | JA | *** | $ ________ |
| 0020 | **OPTION 11:** All work required for Ramp E | 1 | JA | *** | $ ________ |
| 0021 | **OPTION 12:** All work required for Soft Edge Terraces Stairs | 1 | JA | *** | $ ________ |
| 0022 | **OPTION 13:** All work required for the North Promenade Park Improvements | 1 | JA | *** | $ ________ |
| 0023 | **OPTION 14:** All work required for the Kayak Launch #1 | 1 | JA | *** | $ ________ |
| 0024 | **OPTION 15:** All work required for the Kayak Launch #2 | 1 | JA | *** | $ ________ |
| 0025 | **OPTION 16:** All work required for the Kayak Launch #3 | 1 | JA | *** | $ ________ |
| 0026 | **OPTION 17:** All work required for the Main Street Terraces | 1 | JA | *** | $ ________ |
| 0027 | **OPTION 18:** All work required for the Electrical Spare Conduits | 1 | JA | *** | $ ________ |

FWCC North Bypass Channel
Fort Worth, Texas

CONTRACT LINE ITEM SCHEDULE
Amendment 0008

| Item No. | Description | Quantity | Unit | Unit Price | Line Item Amount |
|---|---|---|---|---|---|
| | **OPTION 19 WILL INCLUDE ALL WORK FOR CLINs 0028 - 0033. SEPARATE CLINs WILL NOT BE EXECUTED SEPARATELY.** | | | | |
| 0028 | **OPTION 19:** All work required for the Partial Plug A (PPA)- Construction except the below | 1 | JA | *** | $ ________ |
| 0029 | **OPTION 19:** Partial Plug A - Channel Soil and Weathered Rock | 206,900 | CY | $ ______ | $ ________ |
| 0030 | **OPTION 19:** Partial Plug A - Channel Rock Excavation | 50,600 | CY | $ ______ | $ ________ |
| 0031 | **OPTION 19:** Partial Plug A - Channel Protection- Riprap | 12,000 | CY | $ ______ | $ ________ |
| 0032 | **OPTION 19:** Partial Plug A - Stockpiles | 1 | JA | *** | $ ________ |
| 0033 | **OPTION 19:** Partial Plug A - Rock Processing | 1 | JA | *** | $ ________ |
| | **OPTION 20 WILL NOT BE EXECUTED UNLESS OPTION 19 IS AWARDED.** | | | | |
| 0034 | **OPTION 20:** Partial Plug A Options | 1 | JA | *** | $ ________ |
| 0035 | **OPTION 21:** All work required for the Anti-Graffiti Coating Tint | 1 | JA | *** | $ ________ |

**TOTAL OFFER (BASE + OPTIONS)** $ ________

**Contract Duration in Calendar Days After the Notice to Proceed is received.** 910 DAYS

**If Option 19 is awarded add to contract duration.** 240 DAYS

**<AM#0008> PLA Costs** </AM#0008>** $ ______

*Note: For more information see Section 01 20 00 PRICE AND PAYMENT PROCEDURES.

<AM#0008>** This cost identifies the PLA cost included in the Total Offer (Base +Options) for historical purposes only</AM#0008>

FWCC North Bypass Channel
Fort Worth, Texas

**CONTRACT LINE ITEM SCHEDULE**

NOTES:

NOTE NO. 1. To better facilitate the receipt and proposal process, all modifications to proposals are to be submitted on copies of the latest Contract Line Item (CLIN) schedules as published in the solicitation or the latest amendment thereto. In lieu of indicating additions/deductions to line items, all Offerors should state their revised prices for each item.

NOTE NO. 2. Offerors must insert a price on all numbered items of the CLIN Schedule. Failure to do so may result in the offer being unacceptable.

NOTE NO. 3. CONDITIONS GOVERNING EVALUATION OF OFFERS AND AWARD OF CONTRACTS: The Government may require the delivery of the numbered line items, identified in the schedule as option items, in the quantity and at the price stated in the schedule. Subject to the availability of funds, the Contracting Officer may exercise the option by written notice to the Contractor within the time indicated in Section 00 72 00, FAR 52.217-7.

NOTE NO. 4. All the extensions of the unit prices shown will be subject to verification by the Government. In case of variation between the unit price and the extension, the unit price will be considered to be the offer.

NOTE NO. 5. The Army will procure this facility in accordance with the provisions set forth in this Request for Proposals (RFP). When awarded, it will be a "Firm Fixed Price Contract."

NOTE NO. 6. Any proposal that is materially unbalanced may be rejected. An unbalanced proposal is one that is based on prices significantly less than the cost for some work and prices that are significantly overstated for other work and can also exist where only overpricing or underpricing exists.

NOTE NO. 7. ABBREVIATIONS

For the purpose of this solicitation, the units of measure are represented as follows:

a. JA (Job)
b. CY (Cubic Yard)

NOTE NO. 8. Profit will not be paid on bonds or insurance.

END OF CLIN SCHEDULE

FWCC North Bypass Channel
Fort Worth, Texas
Breakout Items

Offerors are requested to provide further breakout of costs for the below items. The costs submitted are to include material, equipment, labor, and contractor markups (overhead, profit, and bond) to install and construct each item as noted. The cost submitted below will not be part of the Source Selection Evaluation Process for this solicitation. Once the contract is awarded, the awarded offeror's table will be used by the Government in determining non-federal sponsor costs.

| | Item Description | Unit of Measure | Cost |
|---|---|---|---|
| 1 | Government Furnished Bollards (Note 1) | $/EA | |
| 2 | Soil-Filled Rip Rap | Lump Sum | |
| 3 | S1 Type Paving | $/SF | |
| 4 | U1 Paving | $/SF | |
| 5 | South of Main Street Ramp/Stair (Note 2) | Lump Sum | |
| 6 | Mooring Edge Concrete (Note 3) | Lump Sum | |
| 7 | Floodwalls Precast Caps | Lump Sum | |
| 8 | Floodwall Reveals (Note 4) | Lump Sum | |
| 9 | Floodwall Form Liner (Note 5) | $/SF | |
| 10 | Floodwall Pilasters Concrete (Note 6) | Lump Sum | |
| 11 | Main Street Underpass Trench Drain (Note 7) | Lump Sum | |
| 12 | Main Street Underpass Backfill (Note 8) | $/CY | |

Notes:

1. The bollards are government furnished therefore breakout cost is to include all items mentioned above except the material cost.
2. Breakout includes the concrete columns, beams, and slabs for ramp and stairs connected to floodwall; galvanized railing; storage fencing and gates; storage lighting and supporting wire and conduit; handrail lighting and supporting wire, conduit and transformers; and plumbing for hose bibs.
3. Breakout includes formwork and concrete required to construct the moorings edge (stepped edge) verses a vertical wall with no stepped edge. See figure below.

4. Breakout includes the cost for all the floodwall concrete reveals shown in the Structural drawings.

FWCC North Bypass Channel
Fort Worth, Texas
Breakout Items

5. The unit cost of the form liner board finish in lieu of an as-cast SF-3 surface finish per square foot.
6. Breakout includes the additional concrete reinforcement and forming required to construct the 4" pilasters/bump outs shown on section A5 on drawing S-321 of the floodwalls in lieu of a continuous flush wall surface along the floodwall baseline. Include the 4" pilaster on the backside of the floodwall shown starting 4'-0" below the top of the wall. See snip below.

7. Breakout includes the TD-1 along the edge of pavement under the main street break against the bridge abutment and the SWD-6" line to MH-C4. See snip below.

8. Unit cost for backfilling the select common fill under the main street bridge underpass on the hard edge.
9. Where items of unit price are measured, only the unit price of the element is needed and not the total amount.

SECTION 00 22 16 - SUPPLEMENTARY INSTRUCTIONS TO PROPOSERS

The following have been modified:

EVALUATION OF OFFERORS

**SECTION II: B**
**SECTION 00 22 16**
**EVALUATION OF OFFERORS**

**PART I. EVALUATION AND RATING SYSTEM**

**1. BASIS OF AWARD.** The Contracting Officer will award a firm fixed-price contract to that responsible Offeror whose proposal conforms to the RFP, is fair and reasonable, and offers the best overall value to the Government, considering the non-price factors described herein, and price as determined by the Source Selection Authority. **All evaluation factors, other than price, when combined, are considered significantly more important than the price (Evaluation Factors: Past Performance, Technical Factors, and Small Business Participation Proposal).** The intent of this RFP is to obtain the best value trade-off proposal. After the government individually evaluates each proposal, the Source Selection Authority will compare proposals to determined which proposal represents the best value. The Government reserves the right to accept other than the lowest priced offer or to reject all offers. Offerors receiving an Unacceptable rating on any individual factor will not be considered for award.

**2. EVALUATION PROCEDURES**

a. **EVALUATION AND RATING SYSTEM**

**i. General**: The Government will review the proposals and rate the quality of each evaluation factor. The Source Selection Evaluation Board (SSEB), with oversight by the Source Selection Advisory Council (SSAC) will rate each proposal against the specified evaluation criteria in the Solicitation requirements. They will not compare proposals. After all proposals are rated, the SSAC will compare the ratings and relative advantages and disadvantages of proposals against each other in order to determine which Offerors are the best value and provide a recommendation to be used by the Source Selection Authority (SSA), in making the best value trade-off source selection decision.

**ii. Review Write-up**: The Government will support each rating with a narrative, separately listing all strengths, weaknesses, deficiencies, and uncertainties.

**iii. Rating System**: After listing proposal strengths, weaknesses, and deficiencies, the SSEB will assign an adjectival rating of “Outstanding”, “Good”, “Acceptable”, Marginal”, or “Unacceptable” to each technical factor. Past Performance ratings will be based on two separate factors: relevance and recency. The recency and relevance of the information are combined to establish a confidence assessment rating. The rating will reflect the Government’s confidence in each Offeror’s ability to perform the requirements stated in the RFP.

**3. TECHNICAL APPROACH DEFINITIONS**

**Significant Strength**. An aspect of an offeror's proposal with appreciable merit or will exceed specified performance or capability requirements to the considerable advantage of the Government during contract performance.

**Strength**. An aspect of an offeror's proposal with merit or will exceed specified performance or capability requirements to the advantage of the Government during contract performance.

**Weakness**. A flaw in the proposal that increases the risk of unsuccessful contract performance. See FAR 15.001.

**Significant Weakness**. A flaw in the proposal that appreciably increases the risk of unsuccessful contract performance. See FAR 15.001.

