# Exhibit E

**OFFICE OF THE UNDER SECRETARY OF DEFENSE**
**3000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-3000**

ACQUISITION
AND SUSTAINMENT

In reply refer to
DARS Tracking Number: 2025-O0002

MEMORANDUM FOR COMMANDER, UNITED STATES CYBER
  COMMAND (ATTN: ACQUISITION EXECUTIVE)
COMMANDER, UNITED STATES SPECIAL OPERATIONS
  COMMAND (ATTN: ACQUISITION EXECUTIVE)
COMMANDER, UNITED STATES TRANSPORTATION
  COMMAND (ATTN: ACQUISITION EXECUTIVE)
DEPUTY ASSISTANT SECRETARY OF THE ARMY
  (PROCUREMENT)
DEPUTY ASSISTANT SECRETARY OF THE NAVY
  (PROCUREMENT)
DEPUTY ASSISTANT SECRETARY OF THE AIR FORCE
  (CONTRACTING)
DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Class Deviation—Waiver of Project Labor Agreement Requirements

Effective immediately, contracting officers shall not use project labor agreements for large-scale construction projects, implemented at Federal Acquisition Regulation (FAR) subpart 22.5 and 36.104(c). Contracting officers shall amend solicitations to remove project labor agreement requirements, including any solicitation provisions and contract clauses prescribed at FAR 22.505.

This class deviation remains in effect until rescinded. Direct questions to DPCAP/DARS at osd.dfars@mail.mil.

TENAGLIA.JOHN.M.1154945926
Digitally signed by TENAGLIA.JOHN.M.1154945926
Date: 2025.02.07 15:27:37 -05'00'

John M. Tenaglia
Principal Director,
  Defense Pricing, Contracting, and
  Acquisition Policy