# Exhibit G



**OFFICE OF THE UNDER SECRETARY OF DEFENSE**
3000 DEFENSE PENTAGON
WASHINGTON, DC 20301-3000

ACQUISITION
AND SUSTAINMENT

In reply refer to
DARS Tracking Number: 2025-O0002, Revision 1

MEMORANDUM FOR  COMMANDER, UNITED STATES CYBER
  COMMAND (ATTN: ACQUISITION EXECUTIVE)
COMMANDER, UNITED STATES SPECIAL OPERATIONS
COMMAND (ATTN: ACQUISITION EXECUTIVE)
COMMANDER, UNITED STATES TRANSPORTATION
  COMMAND (ATTN: ACQUISITION EXECUTIVE)
DEPUTY ASSISTANT SECRETARY OF THE ARMY
  (PROCUREMENT)
DEPUTY ASSISTANT SECRETARY OF THE NAVY
  (PROCUREMENT)
DEPUTY ASSISTANT SECRETARY OF THE AIR FORCE
  (CONTRACTING)
DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT:  Class Deviation—Waiver of Project Labor Agreement Requirements

Effective immediately, this class deviation revises and supersedes Class Deviation 2025-O0002, issued on February 7, 2025. This revision is necessary to clarify the authorization to deviate from the project labor agreement (PLA) requirements implemented at Federal Acquisition Regulation (FAR) subpart 22.5 and 36.104(c).

In *MVL USA Inc., et al. vs. United States*, the United States Court of Federal Claims (COFC) sustained a protest against the Department because the FAR requirements, as applied to the protested solicitations, violated the Competition in Contracting Act. Although the *MVL* decision is directly applicable only to the seven procurements at issue in that case, its reasoning is expected to apply to additional procurements and result in additional protests if contracting officers continue to include PLA requirements in solicitations in accordance with FAR 22.503(b). This class deviation is needed to ensure contracting officers are able to award contracts for Federal large-scale construction projects in accordance with COFC's *MVL* decision.

Accordingly, contracting officers shall issue solicitations without PLA requirements and remove PLA requirements from any pending solicitations, but they are not prohibited from accepting an offer that includes or is based on pricing conditioned on a contractor-proposed

Class Deviation 2025-O0002, Revision 1
Waiver of Project Labor Agreement Requirements

PLA. That is, although PLAs are no longer required, until further notice, offerors are free to consider PLAs in proposing as they see fit.

This class deviation remains in effect until rescinded. Direct questions to DPCAP/DARS at osd.dfars@mail.mil.

TENAGLIA.JOHN.M.1154945926
Digitally signed by TENAGLIA.JOHN.M.1154945926
Date: 2025.04.23 12:20:56 -04'00'

John M. Tenaglia
Principal Director,
   Defense Pricing, Contracting, and
   Acquisition Policy