# Exhibit H

6/11/25, 1:51 PM SPE Memo SPE-2025-13: Rescission of SPE-2025-05, Class Exception to Requiring a Project Labor Agreement for Land Ports of …

Case 1:25-cv-01333-RTH Document 1-8 Filed 08/11/25 Page 2 of 3


An official website of the United States government

 U.S. General Services Administration

# SPE Memo SPE-2025-13: Rescission of SPE-2025-05, Class Exception to Requiring a Project Labor Agreement for Land Ports of Entry

SPE-2025-13

May 29, 2025

MEMORANDUM FOR ALL PBS CONTRACTING ACTIVITIES AND HEADS OF CONTRACTING ACTIVITY

**FROM AND DIGITALLY SIGNED BY:** Jeffrey A. Koses, Senior Procurement Executive, Office of Acquisition Policy

**SUBJECT:** Rescission of SPE-2025-05, *Class Exception to Requiring a Project Labor Agreement for Land Ports of Entry*

On this page

1. Purpose
2. Background
3. Instructions
4. Recission
5. Applicability
6. Effective Date
7. Point of Contact

**1. Purpose**

The purpose of this memorandum is two-fold to:

1. Rescind SPE-2025-05, *Class Exceptions to Requiring a Project Labor Agreement for Land Ports of Entry,* effective immediately.
2. Instruct the Public Buildings Service (PBS) to use the expedited procedures outlined in SPE Memo SPE-2025-07, *Expedited Procedures for Requesting Exceptions to the Use of Project Labor Agreements*, when requesting exceptions to the requirements of FAR 22.503(b), including those related to Land Port of Entry (LPOE) projects.

**2. Background**

- On February 12, 2025, GSA issued SPE-2025-05.
- On May 16, 2025, the United States District Court for the District of Columbia issued a preliminary injunction in the case of *N. Am.'s Bldg. Trades Unions v. Dep't of Def.*, No. 25-1070 (RC), (D.D.C. May 16, 2025), directing that SPE-2025-05 be "set aside."
- This memorandum was developed to fully comply with the preliminary injunction by rescinding SPE-2025-05.

**3. Instructions**

Contracting activities are instructed to:

- Include language, clauses, and provisions in all large-scale LPOE projects mandating the use of PLAs unless an exception in accordance with SPE-2025-07 is granted in writing by the Senior Procurement Executive (SPE);

6/11/25, 1:51 PM  SPE Memo SPE-2025-13, Rescission of SPE-2025-05, Class Exception to Requiring a Project Labor Agreement for Land Ports of …

Case 1:25-cv-01333-RTH   Document 1-8   Filed 08/11/25   Page 3 of 3

- For current LPOE solicitations that do not contain the PLA requirement, there are two options:
    - Amend the solicitation adding the PLA requirement per FAR 22.503(b); or
    - Cancel the solicitation and, if appropriate, request an exception to the use of PLAs per SPE-2025-07.
        - If the SPE grants an exception, re-solicit the project without the PLA requirement.
        - If an exception is not granted, re-solicit the project with the PLA requirement.
- LPOE projects are directed to immediately cease all reliance on SPE-2025-05 for all active or future procurements; and
- Any PLA exception requests for LPOE large-scale construction projects must follow the procedures in SPE-2025-07, *Expedited Procedures for Requesting Exceptions to the Use of Project Labor Agreements*.

### 4. Recission

SPE-2025-05 is hereby rescinded effective immediately.

### 5. Applicability

This memorandum applies to all large-scale GSA LPOE construction projects.

### 6. Effective Date

The rescission and instructions set forth in this memorandum are effective immediately.

### 7. Point of Contact

Any questions regarding this memorandum may be directed to [GSARPolicy@gsa.gov](GSARPolicy@gsa.gov).

Last updated: Jun 4, 2025