# Exhibit I



**OFFICE OF THE UNDER SECRETARY OF DEFENSE**
3000 DEFENSE PENTAGON
WASHINGTON, DC 20301-3000

ACQUISITION
AND SUSTAINMENT

In reply refer to
DARS Tracking Number: 2025-O0002, Rescission

MEMORANDUM FOR COMMANDER, UNITED STATES CYBER
    COMMAND (ATTN:  ACQUISITION EXECUTIVE)
   COMMANDER, UNITED STATES SPECIAL OPERATIONS
   COMMAND (ATTN:  ACQUISITION EXECUTIVE)
   COMMANDER, UNITED STATES TRANSPORTATION
    COMMAND (ATTN:  ACQUISITION EXECUTIVE)
   DEPUTY ASSISTANT SECRETARY OF THE ARMY
    (PROCUREMENT)
   DEPUTY ASSISTANT SECRETARY OF THE NAVY
    (PROCUREMENT)
   DEPUTY ASSISTANT SECRETARY OF THE AIR FORCE
    (CONTRACTING)
   DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT:  Rescission of Class Deviation—Waiver of Project Labor Agreement Requirements

  Effective immediately, this memorandum rescinds Class Deviation 2025-O0002 and its Revision 1.  Contracting officers shall—

  (a)  Comply with the requirements for project labor agreements implemented at Federal Acquisition Regulation (FAR) subpart 22.5 and 36.104(c); and

  (b) Amend pending solicitations to include the solicitation provisions and contract clauses prescribed at FAR 22.505, as appropriate.

  Direct questions to DPCAP/DARS at osd.dfars@mail.mil.

TENAGLIA.JOH
N.M.1154945926
Digitally signed by
TENAGLIA.JOHN.M.1154945926
Date: 2025.06.02 15:28:20 -04'00'

John M. Tenaglia
Principal Director,
  Defense Pricing, Contracting, and
  Acquisition Policy