**Deficiency.** A material failure of a proposal to meet a Government requirement or a combination of significant weaknesses in a proposal that increases the risk of unsuccessful contract performance to an unacceptable level. See FAR 15.001.

**Uncertainty**. Any aspect of a non-cost/price factor proposal for which the intent of the offeror is unclear (e.g., more than one way to interpret the offer or inconsistencies in the proposal indicating that there may have been an error, omission or mistake).

In accordance with the DOD Source Selection Guide and the Army Source Selection Supplement (AS3), Section 3.1, the Army methodology for evaluating Technical Approach and Related Risk is the Combined Technical/Risk Rating (see Table below). This methodology considers risk, in conjunction with the strengths, weaknesses, significant weaknesses, uncertainties, and deficiencies in determining technical ratings.

| COMBINED TECHNICAL/RISK RATINGS | |
|---|---|
| **Rating** | **Description** |
| Outstanding | Proposal demonstrates an exceptional approach and understanding of the requirements and contains multiple strengths and/or at least one significant strength, and risk of unsuccessful performance is low. |
| Good | Proposal indicates a thorough approach and understanding of the requirements and contains at least one strength or significant strength, and risk of unsuccessful performance is low to moderate. |
| Acceptable | Proposal meets requirements and indicates an adequate approach and understanding of the requirements, and risk of unsuccessful performance is no worse than moderate. |
| Marginal | Proposal has not demonstrated an adequate approach and understanding of the requirements, and/or risk of unsuccessful performance is high. |
| Unacceptable | Proposal does not meet requirements of the solicitation and, thus, contains one or more deficiencies and is unawardable, and/or risk of performance is unacceptably high. |

NOTE: A separate rating will not be assigned, the below table is to provide additional clarifications to the above ratings table.

**Technical Risk Ratings**

| **Adjectival Rating** | **Description** |
|---|---|
| Low | Proposal may contain weakness/weaknesses which have low potential to cause disruption of schedule, increased cost, or degradation of performance. Normal contractor emphasis and normal Government monitoring will likely be able to overcome any difficulties. |
| Moderate | Proposal contains a significant weakness or combination of weaknesses which may have a moderate potential to cause disruption of schedule, increased cost, or degradation of performance. Special contractor emphasis and close Government monitoring will likely be able to overcome any difficulties. |
| High | Proposal contains a significant weakness or combination of weaknesses which is likely to have a high potential to cause significant disruption of schedule, increased cost, or degradation of performance. Special contractor emphasis and close Government monitoring will unlikely be able to overcome any difficulties. |
| Unacceptable | Proposal contains a deficiency or a combination of significant weaknesses that causes an unacceptable level of risk of unsuccessful performance. |

**4. PAST PERFORMANCE RATINGS.** Offerors will be evaluated based on a Recency determination and a Relevancy determination. These determinations shall be combined to establish a Performance Confidence Assessment Rating for each offeror.

**a. The recency determination** is to evaluate the recency of the offeror's past performance. Recency is generally expressed as a time period during which past performance references are considered relevant and is critical to establishing the relevancy of past performance information.

**b. The relevancy determination** will assess the Offeror's past performance to determine how relevant a recent effort accomplished by the Offeror is to the effort to be acquired under this solicitation. Relevancy Determination Definitions:

**Past Performance Relevancy Ratings**

| **Rating** | **Definition** |
|---|---|
| Very Relevant | Present/past performance effort involved essentially the same scope and magnitude of effort and complexities this solicitation requires. |
| Relevant | Present/past performance effort involved similar scope and magnitude of effort and complexities this solicitation requires |
| Somewhat Relevant | Present/past performance effort involved some of the scope and magnitude of effort and complexities this solicitation requires |
| Not Relevant | Present/Past performance effort involved little or none of the scope and magnitude of effort and complexities this solicitation requires. |

**c. The Confidence rating** is an evaluation of the likelihood (or Government's confidence) that the offeror will successfully perform the solicitation's requirements; the evaluation is based upon past performance information. Offerors that have no relevant performance record will be given a neutral confidence rating. Confidence Rating Definitions:

Performance Confidence Assessments

| **Rating** | **Definition** |
|---|---|

| | |
|---|---|
| Substantial Confidence | Based on the offeror's recent/relevant performance record, the Government has a high expectation that the offeror will successfully perform the required effort |
| Satisfactory Confidence | Based on the offeror's recent/relevant performance record, the Government has a reasonable expectation that the offeror will successfully perform the required effort |
| Neutral Confidence | No recent/relevant performance record is available or the offeror's performance record is so sparse that no meaningful confidence assessment rating can be reasonably assigned.<br>The offeror may not be evaluated favorably or unfavorably on the factor of past performance |
| Limited Confidence | Based on the offeror's recent/relevant performance record, the Government has a low expectation that the offeror will successfully perform the required effort |
| No Confidence | Based on the offeror's recent/relevant performance record, the Government has no expectation that the offeror will be able to successfully perform the required effort |

**5. SMALL BUSINESS PARTICIPATION PROPOSAL RATING METHOD**

The offeror's Small Business Participation Proposal will be evaluated based on Ratings below for Factor 3, Small Business Participation Proposal.

| Adjectival Rating | Description |
|---|---|
| Outstanding | Proposal indicates an exceptional approach and understanding of the small business objectives. |
| Good | Proposal indicates a thorough approach and understanding of the small business objectives. |
| Acceptable | Proposal indicates an adequate approach and understanding of small business objectives. |
| Marginal | Proposal has not demonstrated an adequate approach and understanding of the small business objectives. |
| Unacceptable | Proposal does not meet small business objectives. |

**6. GENERAL TECHNICAL CRITERIA**

Material omission(s) may cause the technical proposal to be rejected as unacceptable.

Proposals which are generic, vague, or lacking in detail may be considered unacceptable. The offeror's failure to include information that the Government has indicated shall be included in the proposal may result in the offer being found deficient.

Offerors receiving an Unacceptable rating on any individual factor will not be considered for award. Therefore, receipt of an "UNACCEPTABLE" determination for any factor will make the offer ineligible for award, unless the Government elects to enter discussions with that Offeror and all deficiencies are remedied in a revised proposal.

**PART II**

**SPECIFIC INSTRUCTIONS FOR THE TECHNICAL PROPOSAL**

Submit the Technical proposal as one separate, searchable, unsecured PDF file TITLED: W9126G25R0133 FIRM NAME VOLUME I TECHNICAL

**VOLUME 1 - TECHNICAL**

| Factor | Location | Description | Relative Importance |
|---|---|---|---|
| N/A | Vol. I, TAB A | PROPOSAL COVER SHEET | N/A |
| N/A | Vol. I, TAB B | LETTERS OF COMMITMENT | N/A |
| **FACTOR 1** | Vol. I, TAB C | PAST PERFORMANCE | Most Important Factor |
| **FACTOR 2** | Vol.I, TAB D | TECHNICAL FACTOR | Less important than Factor 1 but more important than Factor 3 |
| **NOTE: All evaluation factors, other than price, when combined, are considered significantly more important than the price.** | | | |

**TAB A** – The proposal cover sheet (Attachment 1) is required by FAR 52.215-1 (c)(2) and must be submitted by all offerors. The format for the proposal cover sheet is as follows:

1. Solicitation Number;
2. The name, mailing address, telephone and e-mail address;
3. A statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation and agreement to furnish any or all items upon which prices are offered at the price set opposite each item;
4. Names, titles, telephone and email address of persons authorized to negotiate on the offeror's behalf with the Government in connection with this solicitation; and
5. Name, title, and signature of person authorized to sign the proposal. Proposals signed by an agent shall be accompanied by evidence of that agent's authority unless that evidence has been previously furnished to the issuing office. Title used for signature should be the title that gives authority to sign in accordance with business format.

Offerors should ensure the UEI number and CAGE Code are included. The UEI number will be used to access CPARS data. Offerors shall also provide any other assigned number that identifies them in the CPARS database. If a separate UEI has been created for a Joint Venture (JV), that UEI must also be submitted. Also provide any other UEI that identifies individual member firms in the JV.

**TAB B – LETTERS OF COMMITMENT** - Provide letters of commitment signed by both parties for all firms included on the organizational plan in Factor 2. Information provided on firms without signed letters of commitment will not be considered in the evaluation of Factor 2. A sample letter can be found in Attachment 4.

**TAB C – FACTOR 1 – PAST PERFORMANCE** refers to the relevant and recent project experience. This tab shall contain past performance information regarding same/similar projects that demonstrate the experience of the offeror and/or proposed team. The past performance evaluation factor assesses the degree of confidence the Government has in an offeror's ability to supply products and services that meet users' needs, based on a demonstrated record of

performance. In this factor, the Government will consider recent and relevant project performance, safety performance, team organization, and team experience to determine the confidence rating.

**A. Submission Requirements for Factor 1:**

1. Offerors shall submit no more than five Government and/or commercial projects for Construction which are recent and relevant to the efforts required by this solicitation as defined below. Use the attached Construction Past Performance Worksheet (Attachment 2) to submit construction experience. Limit each worksheet to no more than three pages. The total page limitation for this Factor 1 is 20 pages relating to construction experience. The 20-page limit does not include CPARS information or the past performance questionnaires (Attachment 3). Offerors are responsible for clearly identifying how each project submitted for evaluation is similar in size, scope, and complexity to this project.

   **Relevant:** Demonstrate the experience of the offeror and/or proposed team on projects same/similar in SIZE, SCOPE, and COMPLEXITY to that described in the solicitation. Offerors shall identify and describe the relevancies for each of the projects submitted compared to the scope of this project. The Government will evaluate the information provided in making the relevancy determination. The Government may place greater value on projects performed as a prime contractor than as a subcontractor, depending upon overall role and relevancy considerations.

   Project(s) may be considered more relevant if the project(s) involve bridge construction, at least 10-foot-deep mass excavation, blasting of rock, levee construction, floodwall construction or is of a magnitude of at least $75,000,000.

   **Recent:** All projects submitted for construction experience must have been completed within ten years from the date of the solicitation, except one project may be submitted that is currently under construction and at least 50% completed. For any project between six and ten years old, the contractor will need to submit past performance information for these contracts including any applicable CPARS. The Government can only get data up to six years ago from the system.

2. If any firm has multiple functions or divisions, limit the project examples to those performed by the division or unit submitting the offer. If projects were design-bid-build, identify them as such. If an offeror is proposing as a Joint Venture (JV) and past performance cannot be provided as a JV, each partner shall submit past performance information. Combined number of projects submitted shall be no more than the number allowed above.

3. Past Performance Assessment Questionnaire (PPQ) (Attachment 3) included in the solicitation is provided for the offeror or its team members to submit to the client for each project the offeror includes in its proposal for Factor 1: Past Performance that does not have an interim or final Contractor Performance Assessment Reporting System (CPARS) evaluation or is a non-Federal Government project. The PPQ does not count towards the 20-page limit for past performance. Ensure correct phone numbers and email addresses are provided for the client point of contact. Completed Past Performance Questionnaires should be submitted with your proposal. If the offeror is unable to obtain a completed PPQ from a client for a project(s) before proposal closing date, the offeror should complete and submit with the proposal the first page of the PPQ which will provide contract and client information for the respective project(s). Offerors should follow-up with clients/references to ensure timely submittal of questionnaires. If the client requests, questionnaires may be submitted directly to the Government's point of contact, Leonard Buhrow via email at Leonard.E.Buhrow@usace.army.mil prior to proposal closing date. Offerors shall not incorporate by reference into their proposal PPQs previously submitted for other RFPs. However, this does not preclude the Government from utilizing previously submitted PPQ information in the past performance evaluation.

   a. Do not request PPQs on projects that have an interim or final CPARS evaluation. If an interim or final CPARS evaluation exists and a PPQ is provided for the same project, CPARS evaluation will be reviewed as the official past performance record for the project, and the PPQ will not be considered by the Source Selection Board or the Source Selection Authority.

    b.   For USACE or other DoD projects which are underway but do not yet have an interim or final CPARS evaluation, one PPQ per contract may be submitted; to be considered, the PPQ shall be signed by the Administrative Contracting Officer (ACO) for the contract.

4.   Offerors are not required to submit any additional past performance information. The Government will utilize CPARS, and any other information deemed relevant to assess confidence in the offeror's ability to perform. Offerors are not to include CPARS evaluations in their proposal unless the project has been completed more than six years prior to the solicitation date. The Government will pull CPARS information for the Source Selection Board's use.

    a.   Offerors may submit performance recognition documents received within the last ten years, such as awards, award fee determinations, customer letters of recommendation, and any other forms of performance recognition.

    b.   Offerors may submit information on past performance issues and corrective actions taken to prevent these issues from reoccurring. Discuss whether these corrective actions have been implemented on projects awarded after the performance issues, the effectiveness of the corrective actions, and Point of Contact (POC) information for the subsequent projects.

5.   In addition to the above, the Government may review any other sources of information for evaluating past performance. Other sources may include, but are not limited to, past performance information retrieved through the Contractor Performance Assessment Reporting System (CPARS), using all CAGE/UEI numbers of team members (partnership, joint venture, teaming arrangement, or parent company/subsidiary/affiliate) identified in the offeror's proposal, inquiries of owner representative(s), Federal Awardee Performance and Integrity Information System (FAPIIS), Electronic Subcontract Reporting System (eSRS), and any other known sources not provided by the offeror.

While the Government may elect to consider data from other sources, the burden of providing detailed, current, accurate and complete past performance information rests with the offeror.

**B.  Evaluation Criteria for Factor 1:**

**1.  Recency Determination**

The first aspect of the past performance evaluation is the recency of the past performance. Recent is defined as projects completed or substantially completed within ten years from the date of this solicitation. Based on this criteria, an Offeror's past performance submissions will be determined either "recent" or "not recent." Project submissions that are deemed not recent, will not be evaluated further for this factor.

**2.  Relevancy Determination**

    a.   The Government will evaluate the offeror's past performance to determine how relevant the past performance is to the project under consideration. The Government will place greater value on projects performed as a prime contractor than as a subcontractor, depending upon overall role and relevancy considerations. Federal Government project past performance will not be rated inherently more important than non-Federal Government project past performance.

    b.   Projects completed outside the defined time period for recency will not be considered relevant to this solicitation.

    c.   Past performance on more relevant projects will typically be a stronger predictor of future success and have more influence on the past performance confidence assessment than past performance of less relevant projects.

d. Projects with lower degrees of relevance will not be as strong of predictors of likely future contract performance success and will typically have less influence on the final past performance confidence rating.

e. Projects that have little or no relevance typically do not influence the performance confidence rating; however, any projects with adverse past performance could reflect larger company-wide concerns and may impact upon the past performance confidence rating.

f. Based on the relevancy of the projects submitted for construction, a relevancy determination will be assessed as an interim step prior to establishing a confidence rating.

**3. Confidence Determination**

a. The SSEB will review the past performance information available, to include CPARS and other past performance information deemed relevant, to determine the performance confidence assessment. If any firm has multiple functions or divisions, the Government will only evaluate past performance of the division or unit submitting the offer. If the Government cannot establish the offeror's relevant past performance, it reserves the right to utilize the Past Performance Questionnaire to conduct telephone interviews on any source it deems relevant to the evaluation. Owners/references may be asked to comment on items such as quality of construction, timeliness, management of the work, subcontractor management, including timely payment to subs or suppliers, safety, relations between owner and designer or contractor, level of support for such things as as-built documentation, O&M manuals, training, correcting construction errors, warranty work, etc. The Government will not release the information gathered to the offeror at any time, for the Government to solicit candid, unbiased interview comments. The Government's evaluation is not limited to past performance information on the cited example projects.

b. In determining the performance confidence rating for Past Performance, the degree of relevancy/recency of all the considered efforts; the overall performance record of the offeror on each contract assessed; number and severity of problems, the demonstrated effectiveness of corrective actions taken (not just planned or promised); and trend data will be considered. Projects with higher degrees of relevance will typically have a greater influence on the final performance confidence rating. Projects with lower degrees of relevance will typically have less influence on the final performance confidence rating however, any projects with adverse past performance could reflect larger company- wide concerns and may impact upon the past performance confidence rating. Projects which are comparatively more recent may be better predictors of likely future success than older projects. The resulting relevant/recent assessment conclusions will then be combined, along with the assessed performance on prior projects, to arrive at a single performance confidence rating for the Past Performance Factor.

c. The confidence rating will be established based on the past performance of the firms or that of its predecessor, if applicable. An entity may not establish past performance based on the past performance of its key personnel apart from that of the entity. If the Government does not obtain past performance information and cannot establish a past performance record for the offeror through other sources, a rating of "Neutral Confidence" will be assigned.

d. If adverse past performance information is received to which the offeror has not previously had an opportunity to respond, the offeror may be given an opportunity to provide input. CPARs that are part of the official record will be utilized as if the offeror has already had an opportunity to respond.

e. Although the SSEB may not rate an offeror that lacks recent, relevant past performance favorably or unfavorably with regard to past performance, the SSA may determine that a "Substantial Confidence" or "Satisfactory Confidence" past performance rating is worth more than a "Neutral Confidence" past performance rating in a best value tradeoff as long as the determination is consistent with stated solicitation criteria.

**TAB D – FACTOR 2 – TECHNICAL FACTOR**

The Technical Factor consists of narratives describing the below elements. The proposal must clearly define the quality levels that the contractor is offering to the Government in enough detail for the Government and the offeror to mutually understand whether the proposal meets or exceeds the minimum Solicitation requirements. Limit to no more than twenty (20) pages.

**A.  Submission Requirements for Factor 2:**

1.  **Organizational Plan**
    Provide a plan that identifies who will perform (prime or subcontractor) each of the following major features of work. If a proposed subcontractor is known, include the subcontractor's name. Note that providing qualifications of named subcontractors is not required.
    a.  Earthwork
    b.  Concrete
    c.  Reinforcement
    d.  Dewatering
    e.  Blasting
    f.  Precast Concrete for Pedestrian Bridge

2.  **Communication Plan**

    Provide a preliminary communication plan focusing on interactions between the Prime and major subcontractors during construction.  Define the audience.  Define the requirements.  Layout the communication schedule during the life of the construction project.  Define the responsible team members for communication to include roles and responsibilities.  Define the medium of communication.

3.  **Risk Register:** All submissions for risks are to be entered into the attached risk register (Attachment 6).

    Submit a risk register with your firms top ten risks that you foresee owning on this project. Submit in a table format, and at a minimum, include the following as column headers addressing each section for the ten risks submitted:

    a.  Risk ID/Number: Will be labeled 1-10 with the most significant risks identified in order of importance.

    b.  Risk Title

    c.  Risk Description

    d.  Risk Category: Use one of the following categories.
        1.  Environmental
        2.  Compliance
        3.  Financial
        4.  Schedule
        5.  Technical
        6.  Construction
        7.  Operational (Maintenance)

    e.  Probability: Use one of the following categories
        1.  Very Low
        2.  Low
        3.  Moderate
        4.  High

     5. Very High

f. Impact for the following using below chart
    1. Schedule
    2. Cost
    3. Scope

| Matrix Key | | | Impact | | | | |
|---|---|---|---|---|---|---|---|
| | | | Unlikely | Negligible | Moderate | Critical | Catastrophic |
| | | | | I | II | III | IV |
| Probability | Very High | 81-100% | | | | | |
| | High | 61-80% | | | | | |
| | Moderate | 41-60% | | | | | |
| | Low | 21-40% | | | | | |
| | Very Low | 01-20% | | | | | |

g. Score: Color coded using the above chart (green, yellow, red, black)

h. Effect

i. Risk Response/Mitigation that will be taken

**4 Safety Program:**
Submit a narrative with how your firm intends to run a successful safety program.

**B. Evaluation Criteria for Factor 2:**

The Government will evaluate the offeror's proposed approach to assess the strength of understanding of the project scope, coordination, and restrictions which must be considered as part of the project. The Government will evaluate the extent to which the communication plan addresses interactions between the Prime Contractor and major subcontractors identified in the provided organizational plan; the viability, feasibility, and effectiveness of the mitigation plan to lower the offeror's identified risks, with a focus on the risks ranked more important by the offeror; and the strength of the proposed safety program's effect on the safety culture of the project.

**VOLUME II – SMALL BUSINESS PARTICIPATION PROPOSAL**
Submit the Small Business Participation Proposal as one separate, searchable, unsecured PDF file TITLED: W9126G25R0133 FIRM NAME VOLUME II SMALL BUSINESS PARTICIPATION PROPOSAL

| **Factor** | **Location** | **Description** | **Relative Importance** |
|---|---|---|---|
| **FACTOR 3** | Vol. II, TAB A | SMALL BUSINESS PARTICIPATION PROPOSAL | Less important than Factors 1 and 2 |

**TAB A – FACTOR 3 – SMALL BUSINESS PARTICIPATION PROPOSAL (SBPP)**

All offerors, regardless of size status, are required to complete a SBPP. In accordance with DFARS 215.304(c)(i), the Government will evaluate Small Business Participation in source selections for unrestricted acquisitions that require use of FAR 52.219- 9, Small Business Subcontracting and is required for this procurement. Offerors **shall** articulate

within their SBPP how they intend to meet the small business objectives.

A. **SUBMISSION REQUIREMENTS FOR FACTOR 3:**

All offerors shall complete and submit a SBPP using the format template (Attachment 5) at the end of this section. This factor does not have a page limitation.

Nothing precludes an offeror from further demonstrating their extent of commitment to use small businesses beyond what has been required by this solicitation.

CRITERIA

The Government requirement will evaluate the level of proposed participation of small businesses in the performance to determine which offeror proposes the best value in terms of the contract relative to the objectives, percentages and criteria established herein. Failure to submit a SBPP will be evaluated as a deficiency.

All offerors **shall** articulate the extent to which Small Businesses (SBs), Small, Disadvantaged Businesses (SDBs), Women-Owned Small Businesses (WOSBs), HUBZone Small Businesses (HZs), Veteran-Owned Small Businesses (VOSBs) and Service-Disabled, Veteran-Owned Small Businesses (SDVOSBs) that are specifically identified in the proposal.

Extent of participation of Small Business firms in terms of percentages based on the **total value of the offeror's proposal** of the acquisition **and** the extent to which the proposal ***meets*** or exceeds small business participation percentages detailed below.

Large businesses may achieve their small business participation commitments through subcontracting to small businesses. Small businesses may achieve their small business participation commitments through their own performance/participation as a prime or through a joint venture, teaming arrangement, and subcontracting to other small businesses.

The minimum small business participation percentages are:
SB: 27% based on total value of proposal
SDB: 11% based on total value of proposal
WOSB: 4% based on total value of proposal
HZ: 1% based on total value of proposal
VOSB: 3% based on total value of proposal
SDVOSB: 2% based on total value of proposal

Offeror **shall** describe the extent of commitments used for identified firms (if any) in place for this specific acquisition and provide the commitment. The offeror is not limited to the example provided in Attachment 5. Enforceable commitments are evaluated more favorably than non-enforceable commitments.

Enforceable commitments must:
(1) Firm must be a small business (Include SAM.gov UEI or CAGE code for verification)
(2) Include the socioeconomic category of the small business
(3) Identify the services/supplies to be provided by the small business
(4) Specificity to the subject requirement by indicating the solicitation number on the document
(5) Include legible signature blocks and signatures from BOTH parties authorized to sign on behalf of their respective firm to demonstrate acknowledgement of the business relationship
(6) Small business firm must be identified on the SBPP as appropriate

The offeror **shall** describe the use of small business firms providing the following information:
(1) Name of each small business, ***include*** each socio-economic category
(2) Complexity and variety of work to be performed by small business
(3) Percentage of work performed by each small business

Offerors failing to identify, or severely limit, the supplies/services to be performed may be evaluated as a weakness or deficiency.

Past performance of the offerors in complying with the requirements of the clause FAR 52.219-8, Utilization of Small Business Concerns or 52.219-9, Small Business Subcontracting Plan.

The Offeror **shall** provide a narrative describing compliance to small business goals. The Government will evaluate based on one and/or a combination of the following:
(1) Reporting of small business performance in CPARS

(2) History of prompt payments to small business subcontractors
(3) Reporting of small business performance in eSRS
(4) Documentation from customers demonstrating use/support of small businesses
(5) Documentation of other information to substantiate the use of small business demonstrating the total small business contract completion by the small business prime and/or subcontracting to other small business.
(6) Documentation from federal agency customers demonstrating the use/support of small business and/or information substantiating the use of small business subcontractors may be evaluated more favorably.
(7) SBA compliance reviews
(8) DCMA Small Business Subcontracting Program reviews
    Offerors are encouraged to submit proof of awards, accolades, or similar type documentation received for their current and/or past support of small businesses.  The offeror is not limited to the examples provided.
    The Government reserves the right to review additional information outside of the evaluation criteria below.
Material submitted in support of the SBPP **shall** be logically assembled and organized to facilitate evaluation. The use of hyperlinks in lieu of incorporating information into the proposal remains prohibited. Do **not** cross-reference materials as the Government will not look to obtain information in support of an offeror's SBPP from other volumes or within the Subcontracting Plan (if applicable). Offerors **shall not** submit a hybrid plan that includes a combination of elements from a SBPP (in accordance with DFARS PGI 215.304) and elements of a Subcontracting Plan (in accordance with FAR 52.219-9) as the two are distinctly different. Doing so will result in a weakness.
EVALUATION
The submitted SBPP will utilize the ratings as described in Section 00 22 16 Evaluation of Offerors in paragraph 5 above, SMALL BUSINESS PARTICIPATION PROPOSAL RATING METHOD FOR FACTOR 3 based on the following:
Extent of participation of Small Business firms in terms of **percentages AND amount of the total value of the proposal** and the extent to which the proposal meets or exceeds the small business participation percentages as detailed herein for this acquisition. Offerors providing less than the percentages outlined above may be evaluated as a weakness or deficiency.
The Government will verify the total value of the offeror's proposal to ensure dollar amounts are consistent with the percentages being proposed in the SBPP. If an offeror's value of their total acquisition is inconsistent with the values in the SBPP, it may result in a weakness or deficiency.
Extent to which Small Business firms, as defined in FAR Part 19, are specifically identified in the proposal. The Government will evaluate the firms specifically identified by the Offeror in the submitted SBPP.
Extent of commitment to use the identified firms. The Government will evaluate the types of commitments in place (if any) for this specific acquisition (small business prime, written contract, verbal, enforceable, non-enforceable, joint ventures, mentor-protégé, teaming agreements, partnership letters of commitment(s), etc.). Enforceable commitments as defined above may be evaluated more favorably than non-enforceable commitments.
Identification of the complexity and variety of work small business firms are to perform. The Government will evaluate the meaningful elements of the type and complexity of work to be performed by small business. Offerors failing to identify, or severely limit, the supplies/services to be performed may be evaluated as a weakness or deficiency.
Past performance of the offerors in complying with the requirements of the clauses at FAR 52.219-8 *Utilization of Small Business Concerns or* 52.219-9 *Small Business Subcontracting Plan*. The Government will evaluate based on one and/or a combination of the following: (1) Reporting of small business performance in CPARS, (2) History of prompt payments to small business subcontractors, (3) Reporting of small business performance in eSRS, (4) Documentation from customers demonstrating use/support of small businesses, (5) Documentation of other information to substantiate the use of small business demonstrating the total small business contract completion by the small business prime and/or subcontracting to other small business, (6) Documentation from federal agency customers demonstrating the use/support of small business and/or information substantiating the use of small

business subcontractors may be evaluated more favorably, (7) SBA compliance reviews. (8) DCMA Small Business Subcontracting Program reviews.
Offerors with no prior contracts containing FAR clause 52.219-8, and whether negative information has been reported concerning the Offeror's past compliance with FAR 52.219-8 alongside any explanation to address the negative information.
Documentation from federal agency customers demonstrating the use/support of small business and/or information substantiating the use of small business subcontractors may be evaluated more favorably.
The government reserves the right to review additional information outside of offer's proposal.
The offeror's SBPP will be evaluated as described in Section 00 22 16 Evaluation of Offerors in paragraph 5 above, SMALL BUSINESS PARTICIPATION PROPOSAL RATING METHOD FOR FACTOR 3.

**VOLUME III: PRICE PROPOSAL**

Submit the price proposal as one separate, searchable, unsecured PDF file TITLED: W9126G25R0133 FIRM NAME VOLUME III PRICE

| TAB | CONTENTS OF THE PRICE PROPOSAL (Price Proposal is not a rated factor). |
|---|---|
| A | Signed Standard Form 1442 & Acknowledgement of Amendments |
| B | **Price (FACTOR 4)** |
| C | Section 00 45 00 – Representations and Certifications |
| D | Joint Venture Agreement and LLC Operating Agreement (If Applicable) |
| E | Bid Guarantee (Bid Bond) |
| F | Financial Information and Bonding Capability |
| G | Subcontracting Plan (other than small business only) (must be determined acceptable) |
| <amd08> H | Project Labor Agreement </amd08> |

**General Instructions:**

Size Restrictions and Page Limits. Use only 8 ½" x 11" pages in PDF format. There are no page limits set for the price proposal. However, limit your response to information required by this solicitation. Excess information will not be considered in the Government's evaluation.

Format and Contents of the Price Proposal and List of Tabs. The Price Proposal shall be appropriately labeled as such and shall be organized as indicated in the above chart. Note: If the Offeror is not required to submit any information under a listed Tab in accordance with the instructions below, that tab can be omitted. However, do not renumber the subsequent tabs.

**TAB A -** Standard Form 1442 and acknowledgement of all amendments (Block 19), completed and signed by authorized individual(s) of the offeror. Offers submitted in the name of a Joint Venture must be signed in accordance with the terms and conditions specified in the joint venture agreement as evidenced in the proposal.

**TAB B** – Price – **FACTOR 4**.

General Instructions. In accordance with Federal Acquisition Regulation (FAR) 15.402 and 15.403-1, certified cost or pricing data are not required as adequate competition is expected for this procurement. If after receipt of proposals the Contracting Officer determines that there is insufficient information available to determine price reasonableness and none of the exceptions at FAR 15.403-1 apply, the Offeror may be required to submit certified cost or pricing data.

Additionally, in the event that adequate competition is not obtained, the Contracting Officer may incorporate FAR 52.215-20 entitled, "Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data," into the solicitation and request a Certificate of Current Cost or Pricing Data. There are no page limitations for this volume. Proposal information included in this volume which is not directly related to Price will be disregarded.

Compliance. Failure to comply with the RFP requirements for Price information may result in an adverse assessment of an offeror's proposal and reduce or eliminate its chance of being selected for award. Offerors shall ensure that the information presented in this volume is consistent and correlates with the information contained in the other proposal volumes.

Adjectival ratings shall not be used for offerors' Price proposals. The Government will fully evaluate and negotiate, if applicable, all priced Contract Line-Item Numbers (CLINs) for award. For award purposes, the total proposed price for all CLINs will be added together into a total sum (contract value). The evaluation of all option CLINs will not obligate the Government to exercise any option.

SUBMISSION REQUIREMENTS
Submit the properly completed Contract Line-Item Number (CLIN) Schedule containing proposed line items on the Standard Form 1442 in Section 00 10 00. This schedule must be provided in both PDF and Excel format. The Excel file may not be altered or modified, and all formulas and calculations must be retained.

Proposed price schedule is to be completed in its entirety by all offerors to include the Subtotals and Totals section as found in Section 00 10 00 - Solicitation, Contract Line Item Number (CLIN) Schedule.

The Offeror's Price proposal will be evaluated as follows:

a. Firm Fixed Price Evaluation: For a price to be fair and reasonable, it must represent a price to the Government that a prudent person would pay in the conduct of competitive business. The Offeror's proposed fixed-price CLINs may be evaluated, using one or more of the techniques described in FAR 15.404-1 in order to determine if they are fair and reasonable.

b. Overall Price Proposal Evaluation: The overall Price proposal will be evaluated for the following:

1. Compliance: The Price proposal submitted by the Offeror will be evaluated for compliance based upon the submission requirements contained in this Section.

2. Unbalanced Pricing: The Offeror's overall Price proposal will be evaluated for unbalanced pricing as defined in FAR 15.404-1(g). An offer may be rejected if the contracting officer determines that the lack of balance poses an unacceptable risk to the Government (see FAR 15.404-1(g)(1) through FAR 15.404-1(g)(3)).

3. Errors: The Offeror's Price proposal will be reviewed for errors. The Offeror may be given an opportunity to clarify certain aspects of their proposal at the sole discretion of the Contracting Officer.

4. Total Evaluated Price: The total evaluated price consists of summing the Offeror's proposed fixed-price CLIN prices, including options.

**TAB C -** Section 00 45 00 – Representations and Certifications. The offeror shall verify the representations and certifications have been completed in https://www.sam.gov in accordance with FAR 52.204-8 and DFARS 252.204-7007 ALT I. Submit the representations and certifications not covered in https://www.sam.gov that are included in Section 00 45 00 of this solicitation, under this tab.

**TAB D -** Joint Venture and LLC, if applicable. (13 CFR Section 125.8).

**TAB E -** Offerors shall provide a fully executed Bid Bond as required by FAR Clause 52.228-1, Bid Guarantee ***electronically in Tab E*.** This requirement is to be completed regardless of Bid Bond requirement submission located in other parts of these instructions.

**For the purposes of this Request for Proposal, please note that IAW FAR 28.001:** "Bond means a written instrument executed by a bidder or contractor (the "principal"), and a second party (the "surety" or "sureties") (except as provided in FAR 28.204), to assure fulfillment of the principal's obligations to a third party (the "obligee" or "Government"), identified in the bond. If the principal's obligations are not met, the bond assures payment, to the extent stipulated, of any loss sustained by the obligee."

Bonds shall therefore be executed in the name of the legal entity, whether a joint venture, partnership or the Prime Contractor of an informal teaming arrangement, with whom the Government would enter into a contract for a successful offeror. The entity named on the bond must be able to acquire bonding capacity on its own merits, and not as the result of indemnification from a subcontractor or third party.

**TAB F -** Financial Information & Bonding Capability (e.g. past three years financial statements, annual reports, Dun & Bradstreet Ratings and/or number). Provide a list of all current contracts with a value above $100 Million, total dollar value, award date, anticipated completion, performance and payment bond amount.

**TAB G –** Small Business Subcontracting Plan (Large Businesses only) Small Business Subcontracting Plan Alternate II, will be included in the solicitation. If the apparent awardee is a large business, the offeror shall submit a small business subcontracting plan meeting the requirements of FAR 52.219-9, DFARS 252.219-7003, DFARS 252.219-7004 (if the offeror has a comprehensive subcontracting plan).
The socio-economic dollars must be equal to or greater than the commitments proposed in the small business participation proposal.
Small businesses specifically identified in the small business participation proposal must be listed in the small business subcontracting plan submitted pursuant to DFARS 215.304(c)(i)(C).
Failure to submit an acceptable small business subcontracting plan will result in the offeror's ineligibility for award.
Per FAR clause 52.219-9 and DFARS 252.219-7003, the small businesss subcontracting plan must be determined as "acceptable" by the Contracting Officer for consideration of an award under this solicitation.
The small business subcontracting plan will be evaluated as "acceptable" or "unacceptable".
Offerors are reminded:
It is the Government's expectation is that the small business participation proposal percentages (equated) will be met. Failure to meet the percentages without sufficient justification in terms of the good faith efforts applied may result in the offeror paying liquidated damages to the Government in accordance with FAR 52.219-16, Liquidated Damages and a CPARS rating less than satisfactory during execution and administration of the contract.
Awarded contractors requiring a Small Business Subcontracting Plan shall include the district small business professional within eSRS to receive the required individual Subcontracting Reports. Failure to include the district small business professional may be considered a failure in making a "good faith effort" to the contractor's small business subcontracting plan.
The firm will be required to notify the Contracting Officer of any substitutions of firms that are not small business firms, for the small business firms specifically identified in the small business subcontracting plan. Notifications shall be in writing and shall occur within a reasonable period of time after award of the subcontract to facilitate compliance with DFARS 252.219-7003(e) during execution and administration of the contract.
The small business subcontracting plans are not evaluated as part of the source selection process and is separate from FACTOR 3 requirements in this solicitation.
Encourage offerors to use the "DoD Checklist for Reviewing Subcontracting Plans" under PGI 219.705-4 Reviewing the subcontracting plan to ensure compliance. Template is available at
http://business.defense.gov/Acquisition/Subcontracting/
<amd08>
**TAB H – PROJECT LABOR AGREEMENT**

Executive Order 14063 requires agencies to use Project Labor Agreements (PLAs) in large-scale construction projects to promote economy and efficiency in the administration and completion of Federal construction projects. PLAs are subject to the requirements of FAR Subpart 22.5, Use of Project Labor Agreements for Federal Construction Projects, which outlines the requirements for labor standards, including those related to PLAs.

A. Submission Requirements:

The contractor shall submit, with their proposal, a Project Labor Agreement. The PLA shall clearly highlight key provisions of the PLA, including the following as set forth in FAR 22.504(b):

1. Bind the Offeror and subcontractors engaged in construction on the construction project to comply with the project labor agreement;
2. Allow the Offeror and all subcontractors to compete for contracts and subcontracts without regard to whether they are otherwise parties to collective bargaining agreements;
3. Contain guarantees against strikes, lockouts, and similar job disruptions;
4. Set forth effective, prompt, and mutually binding procedures for resolving labor disputes arising during the term of the project labor agreement;
5. Provide other mechanisms for labor-management cooperation on matters of mutual interest and concern, including productivity, quality of work, safety, and health; and
6. A statement certifying that the proposed PLA complies with all applicable laws and regulations, including those outlined in FAR Subpart 22.5.

B. Evaluation Criteria:

The Contracting Officer will assess whether the proposed PLA aligns with labor standards and regulations outlined in FAR Subpart 22.5.

One of the following ratings will be assigned:

| Rating | Description |
|---|---|
| Acceptable | The proposed PLA meets the requirements of the solicitation. |
| Unacceptable | The proposed PLA does not meet the requirements of the solicitation |

**Failure to demonstrate the minimum acceptability standards under this factor will result in an Unacceptable rating and may be eliminated from further consideration for contract award.** </amd08>

SECTION 00 73 00 - SUPPLEMENTARY CONDITIONS

The following have been modified:

WAGE DETERMINATION TX20250026

APPLICATION OF WAGE DECISIONS

Solicitation No: W9126G25R0133

Project: Center City North Bypass Channel

Location: Fort Worth, Texas

County: Tarrant County, Texas

1. Construction Wage Rate Requirements, Davis-Bacon Act Wage Decision, TX20250025, Highway Construction Projects, is applicable to Highway construction activities - concrete pavement, curbs, fencing, highway signs, parking lots and street paving which are not incidental to building and heavy construction, and all construction requirements not shown in the paragraphs above for those activities performed in Tarrant County, TX.

2. Construction Wage Rate Requirements, Davis-Bacon Act Wage Decision, TX20250026, Heavy Construction Projects, is applicable to Heavy construction activities - pipe lines, sewers, sewage collection and disposal lines, water and sewage treatment plants (other than buildings), riprap, wells, flood (erosion) control, and other construction activities which are not incidental to other construction project decisions being performed in Tarrant County, TX.
NOTE:

(1) Payroll records are required, under the Davis-Bacon Act, to be submitted to the U.S. Army Corps of Engineers for all construction work performed.

(2) The Wage Decision Number applicable to the work performed is to be shown on all certified payroll records submitted. If multiple wage decisions are utilized within a pay period, so clearly annotate those work hours, and rates-of-pay per the applicable wage decision under which the work was performed.
Wage rate compliance will be checked against the highest rate noted for the craft from all contract wage decisions if the applicable wage decision number to be applied is not shown on the payroll record.

"General Decision Number: TX20250026 06/13/2025

Superseded General Decision Number: TX20240026

State: Texas

Construction Type: Heavy

Counties: Johnson, Parker and Tarrant Counties in Texas.

Heavy Construction Projects (Including Water and Sewer Lines)

Note: Contracts subject to the Davis-Bacon Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658. Please note that these Executive Orders apply to covered contracts entered into by the federal government that are subject to the Davis-Bacon Act itself, but do not apply to contracts subject only to the Davis-Bacon Related Acts, including those set forth at 29 CFR 5.1(a)(1).

| If the contract is entered into on or after January 30, 2022, or the contract is renewed or extended (e.g., an option is exercised) on or | . Executive Order 14026 generally applies to the contract. . The contractor must pay all covered workers at |
|---|---|

| | |
|---|---|
| after January 30, 2022: | least $17.75 per hour (or the applicable wage rate listed on this wage determination, if it is higher) for all hours spent performing on the contract in 2025. |
| If the contract was awarded on or between January 1, 2015 and January 29, 2022, and the contract is not renewed or extended on or after January 30, 2022: | . Executive Order 13658 generally applies to the contract.<br>. The contractor must pay all covered workers at least $13.30 per hour (or the applicable wage rate listed on this wage determination, if it is higher) for all hours spent performing on that contract in 2025. |

The applicable Executive Order minimum wage rate will be adjusted annually. If this contract is covered by one of the Executive Orders and a classification considered necessary for performance of work on the contract does not appear on this wage determination, the contractor must still submit a conformance request.

Additional information on contractor requirements and worker protections under the Executive Orders is available at http://www.dol.gov/whd/govcontracts.

| Modification Number | Publication Date |
|---|---|
| 0 | 01/03/2025 |
| 1 | 06/13/2025 |

PLUM0146-002 01/01/2024

| | Rates | Fringes |
|---|---|---|
| PLUMBER/PIPEFITTER............... | $ 38.28 | 12.81 |

----------------------------------------------------------------

* SUTX1990-041 06/01/1990

| | Rates | Fringes |
|---|---|---|
| CARPENTER........................ | $ 10.40 ** | $3.64 |
| Concrete Finisher................ | $ 9.81 ** | |
| ELECTRICIAN...................... | $ 13.26 ** | |

```
Form Setter......................$  7.86 **

Laborers:
     Common......................$  7.25 **
     Utility.....................$  8.09 **

PAINTER..........................$ 10.89 **

Pipelayer........................$  8.43 **

Power equipment operators:
     Backhoe.....................$ 11.89 **           3.30
     Bulldozer...................$ 10.76 **
     Crane.......................$ 13.16 **           3.30
     Front End Loader............$ 10.54 **
     Mechanic....................$ 10.93 **
     Scraper.....................$ 10.00 **

Reinforcing Steel Setter.........$ 10.64 **

TRUCK DRIVER.....................$  7.34 **
----------------------------------------------------------------
```

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

** Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($17.75) or 13658 ($13.30). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 are not currently being enforced as to any contract or subcontract to which the states of Texas, Louisiana, or Mississippi, including their agencies, are a party.

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Davis-Bacon Act for which the contract is awarded (and any solicitation was issued) on or after January 1, 2017. If this contract is covered by the EO, the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work, up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness, injury or other health-related needs, including preventive care; to assist a family member (or person who is like family to the employee) who is ill, injured, or has other health-related needs, including preventive care; or for reasons resulting from, or to assist a family member (or person who is like family to the employee) who is a victim of, domestic violence, sexual assault, or stalking. Additional information on contractor requirements and worker protections under the EO

is available at
https://www.dol.gov/agencies/whd/government-contracts.

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (iii)).

----------------------------------------------------------------

The body of each wage determination lists the classifications
and wage rates that have been found to be prevailing for the
type(s) of construction and geographic area covered by the wage
determination. The classifications are listed in alphabetical
order under rate identifiers indicating whether the particular
rate is a union rate (current union negotiated rate), a survey
rate, a weighted union average rate, a state adopted rate, or a
supplemental classification rate.

Union Rate Identifiers

A four-letter identifier beginning with characters other than
""SU"", ""UAVG"", ?SA?, or ?SC? denotes that a union rate was
prevailing for that classification in the survey. Example:
PLUM0198-005 07/01/2024. PLUM is an identifier of the union
whose collectively bargained rate prevailed in the survey for
this classification, which in this example would be Plumbers.
0198 indicates the local union number or district council
number where applicable, i.e., Plumbers Local 0198. The next
number, 005 in the example, is an internal number used in
processing the wage determination. The date, 07/01/2024 in the
example, is the effective date of the most current negotiated
rate.

Union prevailing wage rates are updated to reflect all changes
over time that are reported to WHD in the rates
in the collective bargaining agreement (CBA) governing the
classification.

Union Average Rate Identifiers

The UAVG identifier indicates that no single rate prevailed for
those classifications, but that 100% of the data reported for
the classifications reflected union rates. EXAMPLE:
UAVG-OH-0010 01/01/2024. UAVG indicates that the rate is a
weighted union average rate. OH indicates the State of Ohio.
The next number, 0010 in the example, is an internal number
used in producing the wage determination. The date, 01/01/2024
in the example, indicates the date the wage determination was
updated to reflect the most current union average rate.

A UAVG rate will be updated once a year, usually in January, to

reflect a weighted average of the current rates in the collective bargaining agreements on which the rate is based.

Survey Rate Identifiers

The ""SU"" identifier indicates that either a single non-union rate prevailed (as defined in 29 CFR 1.2) for this classification in the survey or that the rate was derived by computing a weighted average rate based on all the rates reported in the survey for that classification. As a weighted average rate includes all rates reported in the survey, it may include both union and non-union rates. Example: SUFL2022-007 6/27/2024. SU indicates the rate is a single non-union prevailing rate or a weighted average of survey data for that classification. FL indicates the State of Florida. 2022 is the year of the survey on which these classifications and rates are based. The next number, 007 in the example, is an internal number used in producing the wage determination. The date, 6/27/2024 in the example, indicates the survey completion date for the classifications and rates under that identifier.

?SU? wage rates typically remain in effect until a new survey is conducted. However, the Wage and Hour Division (WHD) has the discretion to update such rates under 29 CFR 1.6(c)(1).

State Adopted Rate Identifiers

The ""SA"" identifier indicates that the classifications and prevailing wage rates set by a state (or local) government were adopted under 29 C.F.R 1.3(g)-(h). Example: SAME2023-007 01/03/2024. SA reflects that the rates are state adopted. ME refers to the State of Maine. 2023 is the year during which the state completed the survey on which the listed classifications and rates are based. The next number, 007 in the example, is an internal number used in producing the wage determination. The date, 01/03/2024 in the example, reflects the date on which the classifications and rates under the ?SA? identifier took effect under state law in the state from which the rates were adopted.

----------------------------------------------------------------

WAGE DETERMINATION APPEALS PROCESS

1) Has there been an initial decision in the matter? This can be:

a) a survey underlying a wage determination
b) an existing published wage determination
c) an initial WHD letter setting forth a position on a wage determination matter
d) an initial conformance (additional classification and rate) determination

On survey related matters, initial contact, including requests for summaries of surveys, should be directed to the WHD Branch of Wage Surveys. Requests can be submitted via email to davisbaconinfo@dol.gov or by mail to:

Branch of Wage Surveys
Wage and Hour Division
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, DC 20210

Regarding any other wage determination matter such as conformance decisions, requests for initial decisions should be directed to the WHD Branch of Construction Wage Determinations. Requests can be submitted via email to BCWD-Office@dol.gov or by mail to:

Branch of Construction Wage Determinations
Wage and Hour Division
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, DC 20210

2) If an initial decision has been issued, then any interested party (those affected by the action) that disagrees with the decision can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Requests for review and reconsideration can be submitted via email to dba.reconsideration@dol.gov or by mail to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, DC 20210

The request should be accompanied by a full statement of the interested party's position and any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, DC 20210.

================================================================

END OF GENERAL DECISION"

(End of Summary of Changes)

SECTION 01 30 00

ADMINISTRATIVE REQUIREMENTS

Amendment 0008

PART 1 GENERAL

1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to within the text by the basic designation only.

U.S. ARMY CORPS OF ENGINEERS (USACE)

| | |
|---|---|
| EM 385-1-1 | (2024) Safety -- Safety and Health Requirements Manual |

1.2 SUBMITTALS

Government approval is required for submittals with a "G" or "S" classification. Submittals not having a "G" or "S" classification are for information only. When used, a code following the "G" classification identifies the office that will review the submittal for the Government. Submit the following in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

SD-01 Preconstruction Submittals

View Location Map;G

Progress and Completion Pictures

Field Office Overhead and Accounting Practices

Delegation Of Authority

1.3 VIEW LOCATION MAP

Submit, prior to or with the first digital photograph submittals, a sketch or drawing indicating the required photographic locations. Update as required if the locations are moved.

1.4 PROGRESS AND COMPLETION PICTURES

Photographically document site conditions prior to start of construction operations. Provide monthly, and within one month of the completion of work, digital photographs, 1600x1200x24 bit true color minimum resolution in JPEG file format showing the sequence and progress of work. Take a minimum of 20 digital photographs each week throughout the entire project from a minimum of ten different viewpoints selected by the Contractor unless otherwise directed by the Contracting Officer. Submit with the monthly invoice digital photographs, cumulative of all photos to date, through RMS. Indicate photographs demonstrating environmental procedures. Photographs provided are for unrestricted use by the Government.

## 1.5 MINIMUM INSURANCE REQUIREMENTS

Provide the minimum insurance coverage required by FAR 28.307-2 Liability, during the entire period of performance under this contract. Provide other insurance coverage as required by Texas law and any other authority having jurisdiction.<AM#0008> All such insurance policies providing the required coverage shall name the Tarrant Regional Water District as an “Additional Insured.

### 1.5.1 Additional Insurance Requirements

#### 1.5.1.1 Commercial General Liability (CGL)

Limits:

$2,000,000 per occurrence
$4,000,000 general aggregate
$4,000,000 products-completed operations aggregate

Key Endorsements:

Additional Insured
Waiver of Subrogation
Explosion, Collapse, and Underground (XCU) coverage (ensure it's not excluded)
Per project aggregate
Primary and Non-contributory endorsement
30 days notice of cancellation or non-renewal

#### 1.5.1.2 Automobile Liability

CLimits:

$1,000,000 combined single limit (CSL) per accident for bodily injury and property damage

Coverage Scope:

All owned, hired, and non-owned vehicles
30 days notice of cancellation or non-renewal

#### 1.5.1.3 Workers' Compensation and Employers' Liability

Statutory Workers' Compensation per Texas requirements

Employers' Liability Limits:

$1,000,000 each accident
$1,000,000 disease policy limit
$1,000,000 disease for each employee

Endorsements:

Waiver of Subrogation in favor of TRWD for Workers' Compensation and Employer's Liability
30 days notice of cancellation or non-renewal

#### 1.5.1.4 Umbrella/Excess Liability

Limits:

$25,000,000 per occurrence and aggregate (can be layered with excess policies)
30 days notice of cancellation or non-renewal

#### 1.5.1.5 Contractor's Pollution Liability (CPL)

Limits:

$5,000,000 per claim and aggregate

Scope:

Covers environmental exposures due to hazardous materials, including sudden and gradual pollution conditions.
30 days notice of cancellation or non-renewal

1.5.1.6 Builder's Risk

Coverage Amount:

o Full replacement value of the project

Scope:

Covers damage to the project under construction.
Include a sub-limit for flood and earth movement.
Includes coverage for construction materials in transit or temporary. storage on or off-site.
TRWD as additional insured - financial interest/mortgagee.

1.5.1.7 Railroad Protective Liability Insurance

Required if work is near railroad tracks or operations.

Limits:

$2,000,000 per occurrence
$6,000,000 aggregate

Subcontractor Flow-Down Requirements:

Require all subcontractors to meet or exceed the above coverages and limits, particularly CGL and Workers' Compensation.

Consider exceptions for small local contractors or those with minimal exposure (like an office supply delivery or janitorial service for the office trailers).

</AM#0008>

1.6 SUPERVISION

1.6.1 Superintendent Qualifications

Provide project superintendent with a minimum of 10 years experience in construction with at least 5 of those years as a superintendent on projects similar in size and complexity. The individual must be familiar with the requirements of EM 385-1-1 and have experience in the areas of hazard identification and safety compliance. The individual must be capable of interpreting a critical path schedule and construction drawings. The qualification requirements for the alternate superintendent are the same as for the project superintendent. The Contracting Officer may request proof of the superintendent's qualifications at any point in the project if the performance of the superintendent is in question.

1.6.2 Minimum Communication Requirements

Have at least one qualified superintendent, or competent alternate, capable of reading, writing, and conversing fluently in the English language, on the job-site at all times during the performance of Contract work. In addition, if a Quality Control (QC) representative is required on the Contract, then that individual must also have fluent English communication skills.

1.6.3 Duties

The project superintendent is primarily responsible for managing

subcontractors and coordinating day-to-day production and schedule adherence on the project. The superintendent is required to attend Red Zone meetings, partnering meetings, and quality control meetings. The superintendent or qualified alternative must be on-site at all times during the performance of this contract until the work is completed and accepted.

1.6.4 Non-Compliance Actions

The Project Superintendent is subject to removal by the Contracting Officer for non-compliance with requirements specified in the contract and for failure to manage the project to ensure timely completion. Furthermore, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to such stop orders is acceptable as the subject of claim for extension of time for excess costs or damages by the Contractor.

1.7 Field Office Overhead

Notice to Offerors: You must declare below the accounting practice that you apply to contracts to calculate field office overhead for all change orders, modifications, and requests for equitable adjustment. Pursuant to Federal Acquisition Regulation (FAR) Parts 31.105(d)(3) and 31.203(d)(1), an accounting practice that varies from modification to modification is not allowable. Select one of the following:

a. If you use Time Distribution Base for Per Diem Rate practice, see "Field Office Overhead - Per Diem Rate" listed below.

b. If you use Direct Cost Distribution Base for a Percentage Mark-up practice, see "Field Office Overhead - Percentage Markup", listed below.

c. If you choose Other Accounting Practice That is Allowed Under the FAR and That Uses a Single Distribution Base, you must describe the accounting practice in sufficient detail below to allow the Contracting Officer to determine what accounting practice is being utilized by your company and that it complies with the criteria for acceptable accounting practices as set out in FAR Parts 31.105(d)(3) and 31.203(d)(1).

d. Contractor must declare the Accounting Practice to apply to this contract, in writing, within 10 days after Notice to Proceed is received.

1.7.1 Field Office Overhead - Per Diem Rate

The Contracting Officer shall make an equitable adjustment and modify the contract in writing for any change to the contract, issued pursuant to the Changes clause or otherwise, for which the Government is responsible, and which causes either an increase or decrease in the Contractor's costs as to time or performance under the contract. Under such an equitable adjustment, the Contractor's field office overhead shall be an allowable cost, in accordance with the Contractor's accounting practice as identified by the Contractor.

The Contractor shall declare which standard form of accounting practice it applies to field overhead costs: if a contractor indicates that it follows a per diem basis, no overhead percentage markup rate for office overhead

costs shall be allowed.

Under such an equitable adjustment, the Contractor shall be reimbursed for field office overhead on a per diem basis when the completion of the contract is extended by reason of the change issued under any clause, except the Default clause, subject to the Contractor substantiating the variable expense by providing a detailed breakdown of its proposed increase or decrease of costs as required by the Contract Clause DFARS 252.236-7001 MODIFICATION OF PROPOSALS - PRICE BREAKDOWN. No payment of field office overhead on a per diem basis shall be allowed for any change when the completion of the contract is not extended by reason of the change.

### 1.7.2 Field Office Overhead - Percentage Markup

The Contracting Officer shall make an equitable adjustment and modify the contract in writing for any change to the contract, issued pursuant to the Changes clause or otherwise, for which the Government is responsible, and which causes either an increase or decrease in the Contractor's costs as to time or performance under the contract. Under such an equitable adjustment, the Contractor's field office overhead shall be an allowable cost, in accordance with the Contractor's accounting practice as identified by the Contractor.

The Contractor shall declare which standard form of accounting practice it applies to field overhead costs: if a contractor indicates that it follows a percentage basis, no per diem rate for office overhead costs shall be allowed.

Under such an equitable adjustment, payment of office overhead costs shall be allowed for any change on a percentage markup basis regardless of whether the completion of the contract is, or, is not, extended by reason of the change, except for modifications issued pursuant to the Default Clause. The Contractor shall provide a detailed breakdown of its proposed increase or decrease of costs as required by Contract Clause DFARS 252.236 - 7001 MODIFICATION OF PROPOSALS - PRICE BREAKDOWN.

## 1.8 Delegation of Authority

Submit separate letters of authority for each individual with delegated authority to negotiate and/or sign documents on behalf of the contractor for this contract. Provide name, title, telephone number, and email address for each individual and state their delegated authorities, to include authority limits where applicable, for the following items:

a. Serial Letters
b. Price Proposals
c. Authority to Negotiate (time and/or cost)
d. Contract Modifications
e. Prompt Payment Certification
f. Certified Payroll Documents
g. Safety incident notices and forms
h. CPARS performance evaluations
i. Release of Claims
j. Delegation of Competent Person and/or Qualified Person

Each letter submitted shall include the individual's acknowledgement of their delegated authority and shall include the individual's handwritten signature or electronic signature.

Submit the letters within 10 days after receipt of Notice to Proceed.

Update the authority delegations, in writing, when changes in personnel or delegated authority occur.

1.9 PRECONSTRUCTION CONFERENCE

Prior to start of construction, a pre-construction conference will be scheduled by the authorized representative of the Contracting Officer. The purpose of this conference is to discuss and develop a mutual understanding of the administrative requirements of the Contract including but not limited to: daily reporting, invoicing, value engineering, safety, base-access, outage requests, hot work permits, schedule requirements, quality control, schedule of prices or earned value report, shop drawings, submittals, cybersecurity, prosecution of the work, government acceptance, final inspections and contract close-out and the processes for joint risk management between the Contractor and Government. Contractor must present and discuss their basic approach to scheduling the construction work and any required phasing.

1.10 Other Government Hosted Meeting

The following meetings will be scheduled and hosted by the Government. The Government will be responsible for meeting minutes of the Government hosted meetings. All other meetings not hosted by the Government, the Contractor will be responsible for the meeting minutes.

a. Quality Control Mutual Understanding Meeting to be held around the preconstruction conference meeting before construction can commence and after CQC Plan is approved.

b. Safety Mutual Understanding Meeting to be held around the preconstruction conference meeting before construction can commence and after the APP is approved.

c. Certified Payroll Mutual Understanding Meeting to be held around the time of the preconstruction conference meeting.

d. Modification Mutual Understanding Meeting to be held before the first request for proposal is sent.

e. Risk Management Meeting to be held before the partnering session around the time of the preconstruction conference.

f. See Section 01 78 00 CLOSEOUT SUBMITTALS for the Red Zone Meeting information.

g. Post Award Kickoff Meeting to be held after Notice to Proceed is acknowledged to discuss early contractual obligations, activities to take place in first 90 days of the contract or until mobilization

1.11 PARTNERING

To most effectively accomplish this Contract, the Contractor and Government must form a cohesive partnership with the common goal of drawing on the strength of each organization in an effort to achieve a successful project that includes joint risk management, is without safety mishaps, conforming to the Contract, within budget and on schedule. The partnering team must consist of personnel from both the Government and

Contractor including project level and corporate level leadership positions. Key Personnel from the supported command, end user, Trinity River Water District (TRWD), Contractor, key subcontractors and the Designer of Record are required to participate in the Partnering process.

1.11.1 Facilitated (Formal) Partnering

a. Prior to the start of work host a Formal Partnering session with key personnel from the project team including both Contractor and Government personnel. All costs associated with the Partnering session including the third-party independent Facilitator Consultant, meeting room and other incidental items are the responsibility of the Contractor.

b. Before the Facilitated (Formal) Partnering session, coordinate with the Facilitator all requirements for incidental items (such as audio-visual equipment, easels, flipchart paper, colored markers, note pads, pens/pencils, colored flash cards) and have these items available at the Partnering session. Provide copies of any documents required for distribution to all attendees. Participants will bear their own costs for meals, lodging and transportation associated with Partnering.

c. The Initial Partnering Session must be a duration of one day and be held at a location as agreed to by the Contracting Officer.

d. Facilitator must be experienced in conducting corporate Partnering sessions and must be a third-party independent facilitating consultant - not an employee of the Contractor. The Facilitator is responsible for leading all aspects of the Partnering session necessary to achieve the Partnering goal.

e. An outcome of the Partnering session must be an escalation matrix agreed upon by both the Government and Contractor, which identifies key Government and Contractor decision makers by name and anticipated decision durations.

f. The joint risk register that was created in the risk management meeting prior to the partnering session should be discussed and revised as necessary during partnering.

g. Host follow-on Partnering Sessions at yearly intervals or more frequently if needed and lasting generally a half day or less. Attendees need only be those required to resolve current issues. The same Facilitator used in the Initial Partnering session must lead the follow-on sessions unless an alternative is permitted by the Contractor Officer. All costs associated with follow-on Partnering sessions are the responsibility of the Contractor.

PART 2 PRODUCTS

Not Used

PART 3 EXECUTION

Not Used

-- End of Section --



W9126G25R0133-0008

EXST SANITARY SEWER STRUCTURE (NO FILL OVER SEWER LINE)
STOCKPILE AREA TO BE MINIMUM 100FT FROM EXST CHANNEL BANK
N=6,966,270.34 E=2,326,100.64
STOCKPILE STORAGE
NEW MAIN STREET OUTFALL
MSA #2 EST FOOTPRINT 190,000 SF
CALHOUN STREET
NE 7TH STREET
CONSTRUCTION LIMITS
CONSTRUCTION ENTRANCE
N=6,966,695.95 E=2,325,383.14
CHANNEL HARD EDGE LOWER WALL
CHANNEL HARD EDGE UPPER FLOODWALL
NE 8TH STREET
COMMERCE STREET
MAIN STREET
HOUSTON STREET
NE 6TH STREET
NE 5TH STREET
NW 4TH STREET
MSA #3A EST FOOPRINT 150,000 SF
MSA #3B EST FOOPRINT 150,000 SF
MSA #4/#5 EST FOOTPRINT 50,000 SF
NW 6TH STREET
THROCKMORTON STREET
MATERIALS AND STOCKPILES STORAGE
EX GRAND OUTFALL
GOVERNMENT TRAILER LOCATION
CONSTRUCTION TRAILERS/ MATERIAL STORAGE
N CALHOUN STREET
NE 10TH ST
1012 TRANSFORM
MAIN ST BRIDGE
MSA #1 EST FOOTPRINT 150,000 SF
N COMMERCE ST
CONSTRUCTION STAGING AREA
CEMETERY OUTFALL (SEPARATE VOLUME)
CHANNEL SOFT EDGE LEVEE
PEDESTRIAN BRIDGE (SEPARATE VOLUME)
FWW RR
HOUSTON ST
FWW RR BRIDGE
WEST FORK TRINITY RIVER
US Army Corps of Engineers
2 REVISED IN ACCORDANCE WITH AM0008 JUL 2025
1 REVISED IN ACCORDANCE WITH AM0001 APR 2025
MARK DESCRIPTION DATE
ISSUE DATE: DECEMBER 2024
SOLICITATION NO.: W9126G25R0133
CONTRACT NO.:
DESIGNED BY: M. OLESON
DRAWN BY: J. PRANGE
CHECKED BY: J. MORRIS
SUBMITTED BY: M. OLESON
SIZE: ANSI D
AEC_SheetSeed.dgn
U.S. ARMY CORPS OF ENGINEERS FORT WORTH DISTRICT 819 TAYLOR STREET FORT WORTH, TX 76102
CDM Smith
FORT WORTH, TEXAS MODIFIED CENTRAL CITY PROJECT NORTH BYPASS CHANNEL INTERIOR
PROJECT OVERVIEW AND STOCKPILE PLAN
STATE OF TEXAS MICHAEL T. OLESON 96247 LICENSED PROFESSIONAL ENGINEER
12-13-24
SHEET ID PKG1 GI001
A1 PLAN SCALE: 1" = 200'
READY FOR ADVERTISEMENT

## GENERAL NOTES

1. CONSTRUCTION ENTRANCE LOCATIONS ARE TO BE COORDINATED WITH THE KO PRIOR TO CONSTRUCTION AND SUBMITTED IN ACCORDANCE WITH SPECIFICATION REQUIREMENTS. LOCATIONS SHOWN ON DRAWINGS ARE OPTIONS AVAILABLE TO CONTRACTOR. ALONG THE SOUTH SIDE OF HOUSTON OR THROCKMORTON STREET THE CONTRACTOR IS ALLOWED TO SET UP ENTRANCES.
2. ON SITE LOCATIONS OF THE CONSTRUCTION TRAILERS, STAGING (INCLUDING CRAFT PARKING), MATERIAL STORAGE, AND MATERIAL PROCESSING ARE CONCEPTUAL AND TO BE COORDINATED WITH KO PRIOR TO CONSTRUCTION MOBILIZATION IN ACCORDANCE WITH SPECIFICATIONS. THE CONTRACTOR MAY UTILIZE PROPERTY OUTSIDE THE CONSTRUCTION LIMITS FOR THESE ELEMENTS BUT IT IS THE RESPONSIBILITY OF THE CONTRACTOR TO PROCURE ALL NECESSARY AGREEMENTS AND PERMITS WITH THE PROPERTY OWNERS AND COORDINATE WITH THE KO.
3. STOCKPILE MATERIALS QUANTITIES ARE FOR FUTURE BYPASS CHANNEL PROJECTS. COORDINATE AND DETERMINE THE SEQUENCE AND MOVEMENT OF ALL EXCAVATED AND PROCESSED MATERIALS ON SITE. EXPORTING SUITABLE MATERIAL IS NOT ALLOWED WITHOUT APPROVAL OF THE KO. THIS DRAWING INDICATES THE MINIMUM REQUIREMENTS FOR STOCKPILING MATERIAL AT THE END OF THE CONTRACT. A MINIMUM OF A 100FT BUFFER IS REQUIRED FOR A ROCK PROCESSING STOCKPILES AS DEFINED AS ASSOCIATED SOURCES AND 200FT FOR ASSOCIATED FACILITIES FROM PUBLIC STREET ROW OR PRIVATE PROPERTY. ASSOCIATED FACILITIES ARE ALSO TO BE A MINIMUM OF 0.25 MI FROM NEAREST RESIDENCE/ SCHOOL/ PLACE OF WORSHIP. BEFORE CONSTRUCTION, EVALUATE LOCATIONS OF PROPOSED STOCKPILE SITES, TARGET QUANTITIES, SWP3, FENCING, AND SITE RESTORATION REQUIREMENTS TO CONFIRM THEY ALIGN WITH THE CONTRACTORS' MEANS AND METHODS FOR COMPLETING THE PROJECT, COORDINATION WITH CONSTRUCTION ACCESS, TRAILERS, AND ROCK PROCESSING PLANT. AT THE CONTRACTORS' REQUEST CHANGES TO THE LOCATION OF STOCKPILES MAY BE ALLOWED WITH KO APPROVAL.
4. THE TABLE CONTAINS TARGET QUANTITIES FOR EACH TYPE OF MATERIALS STORAGE AREA (STOCKPILE). ACTUAL EXCAVATION VOLUMES MAY VARY AS THEY ARE BASED ON THE AVAILABLE GEOTECHNICAL INVESTIGATIONS. MONTIOR THE EXCAVATION AND STOCKPILE VOLUMES AND FORECAST A MINIMUM OF 15 DAYS OUT. IF IT IS ANTICIPATED THAT QUANTITIES WILL VARY BY 10% PLUS OR MINUS FROM THE TARGET OR IF THE IDENTIFIED SITE CANNOT RECEIVE ANY MORE MATERIAL, NOTIFY THE KO IMMEDIATELY. SHOULD THE ROCK EXCAVATED FROM THE SITE VARY, PROCESS AND STOCKPILE TO MEET THE TARGET MSA#1 QUANTITY BEFORE PROCESSING AND STOCKPILING FOR MSA #3B. MSA #2 STOCKPILE VOLUME SHOULD BE MAXIMIZED PRIOR TO CHANNEL EXCAVATION DISPOSAL AS COMMON FILL OR OTHER EMBANKMENT AREAS.
5. INSTALL AND MAINTAIN SWP3 CONTROLS AROUND EACH OF THE MSA'S AS PART OF THE CONTRACTORS OVERALL SWP3 PLAN.
6. INSTALL PERMANENT TURF ESTABLISHMENT CONFORMING TO SECTION 32 92 19 SEEDING. ALL TURF ESTABLISHMENT TO BE INSTALLED WITHIN 7 CALENDAR DAYS OF FINAL GRADING COMPLETION.
7. STABILIZE STOCKPILES AS THE WORK PROGRESSES AND IN ACCORDANCE WITH THE PROJECT SPECIFICATIONS IF NOT DISTURBED FOR MORE THAN 7 CALENDAR DAYS.
8. UPON STOCKPILE COMPLETION SURVEY THE STOCKPILE TO CONFIRM THE AMOUNT OF MATERIAL PLACED. SUBMIT SURVEY TO THE GOVERNMENT FOR REVIEW AND APPROVAL.
9. THE TOP OF EACH STOCKPILE IS TO BE SLOPED EQUALLY IN EACH DIRECTION AS TO AVOID CONCENTRATING SHEET FLOWS TO A PARTICULAR SIDE OR LOCATION OF THE STOCKPILE. INSTALL INTERMEDIATE EROSION CONTROL DEVICES ON THE SLOPES TO MINIMIZE AND PREVENT EROSION, AS REQUIRED. REFER TO SHEETS CE001, CE002, AND SECTIONS 01 57 19 AND 01 57 24.01 44 AND RELATED DETAILS FOR ADDITIONAL INFORMATION.
10. MAINTAIN STOCKPILES, INCLUDING PERIODIC MOWING, UNTIL SUBSTANTIAL COMPLETION IS ISSUED.
11. PROVIDE CHAINLINK FENCING WITH ACCESS GATE(S) AROUND THE PERIMETER OF THE STOCKPILE AREAS WHERE INDICATED. SEE TABLE.

| MATERIAL STOCKPILE AREA (MSA) ID | MATERIAL TYPE | MAX SIDE SLOPE | MAX HEIGHT (FT) | BASE TARGET QUANTITY (CY) - NOTE 4 | CHAINLINK FENCING - NOTE 11 | SEEDING - NOTE 6 | NOTES |
|---|---|---|---|---|---|---|---|
| 1 | RIPRAP | 1:1 | 35 | 85,100 | N | N | RIPRAP TO MEET 30 IN TXDOT PROTECTION RIPRAP SIZE IN SPECIFICATION. |
| 2 | LEVEE FILL/ COMMON FILL | 3:1 (CHANNEL SIDE)/ 2:1 (NON-CHANNEL SIDE) | 35 (NORMAL)/ 10 (MAIN ST OUTFALL) | 111,000 | Y | Y | STOCKPILE HEIGHT OVER THE NEW MAIN OUTFALL CULVERT STRUCTURE IS LIMITED TO 10FT ABOVE EXISTING GRADE. |
| 3A | SELECT COMMON FILL | 2:1 | 40 | 95,000 | Y | N | MATERIAL IS ANTICIPATED TO BE SAND AND GRAVEL SOURCED FROM ALLUVIAL MATERIAL LOCATED ON TOP OF THE BEDROCK FROM THE CHANNEL EXCAVATION. |
| 3B | SELECT COMMON FILL | 2:1 | 40 | 80,000 | Y | N | MATERIAL IS ANTICIPATED TO BE PROCESSED ROCK FROM THE ROCK EXCAVATION. |
| 4 | LANDSCAPE-SALVAGED SAND/GRAVEL | 2:1 | NR | 30,730 | Y | N | SOURCE MATERIAL IS FROM THE ALLUVIAL MATERIAL LOCATED ON TOP OF THE BEDROCK. |
| 5 | LANDSCAPE-SALVAGED SOIL (CLAY/ CLAY LOAM) | 2:1 | NR | 2,000 | Y | Y | REFER TO SHEET LM503 FOR STOCKPILE CONSTRUCTION DETAILS. |